

In the district court of the United States
**COVER SHEET BY LETTER**

**From: Edward Thomas Kennedy©**
**Care of: 800 Court Street, Apartment 223**
**Reading, Pennsylvania**
**Postal Extension Code 19601**
**The United States of America ("unincorporated")**

To: KATE BARKMAN, Clerk
James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

Greetings,

Enclosed, please find an Article 3 Complaint case, plus attachments. I am an American standing under the Public Law of America, and now requesting my Constitutional guarantees in an Article 3 Court, preferably by video conference or at my public office on Reading, Pennsylvania, if required by Article 3 Court rules.  <u>Please Notice that the original version is in color, and thus any copies made, must be also in color - especially Notice my autograph and red ink fingerprint are both in color.</u>

Pursuant to the banking laws of 1934,  as an American,  all my debts and expenses are prepaid. If Article 3 Court fees are required, kindly provide the Count's Banking information so that I may transfer funds.

**Notice and Request**
I request that the Clerk of this court perform lawful notice to all defendants, also known as service of process without delay, if the Article 3 Court requires it. The published and / registered addresses for the defendants are attached. If rules and/or procedures exist for an Article Court, kindly provide them by email or fax. My fax number is 717-819-9921. If you have any questions permission is given to please call me at area code 415-275-1244 (message) or email me at edkennedy@tuta.io and pillarofpeace2012@gmail.com.

Without prejudice, all rights reserved.

By: _____*Edward Thomas Kennedy*_____ ©
Edward Thomas Kennedy©
Notice to Principal is Notice to Agent. Notice to Agent is Notice to Principal.
Applicable to all Successors and Assigns.

cc: Pope Francis
c/o Palazzo Apostolico
Citta del Vaticano 00120

Attorney JOHN ROBERTS, Chief Executive Officer
Office of Chief Justice of the United States
First Street NE, Washington, DC 20543

Reverend Monsignor David L. James, M.Div.,J.C.L.
Diocese of Allentown VICAR GENERAL
P.O. Box F, Allentown, PA 18105-1538

2¢
USA

In the district court of the United States

# COVER SHEET BY LETTER

Edward Thomas Kennedy©
800 Court Street, Apartment 223
Reading, Pennsylvania
Postal Extension Code 19601
The United States of America ("unincorporated")

To: KATE BARKMAN, Clerk
James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

Greetings,

Enclosed, please find an Article 3 Complaint case, plus attachments. I am an American standing under the Public Law of America, and now requesting my Constitutional guarantees in an Article 3 Court, preferably by video conference or at my public office on Reading, Pennsylvania, if required by Article 3 Court rules. Please Notice that the original version is in color, and thus any copies made, must be also in color - especially Notice my autograph and red ink fingerprint are both in color.

Pursuant to the banking laws of 1934, as an American, all my debts and expenses are prepaid. If Article 3 Court fees are required, kindly provide the Court's Banking information so that I may transfer funds.

**Notice and Request**

I request that the Clerk of this court perform lawful notice to all defendants, also known as service of process without delay, if the Article 3 Court requires it. The published and \ registered addresses for the defendants are attached. If rules and\or procedures exist for an Article Court, kindly provide them by email or fax. My fax number is 717-819-9921. If you have any questions permission is given to please call me at area code 415-275-1244 (message) or email me at edkennedy@tuta.io and pillarofpeace2012@gmail.com.

Without prejudice, all rights reserved.

By: Edward Thomas Kennedy ©
Edward Thomas Kennedy©

Notice to Principal is Notice to Agent. Notice to Agent is Notice to Principal.
Applicable to all Successors and Assigns.

cc: Pope Francis
c/o Palazzo Apostolico
Citta del Vaticano 00120

Attorney JOHN ROBERTS, Chief Executive Officer
Office of Chief Justice of the United States
First Street NE, Washington, DC 20543

Reverend Monsignor David L. James, M.Div.,J.C.L.
Diocese of Allentown VICAR GENERAL
P.O. Box F, Allentown, PA 18105-1538

Defendant's Addresses for Service of Process

COMMONWEALTH OF PENNSYLVANIA
c/o VERONICA W. DEGRAFFENREID, Secretary of the Commonwealth
302 North Law Office Building, 401 North Street
Harrisburg, PA 17120

VERONICA W. DEGRAFFENREID, officially
Secretary of the Commonwealth
302 North Law Office Building, 401 North Street
Harrisburg, PA 17120

VERONICA W. DEGRAFFENREID, individually
325 North Front Street Apartment 2
Harrisburg, PA 17101 - 1224

THOMAS W WOLF, officially, Office of the governor
508 Main Capitol building
Harrisburg, PA 17120

THOMAS W WOLF, individually
25 Front Street
Mount wolf, PA 17347

JOSHUA D SHAPIRO, officially, Attorney General
Strawberry Square 16th Floor
Harrisburg, PA 17120

JOSHUA D SHAPIRO, individually
1550 Cloverly Lane
Jenkintown, PA 19046 - 1405

MARIA CASEY, officially, Clerk of Court
401 N 2nd Street,
Pottsville, PA 17901

MARIA CASEY, individually
207 Arlene Street
Minersville, PA 17954

MARK PACELLA, officially
Strawberry Square 14th floor
Harrisburg, PA 17120

MARK PACELLA, individually
3920 Emil Ridge Drive
Mechanicsville, PA 17051

IRENE BIZZOSO, officially, Prothonotary
601 Commonwealth Avenue, Suite 4500
Post office box 62575
Harrisburg, PA 17116

IRENE BIZZOSO, individually
615 Cambridge Court
Palmyra, PA 17078

CINDY ADAMS DUNN, officially, Secretary
400 Market Street
Harrisburg, PA 17105

CINDY ADAMS DUNN, individually
271 Hillcrest Street
Camp Hill, PA 17011

MICHAEL F KRIMMEL, officially
601 Commonwealth Avenue Suite 2100
PO box 69185
Harrisburg, PA 17106

MICHAEL F KRIMMEL, individually
14 Regency Court
Lititz, PA  17543 - 9238

THERESA SANTAI GAFFNEY, officially
401 N 2nd Street
Pottsville, PA 17901

THERESA SANTAI GAFFNEY, individually
c/o 401 N 2nd Street
Pottsville, PA 17901

In the district court of the United States

Edward Thomas Kennedy, a living breathing man,

Lawful Complainant,

v.

COMMONWEALTH OF PENNSYLVANIA,
THOMAS W WOLF, individually and officially,
JOSHUA D SHAPIRO, individually and officially,
MARIA CASEY, individually and officially,
MARK PACELLA, individually and officially,
IRENE BIZZOSO, individually and officially,
VERONICA W. DEGRAFFENREID, individually and officially,
CINDY ADAMS DUNN, individually and officially,
MICHAEL F KRIMMEL, individually and officially,
THERESA SANTAI GAFFNEY, individually and officially.

Defendants.

## Lawful Complaint / Request for Judgment

Notice to Pope Francis , the VATICAN, the Pope's Vicar General, and the CEO of the Pope's Roman Civil Law Courts, request herein by Edward Thomas Kennedy, an American, for the Article 3 Court to order Defendants et alia to discharge their past due debts without delay in lawful money, as defined herein and in the True Bills, attached as evidence(1) and other requests.

Pursuant to my Constitutional Guarantees, I demand an Article 3 Court. Without interest and accruals, Defendant's current unpaid debt outstanding totals $100,000,000.00 (one hundred million dollars), as defined herein and as defined in recorded Fee Schedules (5) attached herein as evidence. The Pope's Postmaster is witness to the True Bills delivered, and that evidence is also attached.

<u>Statement and Evidence of Standing to sue</u>

I am an American standing under the Public Law, and demanding my Constitutional guarantees.
Lawful evidence of this said political status is recorded as follows:

> 1. at The United States of America Land Recording System
> Recording #: Pa06-2020-2020000012, and Recording #: Pa06-2020-2020000004,
> link here: https://search.americaunincorporated.org/ enter Edward Kennedy

> 2. at Recorder's Office Flathead County Recording District
> Record # 202000002903, link https://flathead.mt.gov/clerk_recorder/. (attached) (4)

I belong to no parish. I am not a priest. I am not a Papal Knight. I did not attend the University of Notre Dame du Lac Law School in either 1975 or 1977, but I still root for the men's football team.

Defendant COMMONWEALTH OF PENNSYLVANIA is a corporation with no disclosed or known lawful charters to operate and conduct commerce on American land and soil because only living, breathing men and women Assembled may grant said, lawful charters.
Defendant THOMAS W WOLF is titled "GOVERNOR" and Chief Executive Officer.

Defendant JOSHUA D SHAPIRO is a BAR Attorney, Pennsylvania ID: 90101
Defendant MARIA CASEY is a BAR Attorney, Pennsylvania Attorney ID: 57851.
Defendant MARK PACELLA is a BAR Attorney, Pennsylvania Attorney ID: 42214.
Defendant IRENE BIZZOSO is a BAR Attorney, Pennsylvania Attorney ID: 66278.
Defendant VERONICA W. DEGRAFFENREID is Acting Secretary of the Commonwealth.
Defendant CINDY ADAMS DUNN is Secretary, Department of Natural Resources.
Defendant MICHAEL F KRIMMEL is a BAR Attorney, ID: 78501
Defendant THERESA SANTAI GAFFNEY is Probate Court Judge.
All of the male and female persons are my employees.
All of the Defendants are legally dead.

"The COMMONWEALTH OF PENNSYLVANIA Birth Certificate processing is readily exposed in the government publication "Hospitals" & Physicians' Manual on Live Births & Fetal Deaths." The legal language & terms set forth in the manual are clear & convincing evidence of the crime; starting with the term "moving conveyance." Here's the link: https://www.cdc.gov/nchs/data/misc/hb_birth.pdf

Under all jurisdictions, Securitization of human flesh is a jail time crime, and has been a jail time crime for the last 5000 years. Defendants knowingly and intentionally securitized my flesh since 1953 for their own private, personal profit. I am the secured party creditor. I am the employer. It is my credit the Defendants used to finance their crimes without my permission and without meaningful disclosure.

Self-authenticated evidence of securitization of my human flesh crime is COMMONWEALTH OF PENNSYLVANIA DEPARTMENT OF HEALTH VITAL RECORDS document Pennsylvania state file number 197386 - 1953, Date Filed November, 3 1953 titled Certification of Birth, also known as a Birth Certificate, hereinafter as Birth Certificate of "BC".

This said BC record is evidence of crimes committed against me by the defendants and their corporation officers, employees, and agents since 1953 that have been trespassing on Pennsylvania land and soil purportedly to provide me and with essential government services.

The said Birth Certificate issued in my NAME is on funny paper: hard surfaced, durable, heavy paper called "bond paper". This was my first clue that my estate has been seized upon and that bonds--- that is, promissory notes--- have been issued against my name. The next thing that caught my eye is that there are all sorts of seals and blazons and watermarks on this piece of paper. It carries all sorts of emblems from the COMMONWEALTH OF PENNSYLVANIA written in All Capitals. All these seals and watermarks and other gee-gaws serve to identify the "Issuer" of the Birth Certificate, which is the foreign COMMONWEALTH OF PENNSYLVANIA Organization, not me, that identifies my NAME as property belonging to them, which they are issuing bonds against.

The next thing to notice is that my name is spelled out in All Capital Letters, and other words such as ROSE A DISARRO and THOMAS P KENNEDY appear in All Capital Letters. According to the Bar Association Manual and the Government Printing Office and Federal Bureau of Engraving and Black's Law Dictionary and the Chicago Manual of Style, the only things that can be named using All Capital Letters are: (1) Corporations or (2) Dead men's estates. The All Capitals names are a form of Latin called "Dog Latin". So, as I see my name as it appears in All Capitals on that Birth Certificate, I ask the following: Are the Defendants issuing bonds against a Dead Man's Estate? Or against a corporation?

Because my name appears like this: EDWARD THOMAS KENNEDY, the bonds have been issued against my ESTATE on the presumption that I donated it to the COMMONWEALTH OF PENNSYLVANIA Organization.

The fact is that I didn't donate anything and I am not aware of having given permission to bond my estate or any public transmitting utility, either but there is evidence in my hand. Next, who is the Birth Certificate Bond signed by? Answer: The Registrar. The Registrar is an Officer of the Probate Court. The appearance of their signature on "my" Birth Certificate is absolute proof that my property --- whether my ESTATE or my PUBLIC TRANSMITTING UTILITY --- has been probated and seized upon as property belonging to the State of State or STATE OF STATE that issued the Birth Certificate.

Now as I look at the dates on the face of the Birth Certificate, I see my actual birthday and also a file date ---- the "birthdate". These refer to the actual event of my birth, and then, some days, the "filing" of the paperwork to either (1) pronounce "me" dead and create my ESTATE; or (2) to create "my" PUBLIC TRANSMITTING UTILITY. Either way, I arrived first and have first right of recall and ownership, known as a reversionary trust interest in my own Good Name and assets. After all, I am being misrepresented as the "donor" of all these assets and the COMMONWEALTH OF PENNSYLVANIA is claiming to be the beneficiary of my largesse. Having discovered this "mistake" made by my Mother when I was just a baby in my cradle, I have a right to come forward and correct it upon discovery.

What else does the Birth Certificate represent? It is evidence of crime against me and fraud and non-disclosure against my mother. It is evidence of attempting to contract with and to establish an "unconscionable contract" with an infant. An "unconscionable contract" is a contract that literally I am not aware of. And how could I as a little baby be aware of a contract made "for" me when I was only a few days old, by a new Mother who was never given full disclosure about those papers she was signing at the hospital? She couldn't explain to me what she was never given to understand herself, could she? The BC is potent evidence of crime. Because my identity has been stolen, the said Birth Certificate is irrefutable evidence of the facts.

Notice
Public Notice to Law Enforcement, Sheriffs, Elected Officials and Bar Association Members and Court Clerks. (attached)

Notice
The Roman Curia created the concept of legal fictions-- trusts, foundations, and other corporations for good reasons-- however, legal fictions can be misused. By Maxim of Law, those who create are responsible for their creations. It follows that the Roman Curia is responsible for the proper functioning of all corporations worldwide. As of September 1, 2013, Pope Francis declared all corporations and corporate officers fully liable for their errors and omissions. This means Law Enforcement Officers, Sheriffs, Elected Officials, and Bar Association Members including Court Clerks.

The Orders by Pope Francis that ALL "public officials" that are under the jurisdiction of the Vatican City State no longer have Immunity for the crimes they commit, primarily Judges in America includes the BAR Association. APOSTOLIC LETTER ISSUED MOTU PROPRIO http://w2.vatican.va/content/francesco/en/motu_proprio/documents/papa-francesco-motuproprio_2013071 1_organi-giudiziari.html (attached) (3) Pursuant to Fee Schedules Recording #: Pa06-2021-2021000025, (attached), (5) the following COMMONWEALTH OF PENNSYLVANIA Corporation and legally dead persons owe me $100,000,000.00 as follows:
COMMONWEALTH OF PENNSYLVANIA at $10,000,000.00 (ten million dollars)
and $5,000,000.00 (five million dollars) each times two for each of the following:
THOMAS W WOLF, individually and officially, JOSHUA D SHAPIRO, individually and officially, MARIA CASEY, individually and officially, MARK PACELLA, individually and officially, IRENE BIZZOSO, individually and officially, VERONICA W. DEGRAFFENREID, individually and officially, CINDY ADAMS DUNN, individually and officially, MICHAEL F KRIMMEL, individually and officially and THERESA SANTAI GAFFNEY, individually and and officially,

** All claims are stated in US Dollars which means that a US Dollar will be defined, for this purpose as a One Ounce Silver Coin of .999 pure silver or the equivalent par value as established by law or the exchange rate, as set by the US Mint, whichever is the higher amount, for a certified One Ounce Silver Coin (US Silver Dollar) at the time of the first day of default as set forth herein; if the claim is to be paid in Federal Reserve Notes, Federal Reserve Notes will only be assessed at Par Value as indicated above.
*** By operation of law, the debt reverts to the COMMONWEALTH OF PENNSYLVANIA
Corporation for prompt payment / discharge of all debts if individuals fail to pay their respective debts.

Judgment Requested
1.      Orders all Defendants to pay their respective past due debts - individually and officially - which totals $100,000,000.00 (one hundred million dollars) ** plus interest and accruals, in lawful money via wire transfer to my state chartered Harrisburg, Pennsylvania credit union without delay. ***
2,      Order Defendants to correct all it's records to reflect Lawful Complainant's true political status.
3.      Order COMMONWEALTH OF PENNSYLVANIA to prove that it possesses a lawful charter to operate on the land and soil of The United States of America (unincorporated), or Order the said corporation dissolved with new management and ownership returned to the living Americans.
4.      Order COMMONWEALTH OF PENNSYLVANIA, it's Officers and employees and subcontractors and agents to obey the Public Law of America, or else face criminal charges in this Article 3 Court, Ordered to be enforced by U.S. Marshalls.
5.      Order COMMONWEALTH OF PENNSYLVANIA and VERONICA DEGRAFFENREID to activate Lawful Complainant's Mutual Offset Credit Exchange account within 30 days of Judgement and hold her in jail for criminal contempt if she continues to refuse to comply.
6.      Order MARK PACELLA to provide the Lawful Complainant a complete and through financial report of COMMONWEALTH OF PENNSYLVANIA and STATE OF PENNSYLVANIA use of Lawful Complainant's name for financial securitization from 1953 to present time, including Income Statements and Balance Sheets - certified and signed by the defendant's accounting firm's senior partner of record.

Notice to Principal is Notice to Agent. Notice to Agent is Notice to Principal. Applicable to all Successors and Assigns.

So said, so signed, so sealed on this 18th day of October in the year 2021.

By: _Edward Thomas Kennedy_ ©
Edward Thomas Kennedy©
Without prejudice, all rights reserved.

Enclosed:
1.      True Bills - past due - plus Notices , and USPS delivered notification including signed PS Form 3811,USPS Tracking - Delivered.
2.      Public Notice to Law Enforcement, Sheriffs, Elected Officials and Bar Association Members and Court Clerks. (2 pages)
3.      APOSTOLIC LETTER ISSUED MOTU PROPRIO OF THE SUPREME PONTIFF FRANCIS ON THE JURISDICTION OF JUDICIAL AUTHORITIES OF VATICAN CITY STATE IN CRIMINAL MATTERS.
4.      Lawful evidence of this said political status is recorded as follows:
        at Recorder's Office Flathead County Recording District
        Record # 202000002903, Certified Copy,
        also link at https://flathead.mt.gov/clerk_recorder/ (15 pages).
5.      Notarized Fee Schedules Recording #: Pa06-2021-2021000025 Land Recording (9 pages).

4 of 4.



By: Edward Thomas Kennedy © By:[signature]
c/o 800 Court Street, Apartment 223
Reading, Pennsylvania
Postal extension code [9601]

Private &
Confidential

— OPEN by Addressee
General Post-Office —

RECEIVED OCT 20 2021

KATE BARKMAN, CLERK
James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

U.S.M.S. X-RAY