COMMON WEALTH OF

PENNSYLVANIA

c/o

Secretary.

# USPS Tracking®

**Track Another Package +**

**Tracking Number:** RE018222011US

Your item was picked up at a postal facility at 7:57 am on March 17, 2021 in HARRISBURG, PA 17107.

Remove X

## ⊘ Delivered, Individual Picked Up at Postal Facility

March 17, 2021 at 7:57 am
HARRISBURG, PA 17107

Get Updates ∨

Text & Email Updates

Tracking History

Product Information

FAQs ∨

Feedback

---

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

State of Pennsylvania
Acting Secretary Veronica Degraffenreid
302 North Office Building 401 North Stre
Harrisburg, Pennsylvania 17120

9590 9402 5643 9308 4798 86

2. Article Number (Transfer from service label)
RE 018 222 011 US

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X _A. Noib_                    ☐ Agent
                               ☐ Addressee

B. Received by (Printed Name)  C. Date of Delivery
   MAR 17 2021

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery



**TRUE BILL** Number. Number. RE01822201US, COMMONWEALTH OF PENNSYLVANIA
c/o VERONICA DEGRAFFENREID, Acting Secretary of the Commonwealth,
302 North Office Building, 401 North Street, Harrisburg, PA 17120

1. Gross Breach of Trust in violation of Commercial Service Contracts,
2. Evasion of Treaty obligations by shifting the venue of governmental operations to the air and the sea jurisdictions,
3. False claims,
4. Breach of trust,
5. Money laundering,
6. Securities fraud,
7. Gangstalking,
8. Semantic deceit,
9. Misrepresentation - misrepresentation for decades and preyed upon by American and/or U.S. BAR Attorneys, European Allies, and Treaty Partners,
10. Human trafficking,
11. False imprisonment,
12. Unlawful conversion of Edward's assets, under the false presumption of a Public Trust Interest,
13. Copyright violation
14. Personage,
15. Barratry,
16. Identity theft,
17. Probate fraud,
18. Impersonation, misrepresentation, and/or deliberate misidentification as both a British Territorial U.S. Citizen and a Municipal citizen of the United States,
19. Impersonation schemes,
20. Conscription -- press-ganging, peonage also known as debt enslavement,
21. Inland piracy,
22. Racketeering under color of law,
23. Conspiracy against the Constitutions, fail to provide Constitutional Guarantees,
24. Willing participation in Constructive Fraud, falsifying records, Unconscionable Contracts, undisclosed contracts,
25. Treason,
26. Criminal enterprise, member of a criminal enterprise,
27. Geneva Convention Violations,
28. Gross Trespass,
29. Federal Mail codes and conduct violations/ breach of Trust,
30. Confiscation of Edward's private property to pay for public debts,

31. Unjust claims of tax,
32. Birth Certificate fraud,
33. Failure to present an injured, living party,
34. Theft of public funds,
35. Unlawful use of social security number,
36. Failure to honor/ no bond,
37. Failure to honor the oath of office,
38. Attempted extortion of autograph,
39. Unlawful use of trade name,
40. Lawful remedy § 7 TITLE 50, Appendix—War and National Defense,
41. Unjust enrichment,
42. Insider trading,
43. Securitization of human flesh and Baptism bonds,
44. Bonding lawful persons,
45. Enforcement under color of law,
46. False legal presumptions,
47. Robbery under color of law,
48. Conspiracy,
49. Willful failure to file by office holder,
50. Pillaged and plundered Edward's resources---including forests, coal, gold, and silver,
51. State of New York Fixture Lien, Filing number: 202104230141000,
52. Schuylkill County, PA Fixture Lien, Filing number: 202000008480,
53. Trespass on land and soil,
54. Commandeered assets and custodial powers never granted,
55. Failed due diligence and duty to support Edward's actual Government in time of need,
56. With malicious intent, broke (most) major international laws and conventions on Earth,
57. Denied access to pre-paid credit account,
58. Invested Edward's assets without permission,
59. Commercial slavery,
60. Genocide, 18 USC 1091, or Genocide on paper by proxy
61. Privateering,
62. Executor de son tort,
63. Fraud by BAR Attorney,

*Fee Schedules Recording #: Pa06-2021-2021000025*      *Date: March 12,2021*
*Combined MUNICIPAL and Territorial Notices of Violation(s) and Failure(s) to Perform*
*Total Fees Due* 5,000,000.00 (ten million dollars)
*Payment due within 10 days of Invoice date. Make all payments to:*
*Edward Thomas Kennedy, Care of 800 Court Street, Apartment 223, Reading, Pennsylvania. Postal Code 19601.*
*Without Prejudice, all rights reserved. By:* Edward Thomas Kennedy ©

## Combined MUNICIPAL and Territorial Notices
## of Violation(s) and Failure(s) to Perform

NOTICE OF CLAIM of "sole relief and remedy" under Title 50 Section 7 (c) and (e) of 2012.

Notice of Violation of Lanham Act — attempted attachment and seizure of Unregistered Trademarks; Title 15, Section 1125 (a)and 11.

Notice of Violation of Admiralty, Maritime and Prize Cases, Title 28, Section 1331 (1) and (2) and (12).

Notice of Violation of Special Maritime and Territorial Jurisdiction of the United States, Title 18 Section 7 (1), (3), (8) and (13).

Notice of Violation of The Postal Accountability and Enhancement Act of Title 39, Sections 1-908 and 3621-3591.

Notice of Violation by Presumption of the Public Vessels Act, 46 U.S.C.A. Appendix Sections 781-790 as originally enacted.

Notice of Violation of The False Claims Act, Title 31 U.S.C.A. Section 3729 (a) and (7).

Notice of Violation of The Foreign Sovereign Immunities Act, Title 28, Sections 1602-1611.

Notice of Violation of the United States Statutes-at-Large, Title 12, Section 411.

Notice of Administrative Failure by the IRS/Internal Revenue Service for Failure to Produce Credit Vouchers and Proof of Claim as required by the Administrative Procedures Act, the Emergency Banking Act, and the United States Statutes-at-Large, Title 12, Section 411.

Notice of Violation of the Geneva Conventions by the United States Department of Defense and United States Department of the Treasury; failure to protect and defend our Persons.

The Foreign Sovereigns are alive and present and accounted for on the land and soil of these United States.   Private Registered Indemnity Bond AMR100001. Municipal and Territorial Birth Certificates are set aside and returned to the Secretary of the United States Treasury.

Notice to Agents is Notice to Principals; Notice to Principals is Notice to Agents.

There are no Superseding Powers of Attorney nor
any valid Dead Letters of Administration.
Not a Point of Law – A Claim of Exemption and Indemnity.

Wolf

**Tracking Number:** RE077809267US

Remove ✕

**Status**

Your item has been delivered and is available at a PO Box at 7:14 am on September 18, 2020 in HARRISBURG, PA 17106.

⊘ **Delivered, PO Box**

September 18, 2020 at 7:14 am
HARRISBURG, PA 17106

**Get Updates** ⌄

Delivered

**Text & Email Updates** ⌄

**Tracking History** ⌄

**Product Information** ⌄

See Less ⌃

TRUE BILL  Number: Number: RE077809267US, THOMAS W WOLF , Officially,
Office of the Governor, 508 Main Capitol Building, Harrisburg, PA 17120

| | |
|---|---|
| ☐ 1. Gross Breach of Trust in violation of Commercial Service Contracts, | ☐ 31. Unjust claims of tax, |
| | ☐ 32. Birth Certificate fraud, |
| ☐ 2. Evasion of Treaty obligations by shifting the venue of governmental operations to the air and the sea jurisdictions, | ☐ 33. Failure to present an injured, living party, |
| | ☐ 34. Theft of public funds, |
| ☐ 3. False claims, | ☐ 35. Unlawful use of social security number, |
| ☐ 4. Breach of trust, | ☐ 36. Failure to honor/ no bond, |
| ☐ 5. Money laundering, | ☐ 37. Failure to honor the oath of office, |
| ☐ 6. Securities fraud, | ☐ 38. Attempted extortion of autograph, |
| ☐ 7. Gangstalking, | ☐ 39. Unlawful use of trade name, |
| ☐ 8. Semantic deceit, | ☐ 40. Lawful remedy § 7 TITLE 50, Appendix—War and National Defense, |
| ☐ 9. Misrepresentation - misrepresentation for decades and preyed upon by American and/or U.S. BAR Attorneys, European Allies, and Treaty Partners, | ☐ 41. Unjust enrichment, |
| | ☐ 42. Insider trading, |
| | ☐ 43. Securitization of human flesh and Baptism bonds, |
| ☐ 10. Human trafficking, | ☐ 44. Bonding lawful persons, |
| ☐ 11. False imprisonment, | ☐ 45. Enforcement under color of law, |
| ☐ 12. Unlawful conversion of Edward's assets, under the false presumption of a Public Trust Interest, | ☐ 46. False legal presumptions, |
| | ☐ 47. Robbery under color of law, |
| ☐ 13. Copyright violation | ☐ 48. Conspiracy, |
| ☐ 14. Personage, | ☐ 49. Willful failure to file by office holder, |
| ☐ 15. Barratry, | ☐ 50. Pillaged and plundered Edward's resources---including forests, coal, gold, and silver, |
| ☐ 16. Identity theft, | |
| ☐ 17. Probate fraud, | ☐ 51. State of New York  Fixture Lien, Filing number: 202104230141000, |
| ☐ 18. Impersonation, misrepresentation, and/or deliberate misidentification as both a British Territorial U.S. Citizen and a Municipal citizen of the United States, | ☐ 52. Schuylkill County, PA  Fixture Lien, Filing number: 202000008480, |
| | ☐ 53. Trespass on land and soil, |
| ☐ 19. Impersonation schemes, | ☐ 54. Commandeered assets and custodial powers never granted, |
| ☐ 20. Conscription -- press-ganging, peonage also known as debt enslavement, | ☐ 55. Failed due diligence and duty to support Edward's actual Government in time of need, |
| ☐ 21. Inland piracy, | |
| ☐ 22. Racketeering under color of law, | ☐ 56. With malicious intent, broke (most) major international laws and conventions on Earth, |
| ☐ 23. Conspiracy against the Constitutions, fail to provide Constitutional Guarantees, | ☐ 57. Denied access to pre-paid credit account, |
| ☐ 24. Willing participation in Constructive Fraud, falsifying records, Unconscionable Contracts, undisclosed contracts, | ☐ 58. Invested Edward's assets without permission, |
| | ☐ 59. Commercial slavery, |
| ☐ 25. Treason, | ☐ 60. Genocide, 18 USC 1091, or Genocide on paper by proxy |
| ☐ 26. Criminal enterprise, member of a criminal enterprise, | ☐ 61. Privateering, |
| ☐ 27. Geneva Convention Violations, | ☐ 62. Executor de son tort, |
| ☐ 28. Gross Trespass, | ☐ 63. Fraud by BAR Attorney, |
| ☐ 29. Federal Mail codes and conduct violations/ breach of Trust, | |

☐ 30. Confiscation of Edward's private property to pay for public debts,

Fee Schedules Recording #: Pa06-2021-2021000025                     Date: March 12,2021
Combined MUNICIPAL and Territorial Notices of Violation(s) and Failure(s) to Perform
Total Fees Due $ 5, 000 ,000
Payment due within 15 days of Invoice date. Make all payments to:
Edward Thomas Kennedy, Care of 800 Court Street, Apartment 223, Reading, Pennsylvania, Postal Code 19601.
Without Prejudice, all rights reserved. By: Edward Thomas Kennedy ®

## Combined MUNICIPAL and Territorial Notices
## of Violation(s) and Failure(s) to Perform

NOTICE OF CLAIM of "sole relief and remedy" under Title 50 Section 7 (c) and (e) of 2012.

Notice of Violation of Lanham Act — attempted attachment and seizure of Unregistered Trademarks; Title 15, Section 1125 (a) and 11.

Notice of Violation of Admiralty, Maritime and Prize Cases, Title 28, Section 1331 (1) and (2) and (12).

Notice of Violation of Special Maritime and Territorial Jurisdiction of the United States, Title 18 Section 7 (1), (3), (8) and (13).

Notice of Violation of The Postal Accountability and Enhancement Act of Title 39, Sections 1-908 and 3621-3591.

Notice of Violation by Presumption of the Public Vessels Act, 46 U.S.C.A. Appendix Sections 781-790 as originally enacted.

Notice of Violation of The False Claims Act, Title 31 U.S.C.A. Section 3729 (a) and (7).

Notice of Violation of The Foreign Sovereign Immunities Act, Title 28, Sections 1602-1611.

Notice of Violation of the United States Statutes-at-Large, Title 12, Section 411.

Notice of Administrative Failure by the IRS/Internal Revenue Service for Failure to Produce Credit Vouchers and Proof of Claim as required by the Administrative Procedures Act, the Emergency Banking Act, and the United States Statutes-at-Large, Title 12, Section 411.

Notice of Violation of the Geneva Conventions by the United States Department of Defense and United States Department of the Treasury; failure to protect and defend our Persons.

The Foreign Sovereigns are alive and present and accounted for on the land and soil of these United States.  Private Registered Indemnity Bond AMR100001. Municipal and Territorial Birth Certificates are set aside and returned to the Secretary of the United States Treasury.

Notice to Agents is Notice to Principals; Notice to Principals is Notice to Agents.

There are no Superseding Powers of Attorney nor
any valid Dead Letters of Administration.
Not a Point of Law – A Claim of Exemption and Indemnity.

TRUE BILL  Number: Number: RE077809267US, THOMAS W WOLF , an individual, 25 Front Street, Mt Wolf, PA 17347

☐ 1. **Gross Breach of Trust in violation of Commercial Service Contracts,**

☐ 2. **Evasion of Treaty obligations by shifting the venue of governmental operations to the air and the sea jurisdictions,**

☐ 3. **False claims,**

☐ 4. **Breach of trust,**

☐ 5. **Money laundering,**

☐ 6. **Securities fraud,**

☐ 7. **Gangstalking,**

☐ 8. **Semantic deceit,**

☐ 9. **Misrepresentation - misrepresentation for decades and preyed upon by American and/or U.S. BAR Attorneys, European Allies, and Treaty Partners,**

☐ 10. **Human trafficking,**

☐ 11. **False imprisonment,**

☐ 12. **Unlawful conversion of Edward's assets, under the false presumption of a Public Trust Interest,**

☐ 13. **Copyright violation**

☐ 14. **Personage,**

☐ 15. **Barratry,**

☐ 16. **Identity theft,**

☐ 17. **Probate fraud,**

☐ 18. **Impersonation, misrepresentation, and/or deliberate misidentification as both a British Territorial U.S. Citizen and a Municipal citizen of the United States,**

☐ 19. **Impersonation schemes,**

☐ 20. **Conscription -- press-ganging, peonage also known as debt enslavement,**

☐ 21. **Inland piracy,**

☐ 22. **Racketeering under color of law,**

☐ 23. **Conspiracy against the Constitutions, fail to provide Constitutional Guarantees,**

☐ 24. **Willing participation in Constructive Fraud, falsifying records, Unconscionable Contracts, undisclosed contracts,**

☐ 25. **Treason,**

☐ 26. **Criminal enterprise, member of a criminal enterprise,**

☐ 27. **Geneva Convention Violations,**

☐ 28. **Gross Trespass,**

☐ 29. **Federal Mail codes and conduct violations/ breach of Trust,**

☐ 30. **Confiscation of Edward's private property to pay for public debts,**

☐ 31. **Unjust claims of tax,**

☐ 32. **Birth Certificate fraud,**

☐ 33. **Failure to present an injured, living party,**

☐ 34. **Theft of public funds,**

☐ 35. **Unlawful use of social security number,**

☐ 36. **Failure to honor/ no bond,**

☐ 37. **Failure to honor the oath of office,**

☐ 38. **Attempted extortion of autograph,**

☐ 39. **Unlawful use of trade name,**

☐ 40. **Lawful remedy § 7 TITLE 50, Appendix—War and National Defense,**

☐ 41. **Unjust enrichment,**

☐ 42. **Insider trading,**

☐ 43. **Securitization of human flesh and Baptism bonds,**

☐ 44. **Bonding lawful persons,**

☐ 45. **Enforcement under color of law,**

☐ 46. **False legal presumptions,**

☐ 47. **Robbery under color of law,**

☐ 48. **Conspiracy,**

☐ 49. **Willful failure to file by office holder,**

☐ 50. **Pillaged and plundered Edward's resources---including forests, coal, gold, and silver,**

☐ 51. **State of New York  Fixture Lien, Filing number: 202104230141000,**

☐ 52. **Schuylkill County, PA  Fixture Lien, Filing number: 202000008480,**

☐ 53. **Trespass on land and soil,**

☐ 54. **Commandeered assets and custodial powers never granted,**

☐ 55. **Failed due diligence and duty to support Edward's actual Government in time of need,**

☐ 56. **With malicious intent, broke (most) major international laws and conventions on Earth,**

☐ 57. **Denied access to pre-paid credit account,**

☐ 58. **Invested Edward's assets without permission,**

☐ 59. **Commercial slavery,**

☐ 60. **Genocide, 18 USC 1091, or Genocide on paper by proxy**

☐ 61. **Privateering,**

☐ 62. **Executor de son tort,**

☐ 63. **Fraud by BAR Attorney,**

Fee Schedules Recording #: Pa06-2021-2021000025
Combined MUNICIPAL and Territorial Notices of Violation(s) and Failure(s) to Perform     Date: March 12,2021
Total Fees Due  $ 5 , 000, 000    °°
Payment due within 15 days of Invoice date. Make all payments to:
Edward Thomas Kennedy, Care of 800 Court Street, Apartment 223, Reading, Pennsylvania, Postal Code 19601.
Without Prejudice, all rights reserved. By: Edward Thomas Kennedy    ©

## Combined MUNICIPAL and Territorial Notices of Violation(s) and Failure(s) to Perform

NOTICE OF CLAIM of "sole relief and remedy" under Title 50 Section 7 (c) and (e) of 2012.

Notice of Violation of Lanham Act — attempted attachment and seizure of Unregistered Trademarks; Title 15, Section 1125 (a)and 11.

Notice of Violation of Admiralty, Maritime and Prize Cases, Title 28, Section 1331 (1) and (2) and (12).

Notice of Violation of Special Maritime and Territorial Jurisdiction of the United States, Title 18 Section 7 (1), (3), (8) and (13).

Notice of Violation of The Postal Accountability and Enhancement Act of Title 39, Sections 1-908 and 3621-3591.

Notice of Violation by Presumption of the Public Vessels Act, 46 U.S.C.A. Appendix Sections 781-790 as originally enacted.

Notice of Violation of The False Claims Act, Title 31 U.S.C.A. Section 3729 (a) and (7).

Notice of Violation of The Foreign Sovereign Immunities Act, Title 28, Sections 1602-1611.

Notice of Violation of the United States Statutes-at-Large, Title 12, Section 411.

Notice of Administrative Failure by the IRS/Internal Revenue Service for Failure to Produce Credit Vouchers and Proof of Claim as required by the Administrative Procedures Act, the Emergency Banking Act, and the United States Statutes-at-Large, Title 12, Section 411.

Notice of Violation of the Geneva Conventions by the United States Department of Defense and United States Department of the Treasury; failure to protect and defend our Persons.

The Foreign Sovereigns are alive and present and accounted for on the land and soil of these United States.  Private Registered Indemnity Bond AMR100001. Municipal and Territorial Birth Certificates are set aside and returned to the Secretary of the United States Treasury.

Notice to Agents is Notice to Principals; Notice to Principals is Notice to Agents.

There are no Superseding Powers of Attorney nor any valid Dead Letters of Administration.
Not a Point of Law – A Claim of Exemption and Indemnity.

Shapiro

🌐 English    📍 Locations    🎧 Support    ✱ Informed Delivery    Register / Sign In

**USPS.COM®**   Quick Tools    Send    Receive    Shop    Business    International    Help    🔍

## USPS Tracking®

Tracking    /    FAQs >

**Track Another Package** +

🏃 Track Packages
Anytime, Anywhere

Get the free Informed Delivery® feature to receive
automated notifications on your packages

Learn More

Feedback

**Tracking Number: RE244151910US**

Remove ✕

### Status

Your item was delivered at 8:30 am on March 17, 2021 in
HARRISBURG, PA 17108.

☑️ **Delivered**

March 17, 2021 at 8:30 am
HARRISBURG, PA 17108

Get Updates ⌄

Delivered



**TRUE BILL** Number: Number: RE077809267US, THOMAS W WOLF , Officially, Office of the Governor, 508 Main Capitol Building, Harrisburg, PA 17120

- [ ] 1. Gross Breach of Trust in violation of Commercial Service Contracts,
- [ ] 2. Evasion of Treaty obligations by shifting the venue of governmental operations to the air and the sea jurisdictions,
- [ ] 3. False claims,
- [ ] 4. Breach of trust,
- [ ] 5. Money laundering,
- [ ] 6. Securities fraud,
- [ ] 7. Gangstalking,
- [ ] 8. Semantic deceit,
- [ ] 9. Misrepresentation - misrepresentation for decades and preyed upon by American and/or U.S. BAR Attorneys, European Allies, and Treaty Partners,
- [ ] 10. Human trafficking,
- [ ] 11. False imprisonment,
- [ ] 12. Unlawful conversion of Edward's assets, under the false presumption of a Public Trust Interest,
- [ ] 13. Copyright violation
- [ ] 14. Personage,
- [ ] 15. Barratry,
- [ ] 16. Identity theft,
- [ ] 17. Probate fraud,
- [ ] 18. Impersonation, misrepresentation, and/or deliberate misidentification as both a British Territorial U.S. Citizen and a Municipal citizen of the United States,
- [ ] 19. Impersonation schemes,
- [ ] 20. Conscription -- press-ganging, peonage also known as debt enslavement,
- [ ] 21. Inland piracy,
- [ ] 22. Racketeering under color of law,
- [ ] 23. Conspiracy against the Constitutions, fail to provide Constitutional Guarantees,
- [ ] 24. Willing participation in Constructive Fraud, falsifying records, Unconscionable Contracts, undisclosed contracts,
- [ ] 25. Treason,
- [ ] 26. Criminal enterprise, member of a criminal enterprise,
- [ ] 27. Geneva Convention Violations,
- [ ] 28. Gross Trespass,
- [ ] 29. Federal Mail codes and conduct violations/ breach of Trust,
- [ ] 30. Confiscation of Edward's private property to pay for public debts,

- [ ] 31. Unjust claims of tax,
- [ ] 32. Birth Certificate fraud,
- [ ] 33. Failure to present an injured, living party,
- [ ] 34. Theft of public funds,
- [ ] 35. Unlawful use of social security number,
- [ ] 36. Failure to honor/ no bond,
- [ ] 37. Failure to honor the oath of office,
- [ ] 38. Attempted extortion of autograph,
- [ ] 39. Unlawful use of trade name,
- [ ] 40. Lawful remedy § 7 TITLE 50, Appendix—War and National Defense,
- [ ] 41. Unjust enrichment,
- [ ] 42. Insider trading,
- [ ] 43. Securitization of human flesh and Baptism bonds,
- [ ] 44. Bonding lawful persons,
- [ ] 45. Enforcement under color of law,
- [ ] 46. False legal presumptions,
- [ ] 47. Robbery under color of law,
- [ ] 48. Conspiracy,
- [ ] 49. Willful failure to file by office holder,
- [ ] 50. Pillaged and plundered Edward's resources---including forests, coal, gold, and silver,
- [ ] 51. State of New York Fixture Lien, Filing number: 202104230141000,
- [ ] 52. Schuylkill County, PA Fixture Lien, Filing number: 202000008480,
- [ ] 53. Trespass on land and soil,
- [ ] 54. Commandeered assets and custodial powers never granted,
- [ ] 55. Failed due diligence and duty to support Edward's actual Government in time of need,
- [ ] 56. With malicious intent, broke (most) major international laws and conventions on Earth,
- [ ] 57. Denied access to pre-paid credit account,
- [ ] 58. Invested Edward's assets without permission,
- [ ] 59. Commercial slavery,
- [ ] 60. Genocide, 18 USC 1091, or Genocide on paper by proxy
- [ ] 61. Privateering,
- [ ] 62. Executor de son tort,
- [ ] 63. Fraud by BAR Attorney,

Fee Schedules Recording #: Pa06-2021-2021000025
Combined MUNICIPAL and Territorial Notices of Violation(s) and Failure(s) to Perform
Total Fees Due $ 5, 000 .000
Date: March 12,2021
Payment due within 15 days of Invoice date. Make all payments to:
Edward Thomas Kennedy, Care of 800 Court Street, Apartment 223, Reading, Pennsylvania, Postal Code 19601.
Without Prejudice, all rights reserved. By: Edward Thomas Kennedy ©

## Combined MUNICIPAL and Territorial Notices
## of Violation(s) and Failure(s) to Perform

**NOTICE OF CLAIM** of "sole relief and remedy" under Title 50 Section 7 (c) and (e) of 2012.

**Notice of Violation of Lanham Act** — attempted attachment and seizure of Unregistered Trademarks; Title 15, Section 1125 (a)and 11.

**Notice of Violation of Admiralty, Maritime and Prize Cases,** Title 28, Section 1331 (1) and (2) and (12).

**Notice of Violation of Special Maritime and Territorial Jurisdiction of the United States,** Title 18 Section 7 (1), (3), (8) and (13).

**Notice of Violation of The Postal Accountability and Enhancement Act of Title 39,** Sections 1-908 and 3621-3591.

**Notice of Violation by Presumption of the Public Vessels Act,** 46 U.S.C.A. Appendix Sections 781-790 as originally enacted.

**Notice of Violation of The False Claims Act,** Title 31 U.S.C.A. Section 3729 (a) and (7).

**Notice of Violation of The Foreign Sovereign Immunities Act,** Title 28, Sections 1602-1611.

**Notice of Violation of the United States Statutes-at-Large,** Title 12, Section 411.

**Notice of Administrative Failure** by the IRS/Internal Revenue Service for Failure to Produce Credit Vouchers and Proof of Claim as required by the Administrative Procedures Act, the Emergency Banking Act, and the United States Statutes-at-Large, Title 12, Section 411.

**Notice of Violation of the Geneva Conventions** by the United States Department of Defense and United States Department of the Treasury; failure to protect and defend our Persons.

The Foreign Sovereigns are alive and present and accounted for on the land and soil of these United States.  Private Registered Indemnity Bond AMR100001. Municipal and Territorial Birth Certificates <u>are set aside</u> and returned to the Secretary of the United States Treasury.

Notice to Agents is Notice to Principals; Notice to Principals is Notice to Agents.

There are no Superseding Powers of Attorney nor
any valid Dead Letters of Administration.
Not a Point of Law – A Claim of Exemption and Indemnity.

TRUE BILL  Number: Number: RE077809267US, THOMAS W WOLF , an individual,
25 Front Street, Mt Wolf, PA 17347

☐ 1. Gross Breach of Trust in violation of Commercial Service Contracts,

☐ 2. Evasion of Treaty obligations by shifting the venue of governmental operations to the air and the sea jurisdictions,

☐ 3. False claims,

☐ 4. Breach of trust,

☐ 5. Money laundering,

☐ 6. Securities fraud,

☐ 7. Gangstalking,

☐ 8. Semantic deceit,

☐ 9. Misrepresentation - misrepresentation for decades and preyed upon by American and/or U.S. BAR Attorneys, European Allies, and Treaty Partners,

☐ 10. Human trafficking,

☐ 11. False imprisonment,

☐ 12. Unlawful conversion of Edward's assets, under the false presumption of a Public Trust Interest,

☐ 13. Copyright violation

☐ 14. Personage,

☐ 15. Barratry,

☐ 16. Identity theft,

☐ 17. Probate fraud,

☐ 18. Impersonation, misrepresentation, and/or deliberate misidentification as both a British Territorial U.S. Citizen and a Municipal citizen of the United States,

☐ 19. Impersonation schemes,

☐ 20. Conscription -- press-ganging, peonage also known as debt enslavement,

☐ 21. Inland piracy,

☐ 22. Racketeering under color of law,

☐ 23. Conspiracy against the Constitutions, fail to provide Constitutional Guarantees,

☐ 24. Willing participation in Constructive Fraud, falsifying records, Unconscionable Contracts, undisclosed contracts,

☐ 25. Treason,

☐ 26. Criminal enterprise, member of a criminal enterprise,

☐ 27. Geneva Convention Violations,

☐ 28. Gross Trespass,

☐ 29. Federal Mail codes and conduct violations/ breach of Trust,

☐ 30. Confiscation of Edward's private property to pay for public debts,

☐ 31. Unjust claims of tax,

☐ 32. Birth Certificate fraud,

☐ 33. Failure to present an injured, living party,

☐ 34. Theft of public funds,

☐ 35. Unlawful use of social security number,

☐ 36. Failure to honor/ no bond,

☐ 37. Failure to honor the oath of office,

☐ 38. Attempted extortion of autograph,

☐ 39. Unlawful use of trade name,

☐ 40. Lawful remedy § 7 TITLE 50, Appendix—War and National Defense,

☐ 41. Unjust enrichment,

☐ 42. Insider trading,

☐ 43. Securitization of human flesh and Baptism bonds,

☐ 44. Bonding lawful persons,

☐ 45. Enforcement under color of law,

☐ 46. False legal presumptions,

☐ 47. Robbery under color of law,

☐ 48. Conspiracy,

☐ 49. Willful failure to file by office holder,

☐ 50. Pillaged and plundered Edward's resources---including forests, coal, gold, and silver,

☐ 51. State of New York  Fixture Lien, Filing number: 202104230141000,

☐ 52. Schuylkill County, PA  Fixture Lien, Filing number: 202000008480,

☐ 53. Trespass on land and soil,

☐ 54. Commandeered assets and custodial powers never granted,

☐ 55. Failed due diligence and duty to support Edward's actual Government in time of need,

☐ 56. With malicious intent, broke (most) major international laws and conventions on Earth,

☐ 57. Denied access to pre-paid credit account,

☐ 58. Invested Edward's assets without permission,

☐ 59. Commercial slavery,

☐ 60. Genocide, 18 USC 1091, or Genocide on paper by proxy

☐ 61. Privateering,

☐ 62. Executor de son tort,

☐ 63. Fraud by BAR Attorney,

Fee Schedules Recording #: Pa06-2021-2021000025
Combined MUNICIPAL and Territorial Notices of Violation(s) and Failure(s) to Perform
Total Fees Due  $ 5,000,000
Date: March 12,2021
Payment due within 15 days of Invoice date. Make all payments to:
Edward Thomas Kennedy, Care of 800 Court Street, Apartment 223, Reading, Pennsylvania, Postal Code 19601.
Without Prejudice, all rights reserved. By: Edward Thomas Kennedy

## Combined MUNICIPAL and Territorial Notices
## of Violation(s) and Failure(s) to Perform

NOTICE OF CLAIM of "sole relief and remedy" under Title 50 Section 7 (c) and (e) of 2012.

Notice of Violation of Lanham Act — attempted attachment and seizure of Unregistered Trademarks; Title 15, Section 1125 (a)and 11.

Notice of Violation of Admiralty, Maritime and Prize Cases, Title 28, Section 1331 (1) and (2) and (12).

Notice of Violation of Special Maritime and Territorial Jurisdiction of the United States, Title 18 Section 7 (1), (3), (8) and (13).

Notice of Violation of The Postal Accountability and Enhancement Act of Title 39, Sections 1-908 and 3621-3591.

Notice of Violation by Presumption of the Public Vessels Act, 46 U.S.C.A. Appendix Sections 781-790 as originally enacted.

Notice of Violation of The False Claims Act, Title 31 U.S.C.A. Section 3729 (a) and (7).

Notice of Violation of The Foreign Sovereign Immunities Act, Title 28, Sections 1602-1611.

Notice of Violation of the United States Statutes-at-Large, Title 12, Section 411.

Notice of Administrative Failure by the IRS/Internal Revenue Service for Failure to Produce Credit Vouchers and Proof of Claim as required by the Administrative Procedures Act, the Emergency Banking Act, and the United States Statutes-at-Large, Title 12, Section 411.

Notice of Violation of the Geneva Conventions by the United States Department of Defense and United States Department of the Treasury; failure to protect and defend our Persons.

The Foreign Sovereigns are alive and present and accounted for on the land and soil of these United States.  Private Registered Indemnity Bond AMR100001. Municipal and Territorial Birth Certificates are set aside and returned to the Secretary of the United States Treasury.

Notice to Agents is Notice to Principals; Notice to Principals is Notice to Agents.

There are no Superseding Powers of Attorney nor
any valid Dead Letters of Administration.
Not a Point of Law – A Claim of Exemption and Indemnity.

English  |  Locations  |  Support  |  Informed Delivery  |  Register / Sign In

**USPS.COM**  Quick Tools   Send   Receive   Shop   Business   International   Help

# USPS Tracking®

Tracking   FAQs >

**Track Another Package +**

Track Packages Anytime, Anywhere

Get the free Informed Delivery® feature to receive automated notifications on your packages

Learn More

**Tracking Number:** RE018222039US

Remove ✕

Your item was delivered to an individual at the address at 10:56 am on March 15, 2021 in POTTSVILLE, PA 17901.

**Status**

✅ Delivered, Left with Individual

March 15, 2021 at 10:56 am
POTTSVILLE, PA 17901

Get Updates ∨

Delivered

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

State of Pennsylvania
Clerk of Court Maria Casey
401 N 2nd Street - 4th Floor
Pottsville, PA 17901

9590 9402 6204 0220 9901 16

2. Article Number (Transfer from service label)

RE 018 222 039 US

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  C I Y
☐ Agent
☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
DM 0/0 17    3/15/21

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053

Domestic Return Receipt

Edward Thomas Kennedy
In care of: 800 Court Street, Apartment 223
Reading, Pennsylvania, [19601]

March 12, 2021

State of Pennsylvania
Clerk of Court Maria Casey
401 N 2nd Street - 4th Floor
Pottsville, PA 17901
Sent via RE 018 222 039 US
RE: Declaration of Status & Correction of Records

Greetings Maria Casey:

I am writing to inform you that it has come to my attention that I was
presumed/assumed to hold a foreign citizenship status as a U.S. Citizen and/or a
citizen of the United States using my Given Name. I have since declared on
record that this is a mistake as I was unaware of the implications of being
associated with such a status in your system. I am in fact an American state
national living on the land of Pennsylvania and have willfully chosen to retain my
inherited status as a Pennsylvaniaian. As such I retain all rights and enforce the
constitutional guarantees that your organization is contracted to provide to the
states in Good Faith.

Please correct all your records created in my Given Name, Edward Kennedy
born October, 25, 1953 and now living in care of 800 Court Street, Apartment
223, Reading, Pennsylvania that indicates either of these U.S. citizenships-
however the name may be styled.

This includes but is not limited to tax rolls, voter registration rolls, Residency,
military, DNR, court cases, traffic tickets, or any other records associated with a
U.S. Citizen or citizen of the United States.

I rescind my signature from all State of Pennsylvania, Pennsylvania, STATE OF
PENNSYLVANIA or PENNSYLVANIA, COMMONWEALTH OF PENNSYLVANIA,
Commonwealth of Pennsylvania, and UN records that may indicate either U.S.
citizen statuses effective immediately for failure to properly disclose.

Please correct the mistake and make sure all records and forms show
accordingly. Thank you for your attention to this matter. Title 50, Sole Relief and
Remedy...and Mandatory Notice are enclosed.

Without prejudice, all rights reserved.

By: Edwnn Thcmns Genn

**Notice to Principal is Notice to Agent. Notice to Agent is Notice to Principal. Applicable to
all Successors and Assigns.**

10/12/2021

**TRUE BILL**   Number: Number: RE018222039US MARIA CASEY, an individual, 207 Arlene Street, Minersville, PA 17954

| | |
|---|---|
| ☐ 1. Gross Breach of Trust in violation of Commercial Service Contracts, | ☐ 31. Unjust claims of tax, |
| | ☐ 32. Birth Certificate fraud, |
| ☐ 2. Evasion of Treaty obligations by shifting the venue of governmental operations to the air and the sea jurisdictions, | ☐ 33. Failure to present an injured, living party, |
| | ☐ 34. Theft of public funds, |
| | ☐ 35. Unlawful use of social security number, |
| ☐ 3. False claims, | ☐ 36. Failure to honor/ no bond, |
| ☐ 4. Breach of trust, | ☐ 37. Failure to honor the oath of office, |
| ☐ 5. Money laundering, | ☐ 38. Attempted extortion of autograph, |
| ☐ 6. Securities fraud, | ☐ 39. Unlawful use of trade name, |
| ☐ 7. Gangstalking, | ☐ 40. Lawful remedy § 7 TITLE 50, Appendix—War and National Defense, |
| ☐ 8. Semantic deceit, | |
| ☐ 9. Misrepresentation - misrepresentation for decades and preyed upon by American and/or U.S. BAR Attorneys, European Allies, and Treaty Partners, | ☐ 41. Unjust enrichment, |
| | ☐ 42. Insider trading, |
| | ☐ 43. Securitization of human flesh and Baptism bonds, |
| ☐ 10. Human trafficking, | ☐ 44. Bonding lawful persons, |
| ☐ 11. False imprisonment, | ☐ 45. Enforcement under color of law, |
| ☐ 12. Unlawful conversion of Edward's assets, under the false presumption of a Public Trust Interest, | ☐ 46. False legal presumptions, |
| | ☐ 47. Robbery under color of law, |
| ☐ 13. Copyright violation | ☐ 48. Conspiracy, |
| ☐ 14. Personage, | ☐ 49. Willful failure to file by office holder, |
| ☐ 15. Barratry, | ☐ 50. Pillaged and plundered Edward's resources---including forests, coal, gold, and silver, |
| ☐ 16. Identity theft, | |
| ☐ 17. Probate fraud, | |
| ☐ 18. Impersonation, misrepresentation, and/or deliberate misidentification as both a British Territorial U.S. Citizen and a Municipal citizen of the United States, | ☐ 51. State of New York  Fixture Lien, Filing number: 2021042301411000, |
| | ☐ 52. Schuylkill County, PA  Fixture Lien, Filing number: 202000008480, |
| ☐ 19. Impersonation schemes, | ☐ 53. Trespass on land and soil, |
| ☐ 20. Conscription -- press-ganging, peonage also known as debt enslavement, | ☐ 54. Commandeered assets and custodial powers never granted, |
| ☐ 21. Inland piracy, | ☐ 55. Failed due diligence and duty to support Edward's actual Government in time of need, |
| ☐ 22. Racketeering under color of law, | |
| ☐ 23. Conspiracy against the Constitutions, fail to provide Constitutional Guarantees, | ☐ 56. With malicious intent, broke (most) major international laws and conventions on Earth, |
| | ☐ 57. Denied access to pre-paid credit account, |
| ☐ 24. Willing participation in Constructive Fraud, falsifying records, Unconscionable Contracts, undisclosed contracts, | ☐ 58. Invested Edward's assets without permission, |
| | ☐ 59. Commercial slavery, |
| ☐ 25. Treason, | ☐ 60. Genocide, 18 USC 1091, or Genocide on paper by proxy |
| ☐ 26. Criminal enterprise, member of a criminal enterprise, | |
| ☐ 27. Geneva Convention Violations, | ☐ 61. Privateering, |
| ☐ 28. Gross Trespass, | ☐ 62. Executor de son tort, |
| ☐ 29. Federal Mail codes and conduct violations/ breach of Trust, | ☐ 63. Fraud by BAR Attorney, |
| ☐ 30. Confiscation of Edward's private property to pay for public debts, | |

Fee Schedules Recording #: Pa06-2021-2021000025                                    Date: March 12,2021
Combined MUNICIPAL and Territorial Notices of Violation(s) and Failure(s) to Perform
Total Fees Due      $ 5,000,000.00
Payment due within 15 days of Invoice date. Make all payments to:
Edward Thomas Kennedy, Care of 800 Court Street, Apartment 223, Reading, Pennsylvania. Postal Code 19601.
Without Prejudice, all rights reserved. By: Edward Thomas Kennedy ©

Ps. ∅

18/12/2021

## Combined MUNICIPAL and Territorial Notices
## of Violation(s) and Failure(s) to Perform

NOTICE OF CLAIM of "sole relief and remedy" under Title 50 Section 7 (c) and (e) of 2012.

Notice of Violation of Lanham Act — attempted attachment and seizure of Unregistered Trademarks; Title 15, Section 1125 (a)and 11.

Notice of Violation of Admiralty, Maritime and Prize Cases, Title 28, Section 1331 (1) and (2) and (12).

Notice of Violation of Special Maritime and Territorial Jurisdiction of the United States, Title 18 Section 7 (1), (3), (8) and (13).

Notice of Violation of The Postal Accountability and Enhancement Act of Title 39, Sections 1-908 and 3621-3591.

Notice of Violation by Presumption of the Public Vessels Act, 46 U.S.C.A. Appendix Sections 781-790 as originally enacted.

Notice of Violation of The False Claims Act, Title 31 U.S.C.A. Section 3729 (a) and (7).

Notice of Violation of The Foreign Sovereign Immunities Act, Title 28, Sections 1602-1611.

Notice of Violation of the United States Statutes-at-Large, Title 12, Section 411.

Notice of Administrative Failure by the IRS/Internal Revenue Service for Failure to Produce Credit Vouchers and Proof of Claim as required by the Administrative Procedures Act, the Emergency Banking Act, and the United States Statutes-at-Large, Title 12, Section 411.

Notice of Violation of the Geneva Conventions by the United States Department of Defense and United States Department of the Treasury; failure to protect and defend our Persons.

The Foreign Sovereigns are alive and present and accounted for on the land and soil of these United States.   Private Registered Indemnity Bond AMR100001. Municipal and Territorial Birth Certificates <u>are set aside</u> and returned to the Secretary of the United States Treasury.

Notice to Agents is Notice to Principals; Notice to Principals is Notice to Agents.

There are no Superseding Powers of Attorney nor
any valid Dead Letters of Administration.
Not a Point of Law – A Claim of Exemption and Indemnity.

<u>TRUE BILL</u>  Number: RE018222939US MARIA CASEY, officially CLERK OF COURT
401 N Second Street, Pottsville, PA 17901

☐ 1. Gross Breach of Trust in violation of Commercial Service Contracts,

☐ 2. Evasion of Treaty obligations by shifting the venue of governmental operations to the air and the sea jurisdictions,

☐ 3. False claims,

☐ 4. Breach of trust,

☐ 5. Money laundering,

☐ 6. Securities fraud,

☐ 7. Gangstalking,

☐ 8. Semantic deceit,

☐ 9. Misrepresentation - misrepresentation for decades and preyed upon by American and/or U.S. BAR Attorneys, European Allies, and Treaty Partners,

☐ 10. Human trafficking,

☐ 11. False imprisonment,

☐ 12. Unlawful conversion of Edward's assets, under the false presumption of a Public Trust Interest,

☐ 13. Copyright violation

☐ 14. Personage,

☐ 15. Barratry,

☐ 16. Identity theft,

☐ 17. Probate fraud,

☐ 18. Impersonation, misrepresentation, and/or deliberate misidentification as both a British Territorial U.S. Citizen and a Municipal citizen of the United States,

☐ 19. Impersonation schemes,

☐ 20. Conscription -- press-ganging, peonage also known as debt enslavement,

☐ 21. Inland piracy,

☐ 22. Racketeering under color of law,

☐ 23. Conspiracy against the Constitutions, fail to provide Constitutional Guarantees,

☐ 24. Willing participation in Constructive Fraud, falsifying records, Unconscionable Contracts, undisclosed contracts,

☐ 25. Treason,

☐ 26. Criminal enterprise, member of a criminal enterprise,

☐ 27. Geneva Convention Violations,

☐ 28. Gross Trespass,

☐ 29. Federal Mail codes and conduct violations/ breach of Trust,

☐ 30. Confiscation of Edward's private property to pay for public debts,

☐ 31. Unjust claims of tax,

☐ 32. Birth Certificate fraud,

☐ 33. Failure to present an injured, living party,

☐ 34. Theft of public funds,

☐ 35. Unlawful use of social security number,

☐ 36. Failure to honor/ no bond,

☐ 37. Failure to honor the oath of office,

☐ 38. Attempted extortion of autograph,

☐ 39. Unlawful use of trade name,

☐ 40. Lawful remedy § 7 TITLE 50, Appendix—War and National Defense,

☐ 41. Unjust enrichment,

☐ 42. Insider trading,

☐ 43. Securitization of human flesh and Baptism bonds,

☐ 44. Bonding lawful persons,

☐ 45. Enforcement under color of law,

☐ 46. False legal presumptions,

☐ 47. Robbery under color of law,

☐ 48. Conspiracy,

☐ 49. Willful failure to file by office holder,

☐ 50. Pillaged and plundered Edward's resources---including forests, coal, gold, and silver,

☐ 51. State of New York  Fixture Lien, Filing number: 202104230141000,

☐ 52. Schuylkill County, PA  Fixture Lien, Filing number: 202000008480,

☐ 53. Trespass on land and soil,

☐ 54. Commandeered assets and custodial powers never granted,

☐ 55. Failed due diligence and duty to support Edward's actual Government in time of need,

☐ 56. With malicious intent, broke (most) major international laws and conventions on Earth,

☐ 57. Denied access to pre-paid credit account,

☐ 58. Invested Edward's assets without permission,

☐ 59. Commercial slavery,

☐ 60. Genocide, 18 USC 1091, or Genocide on paper by proxy

☐ 61. Privateering,

☐ 62. Executor de son tort,

☐ 63. Fraud by BAR Attorney,

*Fee Schedules Recording #: Pa06-2021-2021000025*     Date: March 12,2021
*Combined MUNICIPAL and Territorial Notices of Violation(s) and Failure(s) to Perform*
*Total Fees Due $5,000,000.00*
*Payment due within 15 days of Invoice date. Make all payments to:*
*Edward Thomas Kennedy, Care of 800 Court Street, Apartment 223, Reading, Pennsylvania. Postal Code 19601.*

Without Prejudice, all rights reserved. By:  Edward Thomas Kennedy ©

## Combined MUNICIPAL and Territorial Notices
## of Violation(s) and Failure(s) to Perform

NOTICE OF CLAIM of "sole relief and remedy" under Title 50 Section 7 (c) and (e) of 2012.

Notice of Violation of Lanham Act — attempted attachment and seizure of Unregistered Trademarks; Title 15, Section 1125 (a)and 11.

Notice of Violation of Admiralty, Maritime and Prize Cases, Title 28, Section 1331 (1) and (2) and (12).

Notice of Violation of Special Maritime and Territorial Jurisdiction of the United States, Title 18 Section 7 (1), (3), (8) and (13).

Notice of Violation of The Postal Accountability and Enhancement Act of Title 39, Sections 1-908 and 3621-3591.

Notice of Violation by Presumption of the Public Vessels Act, 46 U.S.C.A. Appendix Sections 781-790 as originally enacted.

Notice of Violation of The False Claims Act, Title 31 U.S.C.A. Section 3729 (a) and (7).

Notice of Violation of The Foreign Sovereign Immunities Act, Title 28, Sections 1602-1611.

Notice of Violation of the United States Statutes-at-Large, Title 12, Section 411.

Notice of Administrative Failure by the IRS/Internal Revenue Service for Failure to Produce Credit Vouchers and Proof of Claim as required by the Administrative Procedures Act, the Emergency Banking Act, and the United States Statutes-at-Large, Title 12, Section 411.

Notice of Violation of the Geneva Conventions by the United States Department of Defense and United States Department of the Treasury; failure to protect and defend our Persons.

The Foreign Sovereigns are alive and present and accounted for on the land and soil of these United States. Private Registered Indemnity Bond AMR100001. Municipal and Territorial Birth Certificates are set aside and returned to the Secretary of the United States Treasury.

Notice to Agents is Notice to Principals; Notice to Principals is Notice to Agents.

There are no Superseding Powers of Attorney nor
any valid Dead Letters of Administration.
Not a Point of Law – A Claim of Exemption and Indemnity.

# USPS Tracking®

FAQs >

*Pnce l/n*

## Track Another Package +

**Tracking Number:** RE077810319US

Remove ✕

Your item arrived at the Post Office at 3:31 am on April 19, 2021 in HARRISBURG, PA 17107.

## Arrived at Post Office

April 19, 2021 at 3:31 am
HARRISBURG, PA 17107

**Get Updates** ∨

Feedback

---

**Text & Email Updates** ∨

---

**Tracking History** ∨

---

**Product Informatio**

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | **A. Signature**<br>X ☐ Agent ☐ Addressee<br>**B. Received by (Printed Name)**    **C. Date of Delivery** |
| 1. Article Addressed to:<br>Primary Warria Clace, Athy Dept<br>MARK A. Prella, Chief Deputy<br>Stamuber Square - 14th Floor<br>Harrisburg, PA  17120 | **D.** Is delivery address different from Item 1?  ☐ Yes<br>If YES, enter delivery address below:  ☐ No |
| <br>9590 9402 6559 1028 1377 62 | **3. Service Type**<br>☐ Adult Signature<br>☐ Adult Signature Restricted Delivery<br>☐ Certified Mail®<br>☐ Certified Mail Restricted Delivery<br>☐ Collect on Delivery<br>☐ Collect on Delivery Restricted Delivery<br>☐ Insured Mail<br>☐ Insured Mail Restricted Delivery (over $500) | ☐ Priority Mail Express®<br>☑ Registered Mail™<br>☐ Registered Mail Restricted Delivery<br>☐ Signature Confirmation™<br>☐ Signature Confirmation Restricted Delivery |
| 2. Article Number (Transfer from service label)<br>RE077 818 319 US | |
| PS Form 3811, July 2020 PSN 7530-02-000-9053 | Domestic Return Receipt |

Go to

TRUE BILL   Number: Number: RE077810319US MARIA PACELLA, an individual,
3920 Emil Ridge Drive, Mechanicsville, PA 17050

☐ 1. Gross Breach of Trust in violation of Commercial Service Contracts,

☐ 2. Evasion of Treaty obligations by shifting the venue of governmental operations to the air and the sea jurisdictions,

☐ 3. False claims,

☐ 4. Breach of trust,

☐ 5. Money laundering,

☐ 6. Securities fraud,

☐ 7. Gangstalking,

☐ 8. Semantic deceit,

☐ 9. Misrepresentation - misrepresentation for decades and preyed upon by American and/or U.S. BAR Attorneys, European Allies, and Treaty Partners,

☐ 10. Human trafficking,

☐ 11. False imprisonment,

☐ 12. Unlawful conversion of Edward's assets, under the false presumption of a Public Trust Interest,

☐ 13. Copyright violation

☐ 14. Personage,

☐ 15. Barratry,

☐ 16. Identity theft,

☐ 17. Probate fraud,

☐ 18. Impersonation, misrepresentation, and/or deliberate misidentification as both a British Territorial U.S. Citizen and a Municipal citizen of the United States,

☐ 19. Impersonation schemes,

☐ 20. Conscription -- press-ganging, peonage also known as debt enslavement,

☐ 21. Inland piracy,

☐ 22. Racketeering under color of law,

☐ 23. Conspiracy against the Constitutions, fail to provide Constitutional Guarantees,

☐ 24. Willing participation in Constructive Fraud, falsifying records, Unconscionable Contracts, undisclosed contracts,

☐ 25. Treason,

☐ 26. Criminal enterprise, member of a criminal enterprise,

☐ 27. Geneva Convention Violations,

☐ 28. Gross Trespass,

☐ 29. Federal Mail codes and conduct violations/ breach of Trust,

☐ 30. Confiscation of Edward's private property to pay for public debts,

☐ 31. Unjust claims of tax,

☐ 32. Birth Certificate fraud,

☐ 33. Failure to present an injured, living party,

☐ 34. Theft of public funds,

☐ 35. Unlawful use of social security number,

☐ 36. Failure to honor/ no bond,

☐ 37. Failure to honor the oath of office,

☐ 38. Attempted extortion of autograph,

☐ 39. Unlawful use of trade name,

☐ 40. Lawful remedy § 7 TITLE 50, Appendix—War and National Defense,

☐ 41. Unjust enrichment,

☐ 42. Insider trading,

☐ 43. Securitization of human flesh and Baptism bonds,

☐ 44. Bonding lawful persons,

☐ 45. Enforcement under color of law,

☐ 46. False legal presumptions,

☐ 47. Robbery under color of law,

☐ 48. Conspiracy,

☐ 49. Willful failure to file by office holder,

☐ 50. Pillaged and plundered Edward's resources---including forests, coal, gold, and silver,

☐ 51. State of New York Fixture Lien, Filing number: 202104230141000,

☐ 52. Schuylkill County, PA Fixture Lien, Filing number: 202000008480,

☐ 53. Trespass on land and soil,

☐ 54. Commandeered assets and custodial powers never granted,

☐ 55. Failed due diligence and duty to support Edward's actual Government in time of need,

☐ 56. With malicious intent, broke (most) major international laws and conventions on Earth,

☐ 57. Denied access to pre-paid credit account,

☐ 58. Invested Edward's assets without permission,

☐ 59. Commercial slavery,

☐ 60. Genocide, 18 USC 1091, or Genocide on paper by proxy

☐ 61. Privateering,

☐ 62. Executor de son tort,

☐ 63. Fraud by BAR Attorney,

Fee Schedules Recording #: Pa06-2021-2021000025                    Date: March 12,2021
Combined MUNICIPAL and Territorial Notices of Violation(s) and Failure(s) to Perform  $5,000,000 00
Total Fees Due
Payment due within 15 days of invoice date. Make all payments to:   Five million dollars
Edward Thomas Kennedy, Care of 800 Court Street, Apartment 223, Reading, Pennsylvania. Postal Code 19601.
Without Prejudice, all rights reserved. By: Edward Thomas Kennedy ©

3/12/2021

## Combined MUNICIPAL and Territorial Notices
## of Violation(s) and Failure(s) to Perform

**NOTICE OF CLAIM** of "sole relief and remedy" under Title 50 Section 7 (c) and (e) of 2012.

**Notice of Violation of Lanham Act** --- attempted attachment and seizure of Unregistered Trademarks; Title 15, Section 1125 (a)and 11.

**Notice of Violation of Admiralty, Maritime and Prize Cases**, Title 28, Section 1331 (1) and (2) and (12).

**Notice of Violation of Special Maritime and Territorial Jurisdiction of the United States**, Title 18 Section 7 (1), (3), (8) and (13).

**Notice of Violation of The Postal Accountability and Enhancement Act** of Title 39, Sections 1-908 and 3621-3591.

**Notice of Violation by Presumption of the Public Vessels Act**, 46 U.S.C.A. Appendix Sections 781-790 as originally enacted.

**Notice of Violation of The False Claims Act**, Title 31 U.S.C.A. Section 3729 (a) and (7).

**Notice of Violation of The Foreign Sovereign Immunities Act**, Title 28, Sections 1602-1611.

**Notice of Violation of the United States Statutes-at-Large**, Title 12, Section 411.

**Notice of Administrative Failure** by the IRS/Internal Revenue Service for Failure to Produce Credit Vouchers and Proof of Claim as required by the Administrative Procedures Act, the Emergency Banking Act, and the United States Statutes-at-Large, Title 12, Section 411.

**Notice of Violation of the Geneva Conventions** by the United States Department of Defense and United States Department of the Treasury; failure to protect and defend our Persons.

**The Foreign Sovereigns are alive and present and accounted for on the land and soil of these United States.**  Private Registered Indemnity Bond AMR100001. Municipal and Territorial Birth Certificates <u>are set aside</u> and returned to the Secretary of the United States Treasury.

Notice to Agents is Notice to Principals; Notice to Principals is Notice to Agents.

There are no Superseding Powers of Attorney nor
any valid Dead Letters of Administration.
Not a Point of Law – A Claim of Exemption and Indemnity.

TRUE BILL Number: Number: RE077810319US MARIA PACELLA, Officially, Strawberry Square, Harrisburg, PA 17120

1. Gross Breach of Trust in violation of Commercial Service Contracts,

2. Evasion of Treaty obligations by shifting the venue of governmental operations to the air and the sea jurisdictions,

3. False claims,

4. Breach of trust,

5. Money laundering,

6. Securities fraud,

7. Gangstalking,

8. Semantic deceit,

9. Misrepresentation - misrepresentation for decades and preyed upon by American and/or U.S. BAR Attorneys, European Allies, and Treaty Partners,

10. Human trafficking,

11. False imprisonment,

12. Unlawful conversion of Edward's assets, under the false presumption of a Public Trust Interest,

13. Copyright violation

14. Personage,

15. Barratry,

16. Identity theft,

17. Probate fraud,

18. Impersonation, misrepresentation, and/or deliberate misidentification as both a British Territorial U.S. Citizen and a Municipal citizen of the United States,

19. Impersonation schemes,

20. Conscription -- press-ganging, peonage also known as debt enslavement,

21. Inland piracy,

22. Racketeering under color of law,

23. Conspiracy against the Constitutions, fail to provide Constitutional Guarantees,

24. Willing participation in Constructive Fraud, falsifying records, Unconscionable Contracts, undisclosed contracts,

25. Treason,

26. Criminal enterprise, member of a criminal enterprise,

27. Geneva Convention Violations,

28. Gross Trespass,

29. Federal Mail codes and conduct violations/ breach of Trust,

30. Confiscation of Edward's private property to pay for public debts,

31. Unjust claims of tax,

32. Birth Certificate fraud,

33. Failure to present an injured, living party,

34. Theft of public funds,

35. Unlawful use of social security number,

36. Failure to honor/ no bond,

37. Failure to honor the oath of office,

38. Attempted extortion of autograph,

39. Unlawful use of trade name,

40. Lawful remedy § 7 TITLE 50, Appendix—War and National Defense,

41. Unjust enrichment,

42. Insider trading,

43. Securitization of human flesh and Baptism bonds,

44. Bonding lawful persons,

45. Enforcement under color of law,

46. False legal presumptions,

47. Robbery under color of law,

48. Conspiracy,

49. Willful failure to file by office holder,

50. Pillaged and plundered Edward's resources---including forests, coal, gold, and silver,

51. State of New York Fixture Lien, Filing number: 202104230141000,

52. Schuylkill County, PA Fixture Lien, Filing number: 202000008480,

53. Trespass on land and soil,

54. Commandeered assets and custodial powers never granted,

55. Failed due diligence and duty to support Edward's actual Government in time of need,

56. With malicious intent, broke (most) major international laws and conventions on Earth,

57. Denied access to pre-paid credit account,

58. Invested Edward's assets without permission,

59. Commercial slavery,

60. Genocide, 18 USC 1091, or Genocide on paper by proxy

61. Privateering,

62. Executor de son tort,

63. Fraud by BAR Attorney,

Fee Schedules Recording #: Pa06-2021-2021000025                    Date: March 12,2021
Combined MUNICIPAL and Territorial Notices of Violation(s) and Failure(s) to Perform
Total Fees Due   $ 5,177,000 00
Payment due within 15 days of Invoice date. Make all payments to:
Edward Thomas Kennedy, Care of 800 Court Street, Apartment 223, Reading, Pennsylvania. Postal Code 19601.
Without Prejudice, all rights reserved. By: Edward Thomas Kennedy  ©

## Combined MUNICIPAL and Territorial Notices
## of Violation(s) and Failure(s) to Perform

NOTICE OF CLAIM of "sole relief and remedy" under Title 50 Section 7 (c) and (e) of 2012.

Notice of Violation of Lanham Act --- attempted attachment and seizure of Unregistered Trademarks; Title 15, Section 1125 (a)and 11.

Notice of Violation of Admiralty, Maritime and Prize Cases, Title 28, Section 1331 (1) and (2) and (12).

Notice of Violation of Special Maritime and Territorial Jurisdiction of the United States, Title 18 Section 7 (1), (3), (8) and (13).

Notice of Violation of The Postal Accountability and Enhancement Act of Title 39, Sections 1-908 and 3621-3591.

Notice of Violation by Presumption of the Public Vessels Act, 46 U.S.C.A. Appendix Sections 781-790 as originally enacted.

Notice of Violation of The False Claims Act, Title 31 U.S.C.A. Section 3729 (a) and (7).

Notice of Violation of The Foreign Sovereign Immunities Act, Title 28, Sections 1602-1611.

Notice of Violation of the United States Statutes-at-Large, Title 12, Section 411.

Notice of Administrative Failure by the IRS/Internal Revenue Service for Failure to Produce Credit Vouchers and Proof of Claim as required by the Administrative Procedures Act, the Emergency Banking Act, and the United States Statutes-at-Large, Title 12, Section 411.

Notice of Violation of the Geneva Conventions by the United States Department of Defense and United States Department of the Treasury; failure to protect and defend our Persons.

The Foreign Sovereigns are alive and present and accounted for on the land and soil of these United States.  Private Registered Indemnity Bond AMR100001. Municipal and Territorial Birth Certificates are set aside and returned to the Secretary of the United States Treasury.

Notice to Agents is Notice to Principals; Notice to Principals is Notice to Agents.

There are no Superseding Powers of Attorney nor
any valid Dead Letters of Administration.
Not a Point of Law – A Claim of Exemption and Indemnity.

 

Send    Receive    Shop    Business    International    Help

## USPS Tracking®

Bi 22080

Track Another Package +

Track Packages
Anytime, Anywhere

Learn More

**Tracking Number:** RE241181985US

**Status**

✅ Delivered, Individual Picked Up at

**Postal Facility**

March 9, 2021 at 9:47 am in HARRISBURG, PA 17106

---



| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X  Central Services AOPC  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery | Delivered |
| 1. Article Addressed to:<br><br>State of Pennsylvania<br>Irene Bizzoso, Prothonotary<br>Pennsylvania Judicial Center<br>601 Commonwealth Avenue, Suite 4500<br>P.O. Box 62575<br>Harrisburg, PA 17106 | D. Is delivery address different from item 1?  ☐ Yes<br>If YES, enter delivery address below:  ☐ No | ∨ |
| 9590 9402 6204 0220 9904 99 | 3. Service Type<br>☐ Adult Signature<br>☐ Adult Signature Restricted Delivery<br>☐ Certified Mail®<br>☐ Certified Mail Restricted Delivery<br>☐ Collect on Delivery<br>☐ Collect on Delivery Restricted Delivery | ☐ Priority Mail Express®<br>☐ Registered Mail™<br>☐ Registered Mail Restricted Delivery<br>☐ Signature Confirmation™<br>☐ Signature Confirmation Restricted Delivery | ∨ |
| 2. Article Number (Transfer from service label)<br>RE 244 151 985 US | tricted Delivery | |

PS Form 3811, July 2020 PSN 7530-02-000-9053

Domestic Return Receipt

1/1

Edward Thomas Kennedy©
In care of: 800 Court Street, Apartment 223
Reading, Pennsylvania, [19601]

March 15, 2021

State of Pennsylvania
Irene Bizzoso, Prothonotary
Pennsylvania Judicial Center
601 Commonwealth Avenue, Suite 4500
P.O. Box 62575
Harrisburg, PA 17106
Sent via RE 244 151 985 US

RE: Declaration of Status, Correction of Records, Demand for Mutual Offset Credit Exchange

Greetings Irene Bizzoso,

I am the priority creditor. Pursuant to The Emergency Banking Acts , Public Law 73-1, 48 Stat.
1, and U.S. Code Title 12, I demand my Mutual Offset Credit Exchange. As the trustee and head
clerk of the court, it is your duty to honor said request and balance the accounts without delay or
controversy and provide verified accounting statements and detailed procedures to access all my
credits.

Second, I am also writing to inform you that it has come to my attention that I was
presumed/assumed to hold a foreign citizenship status as a U.S. Citizen and/or a citizen of the
United States using my Given Name. I have since declared on record that this is a mistake as I
was unaware of the implications of being associated with such a status in your system. I am in
fact an American state national living on the land of Pennsylvania and have willfully chosen to
retain my inherited status as a Pennsylvaniaian. As such I retain all rights and enforce the
constitutional guarantees that you and your organization are contracted to provide to me and to
the states in Good Faith.

Please correct all your records created in my Given Name, Edward Kennedy, born October, 25,
1953 and now living in care of 800 Court Street, Apartment 223, Reading, Pennsylvania that
indicates either of these U.S. citizenships - however the name may be styled. This includes but is
not limited to court cases, Residency, military, DNR, traffic tickets, or any other records
associated with a U.S. Citizen or citizen of the United States.

I rescind my signature from all State of Pennsylvania, Pennsylvania, STATE OF PENNSYLVANIA
or PENNSYLVANIA, COMMONWEALTH OF PENNSYLVANIA, Commonwealth of Pennsylvania,
and UN records that may indicate either U.S. citizen statuses effective immediately for failure to
properly disclose. Please correct the mistake and make sure all records and forms show
accordingly. Thank you for your attention to this matter. UCC1 Fixture Lien, Title 50, Sole Relief
and Remedy...and Mandatory Notice are enclosed.

Without prejudice, all rights reserved.

By: _____
Notice to Principal is Notice to Agent. Notice to Agent is Notice to Principal. Applicable to
all Successors and Assigns.

**TRUE BILL** Number: Number: RE244151985US IRENE BIZZOSO, Officially,
601 Commonwealth Avenue Suite 4500, Harrisburg, PA 17106

☐ 1. Gross Breach of Trust in violation of Commercial Service Contracts,

☐ 2. Evasion of Treaty obligations by shifting the venue of governmental operations to the air and the sea jurisdictions,

☐ 3. False claims,

☐ 4. Breach of trust,

☐ 5. Money laundering,

☐ 6. Securities fraud,

☐ 7. Gangstalking,

☐ 8. Semantic deceit,

☐ 9. Misrepresentation - misrepresentation for decades and preyed upon by American and/or U.S. BAR Attorneys, European Allies, and Treaty Partners,

☐ 10. Human trafficking,

☐ 11. False imprisonment,

☐ 12. Unlawful conversion of Edward's assets, under the false presumption of a Public Trust Interest,

☐ 13. Copyright violation

☐ 14. Personage,

☐ 15. Barratry,

☐ 16. Identity theft,

☐ 17. Probate fraud,

☐ 18. Impersonation, misrepresentation, and/or deliberate misidentification as both a British Territorial U.S. Citizen and a Municipal citizen of the United States,

☐ 19. Impersonation schemes,

☐ 20. Conscription -- press-ganging, peonage also known as debt enslavement,

☐ 21. Inland piracy,

☐ 22. Racketeering under color of law,

☐ 23. Conspiracy against the Constitutions, fail to provide Constitutional Guarantees,

☐ 24. Willing participation in Constructive Fraud, falsifying records, Unconscionable Contracts, undisclosed contracts,

☐ 25. Treason,

☐ 26. Criminal enterprise, member of a criminal enterprise,

☐ 27. Geneva Convention Violations,

☐ 28. Gross Trespass,

☐ 29. Federal Mail codes and conduct violations/ breach of Trust,

☐ 30. Confiscation of Edward's private property to pay for public debts,

☐ 31. Unjust claims of tax,

☐ 32. Birth Certificate fraud,

☐ 33. Failure to present an injured, living party,

☐ 34. Theft of public funds,

☐ 35. Unlawful use of social security number,

☐ 36. Failure to honor/ no bond,

☐ 37. Failure to honor the oath of office,

☐ 38. Attempted extortion of autograph,

☐ 39. Unlawful use of trade name,

☐ 40. Lawful remedy § 7 TITLE 50, Appendix—War and National Defense,

☐ 41. Unjust enrichment,

☐ 42. Insider trading,

☐ 43. Securitization of human flesh and Baptism bonds,

☐ 44. Bonding lawful persons,

☐ 45. Enforcement under color of law,

☐ 46. False legal presumptions,

☐ 47. Robbery under color of law,

☐ 48. Conspiracy,

☐ 49. Willful failure to file by office holder,

☐ 50. Pillaged and plundered Edward's resources---including forests, coal, gold, and silver,

☐ 51. State of New York Fixture Lien, Filing number: 202104230141000,

☐ 52. Schuylkill County, PA Fixture Lien, Filing number: 202000008480,

☐ 53. Trespass on land and soil,

☐ 54. Commandeered assets and custodial powers never granted,

☐ 55. Failed due diligence and duty to support Edward's actual Government in time of need,

☐ 56. With malicious intent, broke (most) major international laws and conventions on Earth,

☐ 57. Denied access to pre-paid credit account,

☐ 58. Invested Edward's assets without permission,

☐ 59. Commercial slavery,

☐ 60. Genocide, 18 USC 1091, or Genocide on paper by proxy

☐ 61. Privateering,

☐ 62. Executor de son tort,

☐ 63. Fraud by BAR Attorney,

Fee Schedules Recording #: Pa06-2021-2021000025
Combined MUNICIPAL and Territorial Notices of Violation(s) and Failure(s) to Perform
Total Fees Due  $6/14 ℳ $ .CTR. TVℛ
Payment due within 15 days of invoice date. Make all payments to:
Edward Thomas Kennedy, Care of 800 Court Street, Apartment 223, Reading, Pennsylvania. Postal Code 19601.
Without Prejudice, all rights reserved. By: Edward Thomas Kennedy ®

Date: March 12,2021

## Combined MUNICIPAL and Territorial Notices
## of Violation(s) and Failure(s) to Perform

NOTICE OF CLAIM of "sole relief and remedy" under Title 50 Section 7 (c) and (e) of 2012.

Notice of Violation of Lanham Act — attempted attachment and seizure of Unregistered Trademarks; Title 15, Section 1125 (a)and 11.

Notice of Violation of Admiralty, Maritime and Prize Cases, Title 28, Section 1331 (1) and (2) and (12).

Notice of Violation of Special Maritime and Territorial Jurisdiction of the United States, Title 18 Section 7 (1), (3), (8) and (13).

Notice of Violation of The Postal Accountability and Enhancement Act of Title 39, Sections 1-908 and 3621-3591.

Notice of Violation by Presumption of the Public Vessels Act, 46 U.S.C.A. Appendix Sections 781-790 as originally enacted.

Notice of Violation of The False Claims Act, Title 31 U.S.C.A. Section 3729 (a) and (7).

Notice of Violation of The Foreign Sovereign Immunities Act, Title 28, Sections 1602-1611.

Notice of Violation of the United States Statutes-at-Large, Title 12, Section 411.

Notice of Administrative Failure by the IRS/Internal Revenue Service for Failure to Produce Credit Vouchers and Proof of Claim as required by the Administrative Procedures Act, the Emergency Banking Act, and the United States Statutes-at-Large, Title 12, Section 411.

Notice of Violation of the Geneva Conventions by the United States Department of Defense and United States Department of the Treasury; failure to protect and defend our Persons.

The Foreign Sovereigns are alive and present and accounted for on the land and soil of these United States.  Private Registered Indemnity Bond AMR100001. Municipal and Territorial Birth Certificates are set aside and returned to the Secretary of the United States Treasury.

Notice to Agents is Notice to Principals; Notice to Principals is Notice to Agents.

There are no Superseding Powers of Attorney nor
any valid Dead Letters of Administration.
Not a Point of Law – A Claim of Exemption and Indemnity.

TRUE BILL Number: Number: RE244151985US IRENE BIZZOSO, an individual
615 Cambridge Court, Palmyra, PA 17078

1. Gross Breach of Trust in violation of Commercial Service Contracts,

2. Evasion of Treaty obligations by shifting the venue of governmental operations to the air and the sea jurisdictions,

3. False claims,

4. Breach of trust,

5. Money laundering,

6. Securities fraud,

7. Gangstalking,

8. Semantic deceit,

9. Misrepresentation - misrepresentation for decades and preyed upon by American and/or U.S. BAR Attorneys, European Allies, and Treaty Partners,

10. Human trafficking,

11. False imprisonment,

12. Unlawful conversion of Edward's assets, under the false presumption of a Public Trust Interest,

13. Copyright violation

14. Personage,

15. Barratry,

16. Identity theft,

17. Probate fraud,

18. Impersonation, misrepresentation, and/or deliberate misidentification as both a British Territorial U.S. Citizen and a Municipal citizen of the United States,

19. Impersonation schemes,

20. Conscription -- press-ganging, peonage also known as debt enslavement,

21. Inland piracy,

22. Racketeering under color of law,

23. Conspiracy against the Constitutions, fail to provide Constitutional Guarantees,

24. Willing participation in Constructive Fraud, falsifying records, Unconscionable Contracts, undisclosed contracts,

25. Treason,

26. Criminal enterprise, member of a criminal enterprise,

27. Geneva Convention Violations,

28. Gross Trespass,

29. Federal Mail codes and conduct violations/ breach of Trust,

30. Confiscation of Edward's private property to pay for public debts,

31. Unjust claims of tax,

32. Birth Certificate fraud,

33. Failure to present an injured, living party,

34. Theft of public funds,

35. Unlawful use of social security number,

36. Failure to honor/ no bond,

37. Failure to honor the oath of office,

38. Attempted extortion of autograph,

39. Unlawful use of trade name,

40. Lawful remedy § 7 TITLE 50, Appendix—War and National Defense,

41. Unjust enrichment,

42. Insider trading,

43. Securitization of human flesh and Baptism bonds,

44. Bonding lawful persons,

45. Enforcement under color of law,

46. False legal presumptions,

47. Robbery under color of law,

48. Conspiracy,

49. Willful failure to file by office holder,

50. Pillaged and plundered Edward's resources---including forests, coal, gold, and silver,

51. State of New York Fixture Lien, Filing number: 202104230141000,

52. Schuylkill County, PA Fixture Lien, Filing number: 202000008480,

53. Trespass on land and soil,

54. Commandeered assets and custodial powers never granted,

55. Failed due diligence and duty to support Edward's actual Government in time of need,

56. With malicious intent, broke (most) major international laws and conventions on Earth,

57. Denied access to pre-paid credit account,

58. Invested Edward's assets without permission,

59. Commercial slavery,

60. Genocide, 18 USC 1091, or Genocide on paper by proxy

61. Privateering,

62. Executor de son tort,

63. Fraud by BAR Attorney,

Fee Schedules Recording #: Pa06-2021-2021000025
Combined MUNICIPAL and Territorial Notices of Violation(s) and Failure(s) to Perform
Total Fees Due $ 5, 100, 500
Date: March 12,2021
Payment due within 15 days of Invoice date. Make all payments to:
Edward Thomas Kennedy, Care of 800 Court Street, Apartment 223, Reading, Pennsylvania, Postal Code 19601.
Without Prejudice, all rights reserved. By: Edward Thomas Kennedy ©

## Combined MUNICIPAL and Territorial Notices
## of Violation(s) and Failure(s) to Perform

NOTICE OF CLAIM of "sole relief and remedy" under Title 50 Section 7 (c) and (e) of 2012.

Notice of Violation of Lanham Act — attempted attachment and seizure of Unregistered Trademarks; Title 15, Section 1125 (a) and 11.

Notice of Violation of Admiralty, Maritime and Prize Cases, Title 28, Section 1331 (1) and (2) and (12).

Notice of Violation of Special Maritime and Territorial Jurisdiction of the United States, Title 18 Section 7 (1), (3), (8) and (13).

Notice of Violation of The Postal Accountability and Enhancement Act of Title 39, Sections 1-908 and 3621-3591.

Notice of Violation by Presumption of the Public Vessels Act, 46 U.S.C.A. Appendix Sections 781-790 as originally enacted.

Notice of Violation of The False Claims Act, Title 31 U.S.C.A. Section 3729 (a) and (7).

Notice of Violation of The Foreign Sovereign Immunities Act, Title 28, Sections 1602-1611.

Notice of Violation of the United States Statutes-at-Large, Title 12, Section 411.

Notice of Administrative Failure by the IRS/Internal Revenue Service for Failure to Produce Credit Vouchers and Proof of Claim as required by the Administrative Procedures Act, the Emergency Banking Act, and the United States Statutes-at-Large, Title 12, Section 411.

Notice of Violation of the Geneva Conventions by the United States Department of Defense and United States Department of the Treasury; failure to protect and defend our Persons.

The Foreign Sovereigns are alive and present and accounted for on the land and soil of these United States.  Private Registered Indemnity Bond AMR100001. Municipal and Territorial Birth Certificates are set aside and returned to the Secretary of the United States Treasury.

Notice to Agents is Notice to Principals; Notice to Principals is Notice to Agents.

There are no Superseding Powers of Attorney nor
any valid Dead Letters of Administration.
Not a Point of Law – A Claim of Exemption and Indemnity.

Pegantfunni, √

# USPS Tracking®

Tracking Number: RE018222011US

Your item was picked up at a postal facility at 7:57 am on March 17, 2021 in HARRISBURG, PA 17107.

✓ Delivered, Individual Picked Up at Postal Facility

March 17, 2021 at 7:57 am
HARRISBURG, PA 17107

Get Updates ∨

Text & Email Updates

Tracking History

Product Information

**Track Another Package +**

Remove ✕

FAQs ∨

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

State of Pennsylvania
Acting Secretary Veronica Degraffenreid
302 North Office Building 401 North Stre
Harrisburg, Pennsylvania 17120

9590 9402 5643 5508 4798 86

RE 018 222 011 US

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Signature Restricted Delivery
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
✕ M. Naik                    ☐ Agent
                             ☐ Addressee

B. Received by (Printed Name)        C. Date of Delivery
   M Naik  2/2                      2/23

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

Edward Thomas Kennedy
In care of: 800 Court Street, Apartment 223
Reading, Pennsylvania, [19601]

March 15, 2021

State of Pennsylvania
Acting Secretary Veronica W. Degraffenreid
302 North Office Building 401 North Street
Harrisburg, Pennsylvania 17120
Sent via RE 018 222 011 US
Declaration of Status / Correction of Records, Open Exemption Account -

Greetings,

I am writing to inform you that it has come to my attention that I was
presumed/assumed to hold a foreign citizenship status as a U.S. Citizen and/or a
citizen of the United States using my Given Name. I have since declared on
record that this is a mistake as I was unaware of the implications of being
associated with such a status in your system. I am, in fact, an American state
national living on the land of Pennsylvania and have willfully chosen to retain my
inherited status as a Pennsylvaniaian. As such I retain all rights and enforce the
constitutional guarantees that your organization is contracted to provide to the
states in Good Faith.

Please correct all your records created in my Given Name, Edward Kennedy
born October, 25, 1953 and now living in care of 800 Court Street, Apartment
223, Reading, Pennsylvania that indicates either of these U.S. citizenships-
however the name may be styled. This includes but is not limited to tax rolls,
voter registration rolls, Residency, military, DNR, court cases, or any other
records associated with a U.S. Citizen or citizen of the United States.

I rescind my signature from all State of Pennsylvania, Pennsylvania, STATE OF
PENNSYLVANIA or PENNSYLVANIA, and UN records that may indicate either
U.S. citizen statuses effective immediately for failure to properly disclose. Please
correct the mistake and make sure all records and forms show accordingly.
Thank you for your attention to these matters.

Without prejudice, all rights reserved.

By: Edward Thomas Kennedy ©

**Notice to Principals is Notice to Agents. Notice to Agents is Notice to Principals under
International Declaration; not subject to Representation nor Power of Attorney; not subject
to Alteration, not a British Copyright, not a Municipal Trademark.
Applicable to all Successors and Assigns.**

**TRUE BILL** Number: Number: RE018222011US, VERONICA DEGRAFFENREID, Officially, 302 North Office Building, 401 North Street, Harrisburg, PA 17120

1. **Gross Breach of Trust in violation of Commercial Service Contracts,**
2. **Evasion of Treaty obligations by shifting the venue of governmental operations to the air and the sea jurisdictions,**
3. **False claims,**
4. **Breach of trust,**
5. **Money laundering,**
6. **Securities fraud,**
7. **Gangstalking,**
8. **Semantic deceit,**
9. **Misrepresentation - misrepresentation for decades and preyed upon by American and/or U.S. BAR Attorneys, European Allies, and Treaty Partners,**
10. **Human trafficking,**
11. **False imprisonment,**
12. **Unlawful conversion of Edward's assets, under the false presumption of a Public Trust Interest,**
13. **Copyright violation**
14. **Personae,**
15. **Barratry,**
16. **Identity theft,**
17. **Probate fraud,**
18. **Impersonation, misrepresentation, and/or deliberate misidentification as both a British Territorial U.S. Citizen and a Municipal citizen of the United States,**
19. **Impersonation schemes,**
20. **Conscription -- press-ganging, peonage also known as debt enslavement,**
21. **Inland piracy,**
22. **Racketeering under color of law,**
23. **Conspiracy against the Constitutions, fail to provide Constitutional Guarantees,**
24. **Willing participation in Constructive Fraud, falsifying records, Unconscionable Contracts, undisclosed contracts,**
25. **Treason,**
26. **Criminal enterprise, member of a criminal enterprise,**
27. **Geneva Convention Violations,**
28. **Gross Trespass,**
29. **Federal Mail codes and conduct violations/ breach of Trust,**
30. **Confiscation of Edward's private property to pay for public debts,**

31. **Unjust claims of tax,**
32. **Birth Certificate fraud,**
33. **Failure to present an injured, living party,**
34. **Theft of public funds,**
35. **Unlawful use of social security number,**
36. **Failure to honor/ no bond,**
37. **Failure to honor the oath of office,**
38. **Attempted extortion of autograph,**
39. **Unlawful use of trade name,**
40. **Lawful remedy § 7 TITLE 50, Appendix—War and National Defense,**
41. **Unjust enrichment,**
42. **Insider trading,**
43. **Securitization of human flesh and Baptism bonds,**
44. **Bonding lawful persons,**
45. **Enforcement under color of law,**
46. **False legal presumptions,**
47. **Robbery under color of law,**
48. **Conspiracy,**
49. **Willful failure to file by office holder,**
50. **Pillaged and plundered Edward's resources---including forests, coal, gold, and silver,**
51. **State of New York  Fixture Lien, Filing number: 202104230141000,**
52. **Schuylkill County, PA  Fixture Lien, Filing number: 202000008480,**
53. **Trespass on land and soil,**
54. **Commandeered assets and custodial powers never granted,**
55. **Failed due diligence and duty to support Edward's actual Government in time of need,**
56. **With malicious intent, broke (most) major international laws and conventions on Earth,**
57. **Denied access to pre-paid credit account,**
58. **Invested Edward's assets without permission,**
59. **Commercial slavery,**
60. **Genocide, 18 USC 1091, or Genocide on paper by proxy**
61. **Privateering,**
62. **Executor de son tort,**
63. **Fraud by BAR Attorney,**

*Fee Schedules Recording #: Pa06-2021-2021000025*          *Date: March 12,2021*
*Combined MUNICIPAL and Territorial Notices of Violation(s) and Failure(s) to Perform*
*Total Fees Due*  $ 5, 000, 000, 000  (Five  Million do llars*
*Payment due within 15 days of Invoice date. Make all payments to:*
*Edward Thomas Kennedy, Care of 800 Court Street, Apartment 223, Reading, Pennsylvania. Postal Code 19601.*
*Without Prejudice, all rights reserved. By:* Edwin J Thorne Kewkey ©

# Combined MUNICIPAL and Territorial Notices
# of Violation(s) and Failure(s) to Perform

**NOTICE OF CLAIM** of "sole relief and remedy" under Title 50 Section 7 (c) and (e) of 2012.

**Notice of Violation of Lanham Act** — attempted attachment and seizure of Unregistered Trademarks; Title 15, Section 1125 (a)and 11.

**Notice of Violation of Admiralty, Maritime and Prize Cases**, Title 28, Section 1331 (1) and (2) and (12).

**Notice of Violation of Special Maritime and Territorial Jurisdiction of the United States**, Title 18 Section 7 (1), (3), (8) and (13).

**Notice of Violation of The Postal Accountability and Enhancement Act** of Title 39, Sections 1-908 and 3621-3591.

**Notice of Violation by Presumption of the Public Vessels Act**, 46 U.S.C.A. Appendix Sections 781-790 as originally enacted.

**Notice of Violation of The False Claims Act**, Title 31 U.S.C.A. Section 3729 (a) and (7).

**Notice of Violation of The Foreign Sovereign Immunities Act**, Title 28, Sections 1602-1611.

**Notice of Violation of the United States Statutes-at-Large**, Title 12, Section 411.

**Notice of Administrative Failure by the IRS/Internal Revenue Service for Failure to Produce Credit Vouchers and Proof of Claim** as required by the Administrative Procedures Act, the Emergency Banking Act, and the United States Statutes-at-Large, Title 12, Section 411.

**Notice of Violation of the Geneva Conventions** by the United States Department of Defense and United States Department of the Treasury; failure to protect and defend our Persons.

**The Foreign Sovereigns are alive and present and accounted for on the land and soil of these United States.**   Private Registered Indemnity Bond AMR100001. Municipal and Territorial Birth Certificates <u>are set aside</u> and returned to the Secretary of the United States Treasury.

Notice to Agents is Notice to Principals; Notice to Principals is Notice to Agents.

There are no Superseding Powers of Attorney nor
any valid Dead Letters of Administration.
Not a Point of Law – A Claim of Exemption and Indemnity.

**TRUE BILL** Number: Number: RE018222011US, VERONICA DEGRAFFENREID, an individual, 325 N Front Street, Apt 2, Harrisburg, PA 17101=1224

☐ 1. Gross Breach of Trust in violation of Commercial Service Contracts,

☐ 2. Evasion of Treaty obligations by shifting the venue of governmental operations to the air and the sea jurisdictions,

☐ 3. False claims,

☐ 4. Breach of trust,

☐ 5. Money laundering,

☐ 6. Securities fraud,

☐ 7. Gangstalking,

☐ 8. Semantic deceit,

☐ 9. Misrepresentation - misrepresentation for decades and preyed upon by American and/or U.S. BAR Attorneys, European Allies, and Treaty Partners,

☐ 10. Human trafficking,

☐ 11. False imprisonment,

☐ 12. Unlawful conversion of Edward's assets, under the false presumption of a Public Trust Interest,

☐ 13. Copyright violation

☐ 14. Personage,

☐ 15. Barratry,

☐ 16. Identity theft,

☐ 17. Probate fraud,

☐ 18. Impersonation, misrepresentation, and/or deliberate misidentification as both a British Territorial U.S. Citizen and a Municipal citizen of the United States,

☐ 19. Impersonation schemes,

☐ 20. Conscription -- press-ganging, peonage also known as debt enslavement,

☐ 21. Inland piracy,

☐ 22. Racketeering under color of law,

☐ 23. Conspiracy against the Constitutions, fail to provide Constitutional Guarantees,

☐ 24. Willing participation in Constructive Fraud, falsifying records, Unconscionable Contracts, undisclosed contracts,

☐ 25. Treason,

☐ 26. Criminal enterprise, member of a criminal enterprise,

☐ 27. Geneva Convention Violations,

☐ 28. Gross Trespass,

☐ 29. Federal Mail codes and conduct violations/ breach of Trust,

☐ 30. Confiscation of Edward's private property to pay for public debts,

☐ 31. Unjust claims of tax,

☐ 32. Birth Certificate fraud,

☐ 33. Failure to present an injured, living party,

☐ 34. Theft of public funds,

☐ 35. Unlawful use of social security number,

☐ 36. Failure to honor/ no bond,

☐ 37. Failure to honor the oath of office,

☐ 38. Attempted extortion of autograph,

☐ 39. Unlawful use of trade name,

☐ 40. Lawful remedy § 7 TITLE 50, Appendix—War and National Defense,

☐ 41. Unjust enrichment,

☐ 42. Insider trading,

☐ 43. Securitization of human flesh and Baptism bonds,

☐ 44. Bonding lawful persons,

☐ 45. Enforcement under color of law,

☐ 46. False legal presumptions,

☐ 47. Robbery under color of law,

☐ 48. Conspiracy,

☐ 49. Willful failure to file by office holder,

☐ 50. Pillaged and plundered Edward's resources---including forests, coal, gold, and silver,

☐ 51. State of New York Fixture Lien, Filing number: 202104230141000,

☐ 52. Schuylkill County, PA Fixture Lien, Filing number: 202000008480,

☐ 53. Trespass on land and soil,

☐ 54. Commandeered assets and custodial powers never granted,

☐ 55. Failed due diligence and duty to support Edward's actual Government in time of need,

☐ 56. With malicious intent, broke (most) major international laws and conventions on Earth,

☐ 57. Denied access to pre-paid credit account,

☐ 58. Invested Edward's assets without permission,

☐ 59. Commercial slavery,

☐ 60. Genocide, 18 USC 1091, or Genocide on paper by proxy

☐ 61. Privateering,

☐ 62. Executor de son tort,

☐ 63. Fraud by BAR Attorney,

*Fee Schedules Recording #: Pa06-2021-2021000025*  *Date: March 12,2021*
*Combined MUNICIPAL and Territorial Notices of Violation(s) and Failure(s) to Perform*
*Total Fees Due* $5,000,000 (Five hillion dollars)
*Payment due within 15 days of Invoice date. Make all payments to:*
*Edward Thomas Kennedy, Care of 800 Court Street, Apartment 223, Reading, Pennsylvania. Postal Code 19601.*
*Without Prejudice, all rights reserved. By:* Edward Thomas Kennedy ©

## Combined MUNICIPAL and Territorial Notices
## of Violation(s) and Failure(s) to Perform

NOTICE OF CLAIM of "sole relief and remedy" under Title 50 Section 7 (c) and (e) of 2012.

Notice of Violation of Lanham Act — attempted attachment and seizure of Unregistered Trademarks; Title 15, Section 1125 (a)and 11.

Notice of Violation of Admiralty, Maritime and Prize Cases, Title 28, Section 1331 (1) and (2) and (12).

Notice of Violation of Special Maritime and Territorial Jurisdiction of the United States, Title 18 Section 7 (1), (3), (8) and (13).

Notice of Violation of The Postal Accountability and Enhancement Act of Title 39, Sections 1-908 and 3621-3591.

Notice of Violation by Presumption of the Public Vessels Act, 46 U.S.C.A. Appendix Sections 781-790 as originally enacted.

Notice of Violation of The False Claims Act, Title 31 U.S.C.A. Section 3729 (a) and (7).

Notice of Violation of The Foreign Sovereign Immunities Act, Title 28, Sections 1602-1611.

Notice of Violation of the United States Statutes-at-Large, Title 12, Section 411.

Notice of Administrative Failure by the IRS/Internal Revenue Service for Failure to Produce Credit Vouchers and Proof of Claim as required by the Administrative Procedures Act, the Emergency Banking Act, and the United States Statutes-at-Large, Title 12, Section 411.

Notice of Violation of the Geneva Conventions by the United States Department of Defense and United States Department of the Treasury; failure to protect and defend our Persons.

The Foreign Sovereigns are alive and present and accounted for on the land and soil of these United States.   Private Registered Indemnity Bond AMR100001. Municipal and Territorial Birth Certificates are set aside and returned to the Secretary of the United States Treasury.

Notice to Agents is Notice to Principals; Notice to Principals is Notice to Agents.

There are no Superseding Powers of Attorney nor
any valid Dead Letters of Administration.
Not a Point of Law – A Claim of Exemption and Indemnity.

chrome://media-app

DUNN

# USPS.COM

Quick Tools    Send    Receive

## USPS Tracking®

Track Another Package +

Track Anytime

**Tracking Number:** RE018222175US

### Status

(✓) Delivered to Agent for Final Delivery

Your item has been delivered to an agent for final delivery
in HARRISBURG, PA 17110 on March 19, 2021 at 9:46 am.

March 19, 2021 at 9:46 am
HARRISBURG, PA 17110

Get Updates ⌄

Delivered to Agent

Text & Email Updates    ⌄

Tracking History    ⌄

Product Information    ⌄

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse
  so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
  or on the front if space permits.

1. Article Addressed to:

Cindy Adams Dunn / Secretary
PA Conservation & Natural Resources
400 Market Street
Harrisburg, PA 17105

2. Article Number (Transfer from service label)

9590 9402 6352 0296 9150 19

RE 018 222 175 US

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  □ Agent
                      □ Addressee

B. Received by (Printed Name)    C. Date of Delivery
                                  3/19/21

D. Is delivery address different from item 1?  □ Yes
   If YES, enter delivery address below:       □ No

3. Service Type
□ Adult Signature
□ Adult Signature Restricted Delivery
□ Certified Mail®
□ Certified Mail Restricted Delivery
□ Collect on Delivery
□ Collect on Delivery Restricted Delivery
□ Signature Confirmation™
□ Signature Confirmation Restricted Delivery
□ Priority Mail Express®
□ Registered Mail™
□ Registered Mail Restricted Delivery

Domestic Return Receipt

Remove X

Feedback

1/1

TRUE BILL  Number: Number: RE018222175US, CINDY ADAMS DUNN, an Individual
271 Hillcrest Street, Camp Hill, PA 17011

☐ 1. **Gross Breach of Trust in violation of Commercial Service Contracts,**

☐ 2. **Evasion of Treaty obligations by shifting the venue of governmental operations to the air and the sea jurisdictions,**

☐ 3. **False claims,**

☐ 4. **Breach of trust,**

☐ 5. **Money laundering,**

☐ 6. **Securities fraud,**

☐ 7. **Gangstalking,**

☐ 8. **Semantic deceit,**

☐ 9. **Misrepresentation - misrepresentation for decades and preyed upon by American and/or U.S. BAR Attorneys, European Allies, and Treaty Partners,**

☐ 10. **Human trafficking,**

☐ 11. **False imprisonment,**

☐ 12. **Unlawful conversion of Edward's assets, under the false presumption of a Public Trust Interest,**

☐ 13. **Copyright violation**

☐ 14. **Personage,**

☐ 15. **Barratry,**

☐ 16. **Identity theft,**

☐ 17. **Probate fraud,**

☐ 18. **Impersonation, misrepresentation, and/or deliberate misidentification as both a British Territorial U.S. Citizen and a Municipal citizen of the United States,**

☐ 19. **Impersonation schemes,**

☐ 20. **Conscription -- press-ganging, peonage also known as debt enslavement,**

☐ 21. **Inland piracy,**

☐ 22. **Racketeering under color of law,**

☐ 23. **Conspiracy against the Constitutions, fail to provide Constitutional Guarantees,**

☐ 24. **Willing participation in Constructive Fraud, falsifying records, Unconscionable Contracts, undisclosed contracts,**

☐ 25. **Treason,**

☐ 26. **Criminal enterprise, member of a criminal enterprise,**

☐ 27. **Geneva Convention Violations,**

☐ 28. **Gross Trespass,**

☐ 29. **Federal Mail codes and conduct violations/ breach of Trust,**

☐ 30. **Confiscation of Edward's private property to pay for public debts,**

☐ 31. **Unjust claims of tax,**

☐ 32. **Birth Certificate fraud,**

☐ 33. **Failure to present an injured, living party,**

☐ 34. **Theft of public funds,**

☐ 35. **Unlawful use of social security number,**

☐ 36. **Failure to honor/ no bond,**

☐ 37. **Failure to honor the oath of office,**

☐ 38. **Attempted extortion of autograph,**

☐ 39. **Unlawful use of trade name,**

☐ 40. **Lawful remedy § 7 TITLE 50, Appendix—War and National Defense,**

☐ 41. **Unjust enrichment,**

☐ 42. **Insider trading,**

☐ 43. **Securitization of human flesh and Baptism bonds,**

☐ 44. **Bonding lawful persons,**

☐ 45. **Enforcement under color of law,**

☐ 46. **False legal presumptions,**

☐ 47. **Robbery under color of law,**

☐ 48. **Conspiracy,**

☐ 49. **Willful failure to file by office holder,**

☐ 50. **Pillaged and plundered Edward's resources—including forests, coal, gold, and silver,**

☐ 51. **State of New York  Fixture Lien, Filing number: 202104230141000,**

☐ 52. **Schuylkill County, PA  Fixture Lien, Filing number: 202000008480,**

☐ 53. **Trespass on land and soil,**

☐ 54. **Commandeered assets and custodial powers never granted,**

☐ 55. **Failed due diligence and duty to support Edward's actual Government in time of need,**

☐ 56. **With malicious intent, broke (most) major international laws and conventions on Earth,**

☐ 57. **Denied access to pre-paid credit account,**

☐ 58. **Invested Edward's assets without permission,**

☐ 59. **Commercial slavery,**

☐ 60. **Genocide, 18 USC 1091, or Genocide on paper by proxy**

☐ 61. **Privateering,**

☐ 62. **Executor de son tort,**

☐ 63. **Fraud by BAR Attorney,**

Fee Schedules Recording #: Pa06-2021-2021000025                    Date: March 12,2021
Combined MUNICIPAL and Territorial Notices of Violation(s) and Failure(s) to Perform
Total Fees Due  $ 5,000,000 ⁼⁼  (Five Million $ //ms)
Payment due within 15 days of Invoice date. Make all payments to:
Edward Thomas Kennedy, Care of 800 Court Street, Apartment 223, Reading, Pennsylvania. Postal Code 19601.
Without Prejudice, all rights reserved. By:  Edward Thomas Kennedy

## Combined MUNICIPAL and Territorial Notices
## of Violation(s) and Failure(s) to Perform

**NOTICE OF CLAIM** of "sole relief and remedy" under Title 50 Section 7 (c) and (e) of 2012.

**Notice of Violation of Lanham Act** — attempted attachment and seizure of Unregistered Trademarks; Title 15, Section 1125 (a)and 11.

**Notice of Violation of Admiralty, Maritime and Prize Cases**, Title 28, Section 1331 (1) and (2) and (12).

**Notice of Violation of Special Maritime and Territorial Jurisdiction of the United States**, Title 18 Section 7 (1), (3), (8) and (13).

**Notice of Violation of The Postal Accountability and Enhancement Act** of Title 39, Sections 1-908 and 3621-3591.

**Notice of Violation by Presumption of the Public Vessels Act**, 46 U.S.C.A. Appendix Sections 781-790 as originally enacted.

**Notice of Violation of The False Claims Act**, Title 31 U.S.C.A. Section 3729 (a) and (7).

**Notice of Violation of The Foreign Sovereign Immunities Act**, Title 28, Sections 1602-1611.

**Notice of Violation of the United States Statutes-at-Large**, Title 12, Section 411.

**Notice of Administrative Failure** by the IRS/Internal Revenue Service for Failure to Produce Credit Vouchers and Proof of Claim as required by the Administrative Procedures Act, the Emergency Banking Act, and the United States Statutes-at-Large, Title 12, Section 411.

**Notice of Violation of the Geneva Conventions** by the United States Department of Defense and United States Department of the Treasury; failure to protect and defend our Persons.

**The Foreign Sovereigns are alive and present and accounted for on the land and soil of these United States.**  Private Registered Indemnity Bond AMR100001. Municipal and Territorial Birth Certificates are set aside and returned to the Secretary of the United States Treasury.

**Notice to Agents is Notice to Principals; Notice to Principals is Notice to Agents.**

**There are no Superseding Powers of Attorney nor
any valid Dead Letters of Administration.
Not a Point of Law – A Claim of Exemption and Indemnity.**

**TRUE BILL** Number: Number: RE018222175US, CINDY ADAMS DUNN, Officially
400 Market Street, Harrisburg, PA 17105

1. Gross Breach of Trust in violation of Commercial Service Contracts,
2. Evasion of Treaty obligations by shifting the venue of governmental operations to the air and the sea jurisdictions,
3. False claims,
4. Breach of trust,
5. Money laundering,
6. Securities fraud,
7. Gangstalking,
8. Semantic deceit,
9. Misrepresentation - misrepresentation for decades and preyed upon by American and/or U.S. BAR Attorneys, European Allies, and Treaty Partners,
10. Human trafficking,
11. False imprisonment,
12. Unlawful conversion of Edward's assets, under the false presumption of a Public Trust Interest,
13. Copyright violation
14. Personage,
15. Barratry,
16. Identity theft,
17. Probate fraud,
18. Impersonation, misrepresentation, and/or deliberate misidentification as both a British Territorial U.S. Citizen and a Municipal citizen of the United States,
19. Impersonation schemes,
20. Conscription -- press-ganging, peonage also known as debt enslavement,
21. Inland piracy,
22. Racketeering under color of law,
23. Conspiracy against the Constitutions, fail to provide Constitutional Guarantees,
24. Willing participation in Constructive Fraud, falsifying records, Unconscionable Contracts, undisclosed contracts,
25. Treason,
26. Criminal enterprise, member of a criminal enterprise,
27. Geneva Convention Violations,
28. Gross Trespass,
29. Federal Mail codes and conduct violations/ breach of Trust,
30. Confiscation of Edward's private property to pay for public debts,

31. Unjust claims of tax,
32. Birth Certificate fraud,
33. Failure to present an injured, living party,
34. Theft of public funds,
35. Unlawful use of social security number,
36. Failure to honor/ no bond,
37. Failure to honor the oath of office,
38. Attempted extortion of autograph,
39. Unlawful use of trade name,
40. Lawful remedy § 7 TITLE 50, Appendix—War and National Defense,
41. Unjust enrichment,
42. Insider trading,
43. Securitization of human flesh and Baptism bonds,
44. Bonding lawful persons,
45. Enforcement under color of law,
46. False legal presumptions,
47. Robbery under color of law,
48. Conspiracy,
49. Willful failure to file by office holder,
50. Pillaged and plundered Edward's resources---including forests, coal, gold, and silver,
51. State of New York  Fixture Lien, Filing number: 202104230141000,
52. Schuylkill County, PA  Fixture Lien, Filing number: 202000008480,
53. Trespass on land and soil,
54. Commandeered assets and custodial powers never granted,
55. Failed due diligence and duty to support Edward's actual Government in time of need,
56. With malicious intent, broke (most) major international laws and conventions on Earth,
57. Denied access to pre-paid credit account,
58. Invested Edward's assets without permission,
59. Commercial slavery,
60. Genocide, 18 USC 1091, or Genocide on paper by proxy
61. Privateering,
62. Executor de son tort,
63. Fraud by BAR Attorney,

Fee Schedules Recording #: Pa06-2021-2021000025                                    Date: March 12,2021
Combined MUNICIPAL and Territorial Notices of Violation(s) and Failure(s) to Perform
Total Fees Due  $ 5,000,000 ⁰⁰  (Five Million dollars)
Payment due within 15 days of Invoice date. Make all payments to:
Edward Thomas Kennedy, Care of 800 Court Street, Apartment 223, Reading, Pennsylvania. Postal Code 19601.
Without Prejudice, all rights reserved. By:  Edward Thomas Kennedy ©

## Combined MUNICIPAL and Territorial Notices
## of Violation(s) and Failure(s) to Perform

NOTICE OF CLAIM of "sole relief and remedy" under Title 50 Section 7 (c) and (e) of 2012.

Notice of Violation of Lanham Act — attempted attachment and seizure of Unregistered Trademarks; Title 15, Section 1125 (a)and 11.

Notice of Violation of Admiralty, Maritime and Prize Cases, Title 28, Section 1331 (1) and (2) and (12).

Notice of Violation of Special Maritime and Territorial Jurisdiction of the United States, Title 18 Section 7 (1), (3), (8) and (13).

Notice of Violation of The Postal Accountability and Enhancement Act of Title 39, Sections 1-908 and 3621-3591.

Notice of Violation by Presumption of the Public Vessels Act, 46 U.S.C.A. Appendix Sections 781-790 as originally enacted.

Notice of Violation of The False Claims Act, Title 31 U.S.C.A. Section 3729 (a) and (7).

Notice of Violation of The Foreign Sovereign Immunities Act, Title 28, Sections 1602-1611.

Notice of Violation of the United States Statutes-at-Large, Title 12, Section 411.

Notice of Administrative Failure by the IRS/Internal Revenue Service for Failure to Produce Credit Vouchers and Proof of Claim as required by the Administrative Procedures Act, the Emergency Banking Act, and the United States Statutes-at-Large, Title 12, Section 411.

Notice of Violation of the Geneva Conventions by the United States Department of Defense and United States Department of the Treasury; failure to protect and defend our Persons.

The Foreign Sovereigns are alive and present and accounted for on the land and soil of these United States.   Private Registered Indemnity Bond AMR100001. Municipal and Territorial Birth Certificates are set aside and returned to the Secretary of the United States Treasury.

Notice to Agents is Notice to Principals; Notice to Principals is Notice to Agents.

There are no Superseding Powers of Attorney nor
any valid Dead Letters of Administration.
Not a Point of Law – A Claim of Exemption and Indemnity.

Krimmel

**Tracking Number:** RE244084999US

Remove ✕

**Status**

Your item arrived at the Post Office at 1:58 am on March 30, 2021 in HARRISBURG, PA 17107.

**Arrived at Post Office**

March 30, 2021 at 1:58 am
HARRISBURG, PA 17107

**Get Updates ∨**

In-Transit

**Text & Email Updates** ∨

**Tracking History** ∨

**Product Information** ∨

---

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____ □ Agent<br>□ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery |
| 1. Article Addressed to:<br><br>Michael F. Krimmel, Prothy<br>Commonwealth Court of Pennsylvania<br>601 Commonwealth Ave. STE 2100<br>P.O. Box 69185<br>Harrisburg, PA 17106 | D. Is delivery address different from item 1?  □ Yes<br>If YES, enter delivery address below:   □ No |
| ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖<br>9590 9402 5005 9063 9655 83 | 3. Service Type                          □ Priority Mail Express®<br>□ Adult Signature                  □ Registered Mail™<br>□ Adult Signature Restricted Delivery   □ Registered Mail Restricted<br>□ Certified Mail®                        Delivery<br>□ Certified Mail Restricted Delivery   □ Return Receipt for<br>□ Collect on Delivery                    Merchandise<br>□ Collect on Delivery Restricted Delivery  □ Signature Confirmation™<br>                                        □ Signature Confirmation<br>      Restricted Delivery                 Restricted Delivery |
| 2. Article Number (Transfer from service label)<br>RE 244 084 999 US | |
| PS Form 3811, July 2015 PSN 7530-02-000-9053 | Domestic Return Receipt |

Edward Thomas Kennedy
In care of 800 Court Street, Apartment 223
Reading, Pennsylvania, [19601]

March 28, 2021

MICHAEL F. KRIMMEL, PROTHONOTARY,
Commonwealth Court of Pennsylvania
Pennsylvania Judicial Center,
601 Commonwealth Ave., Suite 2100
P.O. Box 69185
Harrisburg, PA 17106
RE 244 084 999 US

RE: Declaration of Status & Correction of Records

Greetings MICHAEL F. KRIMMEL,

I am writing to inform you that it has come to my attention that I was presumed/assumed to hold a foreign citizenship status as a U.S. Citizen and/or a citizen of the United States using my Given Name. I have since declared on record that this is a mistake as I was unaware of the implications of being associated with such a status in your system. I am in fact an American state national living on the land of Pennsylvania and have willfully chosen to retain my inherited status as a Pennsylvanian. As such I retain all rights and enforce the constitutional guarantees that your organization is contracted to provide to the states in Good Faith.

Please correct all your records created in my Given Name, Edward Kennedy born October 25, 1953, and now living in care of 800 Court Street, Apartment 223, Reading, Pennsylvania that indicates either of these U.S. citizenships- however, the name may be styled.

This includes but is not limited to financial instruments, bonds, court cases, tax rolls, voter registration rolls, Residency, military, DNR, or any other records associated with a U.S. Citizen or citizen of the United States.

I rescind my signature from all State of Pennsylvania, Pennsylvania, STATE OF PENNSYLVANIA or PENNSYLVANIA, COMMONWEALTH OF PENNSYLVANIA, Commonwealth of Pennsylvania, and UN records that may indicate either U.S. citizen statuses effective immediately for failure to properly disclose. Please correct the mistake and make sure all records, financial instruments, case dockets, and forms show accordingly. Mandatory Notice is enclosed. Thank you for your attention to this matter.

Without prejudice, all rights reserved.

By: Edward Thomas Kennedy                                        ©
Notice to Principal is Notice to Agent. Notice to Agent is Notice to Principal.
Applicable to all Successors and Assigns.

3/28/2021

TRUE BILL  Number: Number: RE244084999US, MICHAEL F KRIMMEL, Officially
601 COMMONWEALTH AVE STE 2100, PO BOX 69185
HARRISBURG, Pennsylvania 17106-9185

☐ 1. Gross Breach of Trust in violation of Commercial Service Contracts,

☐ 2. Evasion of Treaty obligations by shifting the venue of governmental operations to the air and the sea jurisdictions,

☐ 3. False claims,

☐ 4. Breach of trust,

☐ 5. Money laundering,

☐ 6. Securities fraud,

☐ 7. Gangstalking,

☐ 8. Semantic deceit,

☐ 9. Misrepresentation - misrepresentation for decades and preyed upon by American and/or U.S. BAR Attorneys, European Allies, and Treaty Partners,

☐ 10. Human trafficking,

☐ 11. False imprisonment,

☐ 12. Unlawful conversion of Edward's assets, under the false presumption of a Public Trust Interest,

☐ 13. Copyright violation

☐ 14. Personage,

☐ 15. Barratry,

☐ 16. Identity theft,

☐ 17. Probate fraud,

☐ 18. Impersonation, misrepresentation, and/or deliberate misidentification as both a British Territorial U.S. Citizen and a Municipal citizen of the United States,

☐ 19. Impersonation schemes,

☐ 20. Conscription -- press-ganging, peonage also known as debt enslavement,

☐ 21. Inland piracy,

☐ 22. Racketeering under color of law,

☐ 23. Conspiracy against the Constitutions, fail to provide Constitutional Guarantees,

☐ 24. Willing participation in Constructive Fraud, falsifying records, Unconscionable Contracts, undisclosed contracts,

☐ 25. Treason,

☐ 26. Criminal enterprise, member of a criminal enterprise,

☐ 27. Geneva Convention Violations,

☐ 28. Gross Trespass,

☐ 29. Federal Mail codes and conduct violations/ breach of Trust,

☐ 30. Confiscation of Edward's private property to pay for public debts,

☐ 31. Unjust claims of tax,

☐ 32. Birth Certificate fraud,

☐ 33. Failure to present an injured, living party,

☐ 34. Theft of public funds,

☐ 35. Unlawful use of social security number,

☐ 36. Failure to honor/ no bond,

☐ 37. Failure to honor the oath of office,

☐ 38. Attempted extortion of autograph,

☐ 39. Unlawful use of trade name,

☐ 40. Lawful remedy § 7 TITLE 50, Appendix—War and National Defense,

☐ 41. Unjust enrichment,

☐ 42. Insider trading,

☐ 43. Securitization of human flesh and Baptism bonds,

☐ 44. Bonding lawful persons,

☐ 45. Enforcement under color of law,

☐ 46. False legal presumptions,

☐ 47. Robbery under color of law,

☐ 48. Conspiracy,

☐ 49. Willful failure to file by office holder,

☐ 50. Pillaged and plundered Edward's resources---including forests, coal, gold, and silver,

☐ 51. State of New York  Fixture Lien, Filing number: 202104230141000,

☐ 52. Schuylkill County, PA  Fixture Lien, Filing number: 202000008480,

☐ 53. Trespass on land and soil,

☐ 54. Commandeered assets and custodial powers never granted,

☐ 55. Failed due diligence and duty to support Edward's actual Government in time of need,

☐ 56. With malicious intent, broke (most) major international laws and conventions on Earth,

☐ 57. Denied access to pre-paid credit account,

☐ 58. Invested Edward's assets without permission,

☐ 59. Commercial slavery,

☐ 60. Genocide, 18 USC 1091, or Genocide on paper by proxy

☐ 61. Privateering,

☐ 62. Executor de son tort,

☐ 63. Fraud by BAR Attorney,

Fee Schedules Recording #: Pa06-2021-2021000025
Combined MUNICIPAL and Territorial Notices of Violation(s) and Failure(s) to Perform
Total Fees Due  $5,000,000
Payment due within 15 days of Invoice date. Make all payments to:
Edward Thomas Kennedy, Care of 800 Court Street, Apartment 223, Reading, Pennsylvania, Postal Code 19601.
Without Prejudice, all rights reserved. By: Edward Thomns Kewnedy ©

Date: March 12,2021

## Combined MUNICIPAL and Territorial Notices
## of Violation(s) and Failure(s) to Perform

NOTICE OF CLAIM of "sole relief and remedy" under Title 50 Section 7 (c) and (e) of 2012.

Notice of Violation of Lanham Act — attempted attachment and seizure of Unregistered Trademarks; Title 15, Section 1125 (a)and 11.

Notice of Violation of Admiralty, Maritime and Prize Cases, Title 28, Section 1331 (1) and (2) and (12).

Notice of Violation of Special Maritime and Territorial Jurisdiction of the United States, Title 18 Section 7 (1), (3), (8) and (13).

Notice of Violation of The Postal Accountability and Enhancement Act of Title 39, Sections 1-908 and 3621-3591.

Notice of Violation by Presumption of the Public Vessels Act, 46 U.S.C.A. Appendix Sections 781-790 as originally enacted.

Notice of Violation of The False Claims Act, Title 31 U.S.C.A. Section 3729 (a) and (7).

Notice of Violation of The Foreign Sovereign Immunities Act, Title 28, Sections 1602-1611.

Notice of Violation of the United States Statutes-at-Large, Title 12, Section 411.

Notice of Administrative Failure by the IRS/Internal Revenue Service for Failure to Produce Credit Vouchers and Proof of Claim as required by the Administrative Procedures Act, the Emergency Banking Act, and the United States Statutes-at-Large, Title 12, Section 411.

Notice of Violation of the Geneva Conventions by the United States Department of Defense and United States Department of the Treasury; failure to protect and defend our Persons.

The Foreign Sovereigns are alive and present and accounted for on the land and soil of these United States.   Private Registered Indemnity Bond AMR100001. Municipal and Territorial Birth Certificates are set aside and returned to the Secretary of the United States Treasury.

Notice to Agents is Notice to Principals; Notice to Principals is Notice to Agents.

There are no Superseding Powers of Attorney nor
any valid Dead Letters of Administration.
Not a Point of Law – A Claim of Exemption and Indemnity.

**TRUE BILL** Number: Number: RE244084999US, MICHAEL F KRIMMEL, an Individual
14 Regency Ct, Lititz, PA 17543-9238

1. **Gross Breach of Trust in violation of Commercial Service Contracts,**
2. **Evasion of Treaty obligations by shifting the venue of governmental operations to the air and the sea jurisdictions,**
3. **False claims,**
4. **Breach of trust,**
5. **Money laundering,**
6. **Securities fraud,**
7. **Gangstalking,**
8. **Semantic deceit,**
9. **Misrepresentation - misrepresentation for decades and preyed upon by American and/or U.S. BAR Attorneys, European Allies, and Treaty Partners,**
10. **Human trafficking,**
11. **False imprisonment,**
12. **Unlawful conversion of Edward's assets, under the false presumption of a Public Trust Interest,**
13. **Copyright violation**
14. **Personage,**
15. **Barratry,**
16. **Identity theft,**
17. **Probate fraud,**
18. **Impersonation, misrepresentation, and/or deliberate misidentification as both a British Territorial U.S. Citizen and a Municipal citizen of the United States,**
19. **Impersonation schemes,**
20. **Conscription -- press-ganging, peonage also known as debt enslavement,**
21. **Inland piracy,**
22. **Racketeering under color of law,**
23. **Conspiracy against the Constitutions, fail to provide Constitutional Guarantees,**
24. **Willing participation in Constructive Fraud, falsifying records, Unconscionable Contracts, undisclosed contracts,**
25. **Treason,**
26. **Criminal enterprise, member of a criminal enterprise,**
27. **Geneva Convention Violations,**
28. **Gross Trespass,**
29. **Federal Mail codes and conduct violations/ breach of Trust,**
30. **Confiscation of Edward's private property to pay for public debts,**

31. **Unjust claims of tax,**
32. **Birth Certificate fraud,**
33. **Failure to present an injured, living party,**
34. **Theft of public funds,**
35. **Unlawful use of social security number,**
36. **Failure to honor/ no bond,**
37. **Failure to honor the oath of office,**
38. **Attempted extortion of autograph,**
39. **Unlawful use of trade name,**
40. **Lawful remedy § 7 TITLE 50, Appendix—War and National Defense,**
41. **Unjust enrichment,**
42. **Insider trading,**
43. **Securitization of human flesh and Baptism bonds,**
44. **Bonding lawful persons,**
45. **Enforcement under color of law,**
46. **False legal presumptions,**
47. **Robbery under color of law,**
48. **Conspiracy,**
49. **Willful failure to file by office holder,**
50. **Pillaged and plundered Edward's resources---including forests, coal, gold, and silver,**
51. **State of New York  Fixture Lien, Filing number: 202104230141000,**
52. **Schuylkill USA  Fixture Lien, Filing number: 202000008480,**
53. **Trespass on land and soil,**
54. **Commandeered assets and custodial powers never granted,**
55. **Failed due diligence and duty to support Edward's actual Government in time of need,**
56. **With malicious intent, broke (most) major international laws and conventions on Earth,**
57. **Denied access to pre-paid credit account,**
58. **Invested Edward's assets without permission,**
59. **Commercial slavery,**
60. **Genocide, 18 USC 1091, or Genocide on paper by proxy**
61. **Privateering,**
62. **Executor de son tort,**
63. **Fraud by BAR Attorney,**

Fee Schedules Recording #: Pa06-2021-2021000025                              Date: March 12,2021
Combined MUNICIPAL and Territorial Notices of Violation(s) and Failure(s) to Perform
Total Fees Due          $ 5   600   0co  0o
Payment due within 15 days of Invoice date. Make all payments to:
Edward Thomas Kennedy, Care of 800 Court Street, Apartment 223, Reading, Pennsylvania. Postal Code 19601.
Without Prejudice, all rights reserved. By:  Edward  Thomas  Kennedy  ©

## Combined MUNICIPAL and Territorial Notices
## of Violation(s) and Failure(s) to Perform

NOTICE OF CLAIM of "sole relief and remedy" under Title 50 Section 7 (c) and (e) of 2012.

Notice of Violation of Lanham Act — attempted attachment and seizure of Unregistered Trademarks; Title 15, Section 1125 (a)and 11.

Notice of Violation of Admiralty, Maritime and Prize Cases, Title 28, Section 1331 (1) and (2) and (12).

Notice of Violation of Special Maritime and Territorial Jurisdiction of the United States, Title 18 Section 7 (1), (3), (8) and (13).

Notice of Violation of The Postal Accountability and Enhancement Act of Title 39, Sections 1-908 and 3621-3591.

Notice of Violation by Presumption of the Public Vessels Act, 46 U.S.C.A. Appendix Sections 781-790 as originally enacted.

Notice of Violation of The False Claims Act, Title 31 U.S.C.A. Section 3729 (a) and (7).

Notice of Violation of The Foreign Sovereign Immunities Act, Title 28, Sections 1602-1611.

Notice of Violation of the United States Statutes-at-Large, Title 12, Section 411.

Notice of Administrative Failure by the IRS/Internal Revenue Service for Failure to Produce Credit Vouchers and Proof of Claim as required by the Administrative Procedures Act, the Emergency Banking Act, and the United States Statutes-at-Large, Title 12, Section 411.

Notice of Violation of the Geneva Conventions by the United States Department of Defense and United States Department of the Treasury; failure to protect and defend our Persons.

The Foreign Sovereigns are alive and present and accounted for on the land and soil of these United States.  Private Registered Indemnity Bond AMR100001. Municipal and Territorial Birth Certificates are set aside and returned to the Secretary of the United States Treasury.

Notice to Agents is Notice to Principals; Notice to Principals is Notice to Agents.

There are no Superseding Powers of Attorney nor
any valid Dead Letters of Administration.
Not a Point of Law – A Claim of Exemption and Indemnity.

Gaffney



**ZUSPS.COM®**   Quick Tools   Send   Receive   Shop   Business   International   Help

English   Locations   Support   Informed Delivery   Register / Sign In

# USPS Tracking®

Tracking   FAQs >

## Track Another Package +

Track Packages Anytime, Anywhere

Get the free Informed Delivery® feature to receive automated notifications on your packages   Learn More

Tracking Number: RE018222056US   Remove X

**Status**

Your item was delivered to an individual at the address at 10:28 am on March 17, 2021 in POTTSVILLE, PA 17901.

✓ **Delivered, Left with Individual**

March 17, 2021 at 10:28 am
POTTSVILLE, PA 17901

Get Updates ∨



Delivered

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Smh y Pennsyl County Sch
Theresa Santai Gaffney
401 No 2nd Street
Pollsville, PA 17901

9590 9402 6204 0220 9900 79

2. Article Number (Transfer from service label)
RE 018 222 056 US

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X C.19   ☐ Agent   ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
DM01017   3.17.2

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below:   ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

estricted Delivery

Edward Thomas Kennedy©
In care of: 800 Court Street, Apartment 223
Reading, Pennsylvania, [19601]

March 15, 2021

State of Pennsylvania County of Schuylkill
Theresa Santai Gaffney, Register Of Wills And Clerk Of The Orphans' Court
401 N 2nd Street
Pottsville, PA 17901
Sent via RE 018 222 056 US
RE: Declaration of Status & Correction of Records

Greetings Theresa Santai Gaffney:

I am writing to inform you that it has come to my attention that I was
presumed/assumed to hold a foreign citizenship status as a U.S. Citizen and/or a
citizen of the United States using my Given Name. I have since declared on
record that this is a mistake as I was unaware of the implications of being
associated with such a status in your system. I am in fact an American state
national living on the land of Pennsylvania and have willfully chosen to retain my
inherited status as a Pennsylvaniaian. As such I retain all rights and enforce the
constitutional guarantees that your organization is contracted to provide to the
states in Good Faith.

Please correct all your records created in my Given Name, Edward Kennedy
born October, 25, 1953 and now living in care of 800 Court Street, Apartment
223, Reading, Pennsylvania that indicates either of these U.S. citizenships-
however the name may be styled.

This includes but is not limited to the Birth Certificate I sent to you in 2016,
tax rolls, voter registration rolls, Residency, military, DNR, court cases, traffic
tickets, federal tax liens, or any other records associated with a U.S. Citizen or
citizen of the United States.

I rescind my signature from all State of Pennsylvania, Pennsylvania, STATE OF
PENNSYLVANIA or PENNSYLVANIA, COMMONWEALTH OF PENNSYLVANIA,
Commonwealth of Pennsylvania, and UN records that may indicate either U.S.
citizen statuses effective immediately for failure to properly disclose. Please
correct the mistake and make sure all records and forms show accordingly.
Thank you for your attention to this matter. Title 50, Sole Relief and
Remedy...and Mandatory Notice are enclosed.

Without prejudice, all rights reserved.

By: Edward Thomas Kennedy ©

**Notice to Principal is Notice to Agent. Notice to Agent is Notice to Principal. Applicable to all Successors and Assigns.**

**TRUE BILL** Number: Number: RE018222056US, THERESA SANTAI GAFFNEY,an individual
c/o 401 N 2nd Street, Pottsville, PA 17901

1. Gross Breach of Trust in violation of Commercial Service Contracts,

2. Evasion of Treaty obligations by shifting the venue of governmental operations to the air and the sea jurisdictions,

3. False claims,

4. Breach of trust,

5. Money laundering,

6. Securities fraud,

7. Gangstalking,

8. Semantic deceit,

9. Misrepresentation - misrepresentation for decades and preyed upon by American and/or U.S. BAR Attorneys, European Allies, and Treaty Partners,

10. Human trafficking,

11. False imprisonment,

12. Unlawful conversion of Edward's assets, under the false presumption of a Public Trust Interest,

13. Copyright violation

14. Personage,

15. Barratry,

16. Identity theft,

17. Probate fraud,

18. Impersonation, misrepresentation, and/or deliberate misidentification as both a British Territorial U.S. Citizen and a Municipal citizen of the United States,

19. Impersonation schemes,

20. Conscription -- press-ganging, peonage also known as debt enslavement,

21. Inland piracy,

22. Racketeering under color of law,

23. Conspiracy against the Constitutions, fail to provide Constitutional Guarantees,

24. Willing participation in Constructive Fraud, falsifying records, Unconscionable Contracts, undisclosed contracts,

25. Treason,

26. Criminal enterprise, member of a criminal enterprise,

27. Geneva Convention Violations,

28. Gross Trespass,

29. Federal Mail codes and conduct violations/ breach of Trust,

30. Confiscation of Edward's private property to pay for public debts,

31. Unjust claims of tax,

32. Birth Certificate fraud,

33. Failure to present an injured, living party,

34. Theft of public funds,

35. Unlawful use of social security number,

36. Failure to honor/ no bond,

37. Failure to honor the oath of office,

38. Attempted extortion of autograph,

39. Unlawful use of trade name,

40. Lawful remedy § 7 TITLE 50, Appendix—War and National Defense,

41. Unjust enrichment,

42. Insider trading,

43. Securitization of human flesh and Baptism bonds,

44. Bonding lawful persons,

45. Enforcement under color of law,

46. False legal presumptions,

47. Robbery under color of law,

48. Conspiracy,

49. Willful failure to file by office holder,

50. Pillaged and plundered Edward's resources---including forests, coal, gold, and silver,

51. State of New York  Fixture Lien, Filing number: 202104230141000,

52. Schuylkill County, PA  Fixture Lien, Filing number: 202000008480,

53. Trespass on land and soil,

54. Commandeered assets and custodial powers never granted,

55. Failed due diligence and duty to support Edward's actual Government in time of need,

56. With malicious intent, broke (most) major international laws and conventions on Earth,

57. Denied access to pre-paid credit account,

58. Invested Edward's assets without permission,

59. Commercial slavery,

60. Genocide, 18 USC 1091, or Genocide on paper by proxy

61. Privateering,

62. Executor de son tort,

63. Fraud by BAR Attorney,

Fee Schedules Recording #: Pa06-2021-2021000025                    Date: March 12,2021
Combined MUNICIPAL and Territorial Notices of Violation(s) and Failure(s) to Perform
Total Fees Due   $ 5,000,000.00   Five Billion Dollars
Payment due within 15 days of invoice date. Make all payments to:
Edward Thomas Kennedy, Care of 800 Court Street, Apartment 223, Reading, Pennsylvania. Postal Code 19601.
Without Prejudice, all rights reserved. By: Edward (Thomas Kennedy ©

## Combined MUNICIPAL and Territorial Notices
## of Violation(s) and Failure(s) to Perform

NOTICE OF CLAIM of "sole relief and remedy" under Title 50 Section 7 (c) and (e) of 2012.

Notice of Violation of Lanham Act — attempted attachment and seizure of Unregistered Trademarks; Title 15, Section 1125 (a)and 11.

Notice of Violation of Admiralty, Maritime and Prize Cases, Title 28, Section 1331 (1) and (2) and (12).

Notice of Violation of Special Maritime and Territorial Jurisdiction of the United States, Title 18 Section 7 (1), (3), (8) and (13).

Notice of Violation of The Postal Accountability and Enhancement Act of Title 39, Sections 1-908 and 3621-3591.

Notice of Violation by Presumption of the Public Vessels Act, 46 U.S.C.A. Appendix Sections 781-790 as originally enacted.

Notice of Violation of The False Claims Act, Title 31 U.S.C.A. Section 3729 (a) and (7).

Notice of Violation of The Foreign Sovereign Immunities Act, Title 28, Sections 1602-1611.

Notice of Violation of the United States Statutes-at-Large, Title 12, Section 411.

Notice of Administrative Failure by the IRS/Internal Revenue Service for Failure to Produce Credit Vouchers and Proof of Claim as required by the Administrative Procedures Act, the Emergency Banking Act, and the United States Statutes-at-Large, Title 12, Section 411.

Notice of Violation of the Geneva Conventions by the United States Department of Defense and United States Department of the Treasury; failure to protect and defend our Persons.

The Foreign Sovereigns are alive and present and accounted for on the land and soil of these United States.  Private Registered Indemnity Bond AMR100001. Municipal and Territorial Birth Certificates are set aside and returned to the Secretary of the United States Treasury.

Notice to Agents is Notice to Principals; Notice to Principals is Notice to Agents.

There are no Superseding Powers of Attorney nor
any valid Dead Letters of Administration.
Not a Point of Law – A Claim of Exemption and Indemnity.

**TRUE BILL** Number: Number: RE018222056US, THERESA SANTAI GAFFNEY, Officially, 401 N 2nd Street, Pottsville, PA 17901

1. Gross Breach of Trust in violation of Commercial Service Contracts,
2. Evasion of Treaty obligations by shifting the venue of governmental operations to the air and the sea jurisdictions,
3. False claims,
4. Breach of trust,
5. Money laundering,
6. Securities fraud,
7. Gangstalking,
8. Semantic deceit,
9. Misrepresentation - misrepresentation for decades and preyed upon by American and/or U.S. BAR Attorneys, European Allies, and Treaty Partners,
10. Human trafficking,
11. False imprisonment,
12. Unlawful conversion of Edward's assets, under the false presumption of a Public Trust Interest,
13. Copyright violation
14. Personage,
15. Barratry,
16. Identity theft,
17. Probate fraud,
18. Impersonation, misrepresentation, and/or deliberate misidentification as both a British Territorial U.S. Citizen and a Municipal citizen of the United States,
19. Impersonation schemes,
20. Conscription -- press-ganging, peonage also known as debt enslavement,
21. Inland piracy,
22. Racketeering under color of law,
23. Conspiracy against the Constitutions, fail to provide Constitutional Guarantees,
24. Willing participation in Constructive Fraud, falsifying records, Unconscionable Contracts, undisclosed contracts,
25. Treason,
26. Criminal enterprise, member of a criminal enterprise,
27. Geneva Convention Violations,
28. Gross Trespass,
29. Federal Mail codes and conduct violations/ breach of Trust,
30. Confiscation of Edward's private property to pay for public debts,

31. Unjust claims of tax,
32. Birth Certificate fraud,
33. Failure to present an injured, living party,
34. Theft of public funds,
35. Unlawful use of social security number,
36. Failure to honor/ no bond,
37. Failure to honor the oath of office,
38. Attempted extortion of autograph,
39. Unlawful use of trade name,
40. Lawful remedy § 7 TITLE 50, Appendix—War and National Defense,
41. Unjust enrichment,
42. Insider trading,
43. Securitization of human flesh and Baptism bonds,
44. Bonding lawful persons,
45. Enforcement under color of law,
46. False legal presumptions,
47. Robbery under color of law,
48. Conspiracy,
49. Willful failure to file by office holder,
50. Pillaged and plundered Edward's resources---including forests, coal, gold, and silver,
51. State of New York  Fixture Lien, Filing number: 202104230141000,
52. Schuylkill County, PA  Fixture Lien, Filing number: 202000008480,
53. Trespass on land and soil,
54. Commandeered assets and custodial powers never granted,
55. Failed due diligence and duty to support Edward's actual Government in time of need,
56. With malicious intent, broke (most) major international laws and conventions on Earth,
57. Denied access to pre-paid credit account,
58. Invested Edward's assets without permission,
59. Commercial slavery,
60. Genocide, 18 USC 1091, or Genocide on paper by proxy
61. Privateering,
62. Executor de son tort,
63. Fraud by BAR Attorney,

Fee Schedules Recording #: Pa06-2021-2021000025
Combined MUNICIPAL and Territorial Notices of Violation(s) and Failure(s) to Perform
Total Fees Due  $55,000,000.00  (Five Million dollars)
Date: March 12,2021
Payment due within 15 days of invoice date. Make all payments to:
Edward Thomas Kennedy, Care of 800 Court Street, Apartment 223, Reading, Pennsylvania, Postal Code 19601.
Without Prejudice, all rights reserved. By: Edward Thomas Kennedy

## Combined MUNICIPAL and Territorial Notices
## of Violation(s) and Failure(s) to Perform

NOTICE OF CLAIM of "sole relief and remedy" under Title 50 Section 7 (c) and (e) of 2012.

Notice of Violation of Lanham Act — attempted attachment and seizure of Unregistered Trademarks; Title 15, Section 1125 (a)and 11.

Notice of Violation of Admiralty, Maritime and Prize Cases, Title 28, Section 1331 (1) and (2) and (12).

Notice of Violation of Special Maritime and Territorial Jurisdiction of the United States, Title 18 Section 7 (1), (3), (8) and (13).

Notice of Violation of The Postal Accountability and Enhancement Act of Title 39, Sections 1-908 and 3621-3591.

Notice of Violation by Presumption of the Public Vessels Act, 46 U.S.C.A. Appendix Sections 781-790 as originally enacted.

Notice of Violation of The False Claims Act, Title 31 U.S.C.A. Section 3729 (a) and (7).

Notice of Violation of The Foreign Sovereign Immunities Act, Title 28, Sections 1602-1611.

Notice of Violation of the United States Statutes-at-Large, Title 12, Section 411.

Notice of Administrative Failure by the IRS/Internal Revenue Service for Failure to Produce Credit Vouchers and Proof of Claim as required by the Administrative Procedures Act, the Emergency Banking Act, and the United States Statutes-at-Large, Title 12, Section 411.

Notice of Violation of the Geneva Conventions by the United States Department of Defense and United States Department of the Treasury; failure to protect and defend our Persons.

The Foreign Sovereigns are alive and present and accounted for on the land and soil of these United States.  Private Registered Indemnity Bond AMR100001. Municipal and Territorial Birth Certificates are set aside and returned to the Secretary of the United States Treasury.

Notice to Agents is Notice to Principals; Notice to Principals is Notice to Agents.

There are no Superseding Powers of Attorney nor
any valid Dead Letters of Administration.
Not a Point of Law – A Claim of Exemption and Indemnity.

**Public Notice to Law Enforcement, Sheriffs,
Elected Officials and Bar Association Members
April 5, 2015**

Take Notice: The Roman Curia created the concept of legal fictions-- trusts, foundations, and other corporations for good reasons-- however, legal fictions can be misused. By Maxim of Law, those who create are responsible for their creations. It follows that the Roman Curia is responsible for the proper functioning of all corporations worldwide. As of September 1, 2013, Pope Francis declared all corporations and corporate officers fully liable for their errors and omissions. This means you.

Also by Maxim of Law, there is no statute of limitation on fraud. Privately owned governmental services corporations have been fraudulently passing themselves off as the "government of the United States" since 1862. The longevity of this fraud in no way imbues it with authority. As an employee of these corporations you have no public office and no public bond and no foreign state immunity.

Federal Law Enforcement Personnel--- except U.S. Marshals: Your status is that of a Mall Cop acting outside the Mall. You have no authority on the land jurisdiction of the Continental United States. You are acting under color of law when addressing Citizens of the Continental United States "as if" they were Citizens of the Federal United States. If you threaten any living inhabitant of the Continental United States with a gun, taser, or other weapon, you can be hung as an inland pirate. If you remove any livestock you can be hung as a cattle rustler. If you cause any harm, you can be sued without limit. If you wear any uniform or display any badge or use any name or office designed to deceive or project authority you do not have, you can be arrested for impersonating an officer.

You are acting in a purely private capacity and have only equal Civil Rights that may be withdrawn at any time. You are also acting under Martial Law and may face extreme punishment for infractions against the civilian populace. Acts of plunder, mortal violence, and mischaracterization of civilians as combatants are all death penalty offenses.

U.S. Marshals are allowed full egress within the Continental United States so long as they are sworn and acting as officers sworn to uphold the actual Constitution, are not acting deceptively, nor acting outside their international jurisdiction while in pursuit of their duty protecting the U.S. Mail.

Lawyers, Judges, Court Clerks--- When you address birthright Citizens of the Continental United States in the foreign jurisdiction of the Federal United States or that of a Federal State, and deliberately confuse living people with corporate franchises merely named after them, you commit personage. This results in press-ganging land assets into the international jurisdiction of the sea, a crime outlawed worldwide for 200 years. It is a recognized act of inland piracy and it carries the death penalty.

Mischaracterizing the identity or citizenship status of a birthright Citizen of the Continental United States is also a crime under the Geneva Protocols of 1949, Volume II, Article 3. It also carries the Death Penalty.

Finally, no member of the Bar Association may sit upon the bench of any public court nor occupy any public office of the Continental United States including Congress. The involvement of any Bar Member automatically voids all proceedings pretending subject matter jurisdiction related to the actual land or its assets---including the people of the Continental United States. The Titles of Nobility Amendment adopted and ratified prior to the American Civil War has not been repealed.

The Federal United States and the Municipality of Washington, DC all operate under the auspices of the United Nations and are signatories of the Universal Right of Self-Declaration. Anyone claiming to be a Citizen of the Continental United States having a valid Birth Certificate must be treated as such. Any debts or charges whatsoever related to vessels in commerce operated under his or her name by the Federal United States, any Federal State, the Washington DC Municipality or the UNITED NATIONS must be discharged according to Maxim of Law already cited: you are responsible for what you create.

The Federal United States and its Federal States have created numerous vessels in commerce merely named after living Citizens of the Continental United States and styled in the form: John Quincy Adams. The Washington DC Municipality has similarly indulged in this practice and created franchises

for itself named after living Citizens of the Continental United States styled in the form: JOHN QUINCY ADAMS. Most recently the UNITED NATIONS has created public utilities and is operating them under names styled as: JOHN Q. ADAMS.

The organizations that have created these franchises are completely, 100% liable for their debts and obligations without exception and without recourse to claim upon the living people these franchises are named after.

You may not presume that the living people have consensually agreed to be subjected to statutory law. You may not presume that they consensually agreed to be obligated for the debts of any legal fiction personas which have been created and named after them by Third Parties secretively operating in a private capacity and merely claiming to represent the victims of this fraud.

This is your Due Notice that the living people inhabiting the Continental United States are presenting themselves and may not be addressed as if they belong to, are responsible for, or indebted in behalf of any legal fiction personas operated under their given names by any international corporation.

Any continuance of any such claims and repugnant practices will be deemed immediate cause to liquidate the American Bar Association as a criminal syndicate and to deport its members from our shores. International action is underway to secure the assets and credit owed to the victims.

Please read, research, and do your own due diligence. You are fully responsible for obeying the Public Law of the Continental United States including Revised Statute 2165 and The Constitution. Please respect the established jurisdictions of air, land, and sea--- and be aware that you may be arrested and fined or worse for failure to do so.

Issued this fifth day of April 2015, Judge Anna Maria Riezinger, Alaska State Superior Court.
.....................

Here are the Orders by Pope Francis that ALL "public officials" that are under the jurisdiction of the Vatican City State do no longer have Immunity for the crimes they commit, Primarily Judges in America which includes the BAR Association.

APOSTOLIC LETTER ISSUED MOTU PROPRIO
http://w2.vatican.va/content/francesco/en/motu_proprio/documents/papa-francesco-motu-proprio_20130711_organi-giudiziari.html

APOSTOLIC LETTER
ISSUED *MOTU PROPRIO*

OF THE SUPREME PONTIFF
**FRANCIS**
ON THE JURISDICTION OF JUDICIAL AUTHORITIES OF VATICAN CITY STATE
IN CRIMINAL MATTERS

In our times, the common good is increasingly threatened by transnational organized crime, the improper use of the markets and of the economy, as well as by terrorism.

It is therefore necessary for the international community to adopt adequate legal instruments to prevent and counter criminal activities, by promoting international judicial cooperation on criminal matters.

In ratifying numerous international conventions in these areas, and acting also on behalf of Vatican City State, the Holy See has constantly maintained that such agreements are effective means to prevent criminal activities that threaten human dignity, the common good and peace.

With a view to renewing the Apostolic See's commitment to cooperate to these ends, by means of this Apostolic Letter issued *Motu Proprio*, I establish that:

1. The competent Judicial Authorities of Vatican City State shall also exercise penal jurisdiction over:

    a) crimes committed against the security, the fundamental interests or the patrimony of the Holy See;

    b) crimes referred to:

        - in Vatican City State Law No. VIII, of 11 July 2013, containing *Supplementary Norms on Criminal Law Matters*;

        - in Vatican City State Law No. IX, of 11 July 2013, containing *Amendments to the Criminal Code and the Criminal Procedure Code*;

when such crimes are committed by the persons referred to in paragraph 3 below, in the exercise of their functions;

c) any other crime whose prosecution is required by an international agreement ratified by the Holy See, if the perpetrator is physically present in the territory of Vatican City State and has not been extradited.

2. The crimes referred to in paragraph 1 are to be judged pursuant to the criminal law in force in Vatican City State at the time of their commission, without prejudice to the general principles of the legal system on the temporal application of criminal laws.

3. For the purposes of Vatican criminal law, the following persons are deemed "*public officials*":

a) members, officials and personnel of the various organs of the Roman Curia and of the Institutions connected to it.

b) papal legates and diplomatic personnel of the Holy See.

c) those persons who serve as representatives, managers or directors, as well as persons who even *de facto* manage or exercise control over the entities directly dependent on the Holy See and listed in the registry of canonical juridical persons kept by the Governorate of Vatican City State;

d) any other person holding an administrative or judicial mandate in the Holy See, permanent or temporary, paid or unpaid, irrespective of that person's seniority.

4. The jurisdiction referred to in paragraph 1 comprises also the administrative liability of juridical persons arising from crimes, as regulated by Vatican City State laws.

5. When the same matters are prosecuted in other States, the provisions in force in Vatican City State on concurrent jurisdiction shall apply.

6. The content of article 23 of Law No. CXIX of 21 November 1987, which approves the *Judicial Order of Vatican City State* remains in force.

This I decide and establish, anything to the contrary notwithstanding.

I establish that this Apostolic Letter issued Motu Proprio will be promulgated by its publication in L'Osservatore Romano, entering into force on **1 September 2013**.

*Given in Rome, at the Apostolic Palace, on **11 July 2013**, the first of my Pontificate.*

**FRANCISCUS**

Copyright © Dicastero per la Comunicazione - Libreria Editrice Vaticana



202000002905
Page: 1 of 15
Fees: $105.00
2/3/2020 8:43 AM

Debbie Pierson, Flathead County MT by KD

**CERTIFIED**

Return to: Kennedy, Edward Thomas Owner
In the Care of: 800 Court Street, Apartment 223
Reading, Pennsylvania, [Postal Code Extension 19601]

FLATHEAD COUNTY RECORDING DISTRICT.

EDWARD THOMAS KENNEDY, FOREIGN GRANTOR

Edward Thomas Kennedy, American State Grantee

**Land Record Only - Notice**

**Acknowledgement, Acceptance and Deed of Re-Conveyance**
**Diagram of Fraud**
**Assumed Name**
**Expatriation (Edward Thomas Kennedy)**
**Expatriation (Edward T. Kennedy)**
**Expatriation (Edward Kennedy)**
**Cancellation of Power of Attorney**
**FSIA Foreign Sovereign Immunities Act Mandatory Notice**
**Paramount Claim of Life and Estate**

Fourteen (14) pages, including cover sheet

This cover sheet has been added to these recorded documents to provide space for
the recording data. This cover sheet appears as the first page of the document in the
official public record.

Do not detach

CERTIFIED



202000002905
Page: 2 of 15
Fees: $105.00
2/3/2020 8:43 AM

## Acknowledgement, Acceptance and Deed of Re-Conveyance

I, the living man, Edward Thomas Kennedy, being of age, of sound mind and in good health, free of all duress or improper consideration hereby acknowledge, accept, and re-convey my given lawful Trade Name, Edward Thomas Kennedy to the land and soil of Pennsylvania, my native state, together with all derivative names, including Edward T. Kennedy, Edward Kennedy, Kennedy, Edward Thomas, **Edward Thomas KENNEDY, EDWARD THOMAS KENNEDY, EDWARD T. KENNEDY, EDWARD KENNEDY, KENNEDY, EDWARD THOMAS,** and all other variations however styled, punctuated, spelled, ordered, or otherwise represented as pertaining to me and my estate, and hereby declare their permanent domicile on the soil and land of Pennsylvania.

All prior Powers of Attorney, all other prior presumed or granted Executorships, Guardianships, and Agency relationships are terminated and revoked effective with my natural birthday October 25, 1953, as I elect to be recognized as the sole living owner, executor, beneficiary, and agent of my name and estate since my 21st birthday on October 25, 1974.

So said, so signed, and so sealed by my living hand this 23 ..... of January in the year 2020:

By: ..................................... © Edward Thomas Kennedy, Living Soul

All Rights Reserved. Without Prejudice

Using a Public Notary on this document does not constitute any adhesion, nor does it alter my status in any manner. The purpose for the notary is for verification only and not for entrance into any foreign jurisdiction.

### Witness Jurat

Pennsylvania State          )
Berks County               )

I, a public notary, was visited today on the 23rd day of January, 2020 by the living man known and identified as Edward Thomas Kennedy and he did sign and seal this Acknowledgement, Acceptance and Deed of Re-Conveyance in my presence and did affirm the same in my sight, whereupon I affix my signature and seal as testimony to these facts:

................................... Notary; my commission expires on: May 10, 2020

> "A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document."

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Suzanne M Myers, Notary Public
City of Reading, Berks County
My Commission Expires May 10, 2020



202000002905
Page: 3 of 15
Fees: $105.00
2/3/2020 8:43 AM

## DIAGRAMMING THE MOST BLATANT AND LARGEST FRAUD IN THE CIVILIZED WORLD

### (MEET YOUR MULTI-DIVISIBLE & STATELESS SELF)



**Foreign**
- Application for Authorization LLP
- Application for Business Trust
- Articles Certificate of Correction
- Articles of Merger – Multi Entity
- Articles of Merger – 90% Owned Subsidiary
- Articles of Conversion – Business Entities
- Articles of Share Exchange

**JOHN WILLIAM DOE**
**(Trademark – Estate)**

John William Doe
(Trade Name – Lost at Sea)

**NON-PROFIT**
- Application for Authorization LLP
- Application for Business Trust
- Articles Certificate of Correction
- Articles of Merger – Multi Entity
- Articles of Merger – 90% Owned Subsidiary
- Articles of Conversion – Business Entities
- Articles of Share Exchange

**JOHN DOE**
**(Ward of the State)**



202000002905
Page: 4 of 15
Fees: $105.00
2/3/2020 8:43 AM

## CERTIFICATE OF ASSUMED NAME
## NOTICE OF TRANSFER OF RESERVED NAME

**Returnee – KENNEDY certificate of ownership**

PROVIDING FOR FILING OF NAME[S] WHEN BUSINESS IS CONDUCTED UNDER ASSUMED NAME: SESSIONS LAW 145; 1907; CHAPTER 145 [H.B.64] OF THE STATE OF WASHINGTON; AN ACT PROVIDING THAT WHEN ANY BUSINESS OTHER THAN A CORPORATION(S) OR LIMITED PARTNERSHIP, IS CONDUCTED UNDER AN ASSUMED NAME, A CERTIFICATE SHOWING THE REAL PARTIES IN INTEREST SHALL BE FILED WITH THE COUNTY CLERK AND FIXING A PENALTY x 2. TO BE DEEMED A PUBLIC OFFICER YOU MUST PRODUCE AND BE VETTED BY THE ADMINISTRATOR OF THIS DOCUMENT, A LETTER OF INTENT, A LETTER OF COMPLIANCE WITH ALL STATE AND FEDERAL RULES AND REGULATIONS AS PRESCRIBED BY THE SECRETARY OF STATE OR ANY PRIVATE PERSON WHO KENNEDYS NOT PROPERLY IDENTIFY THEMSELVES. UPON REQUEST BY PRODUCING A BUSINESS LICENSE, A UBI NUMBER, AND A BOND FILLED OUT IN THE C.A.P. NAME ON THIS CERTIFICATE ARE FINED ON THE SPOT FOR $ 500.00 IN CONSIDERATION. FEE SCHEDULE; TO BE DETERMINED BY THE HEAD ADMINISTRATOR OF THIS DOCUMENT AT THE TIME OF ENGAGEMENT. AND ALSO THE CORRESPONDING SESSION LAWS OF THE STATE OF ALASKA INCLUDING CHAPTER 84 OF THE 1961 SESSION LAWS, CHAPTER 84, SECTION 13, "Common Law Rights" AND AS 10.35.030 (1CHAPTER 33 SLA 1966) TRANSFER OF RESERVED NAME.

Whereas GRANTOR is a Cestui Que Vie TRUST formed without the knowledge or consent of the Grantee and has accumulated unauthorized debt against the ESTATE benefiting secondary beneficiaries merely presumed to exist and claiming to have an interest in the ESTATE established under the MUNICIPAL LAW OF THE DISTRICT OF COLUMBIA and the DISTRICT OF COLUMBIA MUNICIPAL CORPORATION, the actual Grantee, the living man known to the public as Edward Thomas Kennedy invokes the provisions of Article IV of the Cestui Que Vie Act 1666 as one "having been found to be alive" and to be owed all benefit, control, and interest in the GRANTOR TRUST ESTATE set free and clear of all liens, debts, titles held under color of law, tithes, fees, and all other encumbrances established by the United States of America, Inc., THE UNITED STATES OF AMERICA, INC., the UNITED STATES, (INC.), USA, Inc., E Pluribus Unum the United States of America and all and any franchises thereof ab initio from the date of first registration of the ESTATE TRUST and all and any derivatives thereof, including but not limited to EDWARD THOMAS KENNEDY; EDWARD T. KENNEDY, EDWARD KENNEDY, KENNEDY, EDWARD THOMAS, **Edward Thomas KENNEDY**, Edward T. Kennedy, Edward Kennedy, Kennedy, Edward Thomas, Father, Kristosamoraea, pillar.of.peace.2012, Interfaxx, Ed Kennedy, and any other styles, punctuations, orders, abbreviations or variations of my Trade Name.

REGISTRATION REASON:

REINSTATEMENT OF ACTUAL HOLDER IN DUE COURSE OF ESTATE NAME AND ESTATE PROPERTY AND ALL INTEREST DUE; PUBLIC AND PRIVATE RECOGNITION OF GRANTEE AS HOLDER IN DUE COURSE AND LAWFUL ENTITLEMENT HOLDER OF FOREIGN GRANTOR TRUST NAMED EDWARD THOMAS KENNEDY AS OF October 25, 1953.
BUSINESS INFORMATION: LEGAL ENTITY; HEIR GRANTEE, PRIVATE, PUBLIC,



202000002905
Page: 5 of 15
Fees: $105.00
2/3/2020 8:43 AM

SIGNATURE TRUST BUSINESS DESCRIPTION; COMMERCE, GRANTOR, PRIVATE, PUBLIC, SIGNATORYBUSINESS NAME:

D.B.A  EDWARD THOMAS KENNEDY, EDWARD T. KENNEDY, EDWARD KENNEDY, KENNEDY, EDWARD THOMAS, Edward Thomas KENNEDY and all derivatives thereof in any way related to the ESTATE so NAMED.

PHYSICAL POST OFFICE ADDRESS:  IN THE CARE OF:  800 COURT STREET, APARTMENT 223, READING, PENNSYLVANIA [POSTAL CODE EXTENSION 19601] USMOI

OWNER INFORMATION:

True and Real Trade Name: Grantee, Private, Signatory, Beneficiary, Holder, Transferee:

First Name:  Edward

Middle Name:  Thomas

Last Name:  Kennedy

STYLE: Bicameral & Surname, Born of Lawful House: Kennedy on the land of Reading City, Berks County, Pennsylvania State.

Post Office Address (your mailing location-upper lower case):  800 Court Street, Apartment 223, Reading, Pennsylvania [Postal Code Extension 19601]

Post Master Location:  800 Court Street, Apartment 223, Reading, Pennsylvania 19601


THIS CERTIFICATE IS TO CONDUCT BUSINESS IN COMMERCE IN AN ASSUMED NAME DESIGNED TO ACCOMPANY NEW BUSINESS ACCOUNT REGISTRATION, IF SO DESIRED, OR TO CONDUCT BUSINESS IN INTERNATIONAL TRADE.

I am claiming the writ of Habeas Corpus to institute and maintain actions of any kind in the courts of "this" state while maintaining true domicile on the land of these United States, to take, hold and dispose of property either Real, Intangible or Personal held in the name of the FOREIGN GRANTOR TRUST dba EDWARD THOMAS KENNEDY together with all derivative NAMES and Names and styles thereof, together with guarantee of pre-payment and exemption from Taxes, Tithes, and Fees, together with re-conveying all actual assets rightfully belonging to the Lawful Holder in Due Course.

Under the form of creating a qualification or attaching a condition, the United States and United States of America however styled or construed cannot, in effect, inflict a punishment for a past act which was not punishable at the time it was committed and which was not the knowing, willing, and consensual act of the actual Holder in Due Course of the given name and estate.

All violators, agents, actors under color of law, and actions under color of authority claimed by any corporations, associations, or subcontractors, agencies or agents of any kind or like violating or attempting to violate the political status and Title Order of the Grantee at any time past, present, or future shall be liable severally, and jointly to this certificate as an affidavit of obligation in the normal commercial sense and as such is a severity representing accounts receivable and is a lien upon the real and movable property, malpractice insurance and



202000002905
Page: 6 of 15
Fees: $105.00
2/3/2020 8:43 AM

performance bonds of any such violators and is not dischargeable in bankruptcy court or subject to any probate claim; at all times the owner/holder in due courses' property is exempt from third party levy and all related vessels in commerce and in trade are tax pre-paid.

This shall also serve as Mandatory Notice required under the Foreign Sovereign Immunities Act that the Living Soul, Owner, Proprietor, Holder-in-Due Course, Indemnitee, is a Foreign Sovereign owed all rights, guarantees, and protections of The Constitution for the united States of America and all assets owed to the Priority Creditors of the Territorial United States and the Municipal United States. This Foreign Sovereign, Edward Thomas Kennedy, retains all rights in reversion and is not subject to any conference of citizenship or other merely presumed benefit or obligation.

ISSUED THIS 2.2. DAY OF JANUARY IN THE YEAR 2020 ON AND FOR THE COUNTY OF BERKS ON THE STATE OF PENNSYLVANIA; NOTICE TO AGENTS IS NOTICE TO PRINCIPALS, NOTICE TO PRINCIPALS IS NOTICE TO AGENTS; WITNESS BY NOTARY KENNEDYS NOT ALTER STATUS.

By: ....................................... © Edward Thomas Kennedy

All Rights Reserved. Without Prejudice

ACKNOWLEDGMENT OF HEAD ADMINISTRATOR FROM HOME OFFICE, Private Banker, UCC-1-201, 1-308:c/o Edward Thomas Kennedy TRUE AND REAL TRADE NAME BY MY HAND AND SEAL I TAKE OFFICE WITHOUT ENCUMBRANCE AND WITHOUT DEBT OR OTHER OBLIGATION; FULLY EXEMPT, INDEMNIFIED, AND WITHOUT GRANT OF ANY OTHER POWER OF ATTORNEY DBA: EDWARD T. KENNEDY, EDWARD KENNEDY, KENNEDY, EDWARD THOMAS, and ALL DERIVATIVES INCLUDING EDWARD THOMAS KENNEDY at IN THE CARE OF: 800 COURT STREET, APARTMENT 223, READING, PENNSYLVANIA [POSTAL CODE EXTENSION 19601]

RETURNEE: KENNEDY.

These provisions and copyrights are in effect from October 25, 1953 ab initio onward and the Name/NAMES are re-venued and permanently domiciled on the land and the soil of the United States and upon soil and land of Pennsylvania.

Using a Public Notary on this document does not constitute any adhesion, nor does it alter my status in any manner. The purpose for the notary is for verification only and not for entrance into any foreign jurisdiction.



202000002905
Page: 7 of 15
Fees: $105.00
2/3/2020 8:43 AM

## Notary Witness and Acknowledgment

Pennsylvania State       )
Berks County             )

Today before me, a Commissioned Public Notary, visited the living man known to me to be Edward Thomas Kennedy of the Lawful House Kennedy a sojourner in this community and he did Issue this Certificate of Assumed Name as shown and he also affirmed his testimony as shown before me this ...23.ʳᵈ..... day of January in the Year 2020:

.....................................  Notary; my commission expires on: ...May 10, 2020

"A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document."

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Suzanne M Myers, Notary Public
City of Reading, Berks County
My Commission Expires May 10, 2020

202000002905
Page: 8 of 15
Fees: $105.00
2/3/2020 8:43 AM

# ACT OF EXPATRIATION AND OATH OF ALLEGIANCE

Whereas EDWARD THOMAS KENNEDY is a naturalized "citizen of the United States" under the Diversity Clause of the Constitution(s) and is the age of majority and whereas such citizenship was never desired nor intended nor willingly nor voluntarily entered into under conditions of full disclosure EDWARD THOMAS KENNEDY willingly and purposefully renounces all citizenship or other assumed political status related to the United States defined as "the territories and District of Columbia" (13 Stat. 223, 306, ch. 173, sec. 182, June 30, 1864) and its government, a corporation doing business variously as the UNITED STATES, UNITED STATES OF AMERICA, Municipal Corporation of the District of Columbia, etc. formed under the Act of 1877, and does repatriate to the land of HIS birth known as Pennsylvania and does freely affirm HIS allegiance to the same actual and organic state of the Union and does accept and reclaim HIS true Nationality as an American State National and an American State Vessel in all international trade and commerce owned and operated by Kennedy, Edward Thomas, a living man, In the Care of 800 Court Street, Apartment 223, Reading, Postal Code Extension 19601.

I am indemnified against claims or losses under the sovereign usa Private Registered Indemnity Bond AMRI00001 RA393427640US – Pennsylvania.

This action, I validate, certify, Witness and affirm this ...... day of January, 2020:

By: *Edward Thomas Kennedy* © Edward Thomas Kennedy

All Rights Reserved. Without Prejudice

Using a Public Notary on this document does not constitute any adhesion, nor does it alter my status in any manner. The purpose for the notary is for verification only and not for entrance into any foreign jurisdiction.

## Public Notary Witness

Pennsylvania State )
Berks County )

Before me this 23rd day of January, 2020 did appear the living man known as EDWARD THOMAS KENNEDY and he did establish this Act of Expatriation and Oath of Allegiance freely and without coercion, in Witness whereof I set my sign and seal:

.... *Suzan M Myers* .................. Notary; my commission expires on: May 10, 2020

"A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document."

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Suzanne M Myers, Notary Public
City of Reading, Berks County
My Commission Expires May 10, 2020



202000002905
Page: 9 of 15
Fees: $105.00
2/3/2020 8:43 AM

## ACT OF EXPATRIATION AND OATH OF ALLEGIANCE

Whereas EDWARD T. KENNEDY is a naturalized "citizen of the United States" under the Diversity Clause of the Constitution(s) and is the age of majority and whereas such citizenship was never desired nor intended nor willingly nor voluntarily entered into under conditions of full disclosure EDWARD T. KENNEDY willingly and purposefully renounces all citizenship or other assumed political status related to the United States defined as "the territories and District of Columbia" (13 Stat. 223, 306, ch. 173, sec. 182, June 30, 1864) and its government, a corporation doing business variously as the UNITED STATES, UNITED STATES OF AMERICA, Municipal Corporation of the District of Columbia, etc. formed under the Act of 1877, and does repatriate to the land of HIS birth known as Pennsylvania and does freely affirm HIS allegiance to the same actual and organic state of the Union and does accept and reclaim HIS true Nationality as an American State National and an American State Vessel in all international trade and commerce owned and operated by Kennedy, Edward T., a living man, In the Care of 800 Court Street, Apartment 223, Reading, Pennsylvania Postal Code Extension 19601.

I am indemnified against claims or losses under the sovereign usa Private Registered Indemnity Bond AMRI00001 RA393427640US – Pennsylvania.

This action, I validate, certify, Witness and affirm this 23......day of January, 2020:

By: ~~Edward T. Kennedy~~ ... © Edward T. Kennedy.

### All Rights Reserved. Without Prejudice

Using a Public Notary on this document does not constitute any adhesion, nor does it alter my status in any manner. The purpose for the notary is for verification only and not for entrance into any foreign jurisdiction.

### Public Notary Witness

Pennsylvania State   )
Berks County         )

Before me this 23rd.... day of January, 2020 did appear the living man known as EDWARD T. KENNEDY and he did establish this Act of Expatriation and Oath of Allegiance freely and without coercion, in Witness whereof I set my sign and seal:

.......~~Suzanne M Myers~~.............. Notary; my commission expires on: May 10, 2020

"A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document."

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Suzanne M Myers, Notary Public
City of Reading, Berks County
My Commission Expires May 10, 2020



202000002905
Page: 10 of 15
Fees: $105.00
2/3/2020 8:43 AM

# ACT OF EXPATRIATION AND OATH OF ALLEGIANCE

Whereas EDWARD KENNEDY is a naturalized "citizen of the United States" under the Diversity Clause of the Constitution(s) and is the age of majority and whereas such citizenship was never desired nor intended nor willingly nor voluntarily entered into under conditions of full disclosure EDWARD KENNEDY willingly and purposefully renounces all citizenship or other assumed political status related to the United States defined as "the territories and District of Columbia" (13 Stat. 223, 306, ch. 173, sec. 182, June 30, 1864) and its government, a corporation doing business variously as the UNITED STATES, UNITED STATES OF AMERICA, Municipal Corporation of the District of Columbia, etc. formed under the Act of 1877, and does repatriate to the land of HIS birth known as Pennsylvania and does freely affirm HIS allegiance to the same actual and organic state of the Union and does accept and reclaim HIS true Nationality as an American State National and an American State Vessel in all international trade and commerce owned and operated by Kennedy, Edward, a living man, In the Care of 800 Court Street, Apartment 223, Reading, Pennsylvania Postal Code Extension 19601.

I am indemnified against claims or losses under the sovereign usa Private Registered Indemnity Bond AMRI00001 RA393427640US – Pennsylvania.

This action, I validate, certify, Witness and affirm this 23ʳᵈ day of January, 2020:

By: ....................................... © Edward Kennedy.

All Rights Reserved. Without Prejudice

Using a Public Notary on this document does not constitute any adhesion, nor does it alter my status in any manner. The purpose for the notary is for verification only and not for entrance into any foreign jurisdiction.

Public Notary Witness

Pennsylvania State    )
Berks County          )

Before me this 23ʳᵈ day of January, 2020 did appear the living wo/man known as EDWARD KENNEDY and s/he did establish this Act of Expatriation and Oath of Allegiance freely and without coercion, in Witness whereof I set my sign and seal:

Susan m. mae ..................... Notary; my commission expires on: May 10, 2020

"A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document."

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Suzanne M Myers, Notary Public
City of Reading, Berks County
My Commission Expires May 10, 2020



202000002905
Page: 11 of 15
Fees: $105.00
2/3/2020 8:43 AM

## Cancellation of All Prior Powers of Attorney

All prior Powers of Attorney granted by Edward Thomas Kennedy are removed, cancelled, and permanently revoked effective birthday-October 25, 1953 ab initio.

Edward Thomas Kennedy is Attorney-in-Fact for all purposes related to the administration of his estates and all correspondence should be addressed to: Edward Thomas Kennedy In the Care of: 800 Court Street, Apartment 223, Reading, Pennsylvania, Postal Code Extension 19601.

By: ...................................... © Edward Thomas Kennedy

All Rights Reserved. Without Prejudice

On this day of January, 2020.

Using a Public Notary on this document does not constitute any adhesion, nor does it alter my status in any manner. The purpose for the notary is for verification only and not for entrance into any foreign jurisdiction.

### Public Notary Witness

Pennsylvania State .           )

Berks County                  )

I was visited today by the living man known to me to be Edward Thomas Kennedy, and he did affirm and sign this Cancellation of All Prior Powers of Attorney in my presence for the purposes stated.

By: ...................................... Public Notary; My Commission expires on: Max 10 2020

> "A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document."

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Suzanne M Myers, Notary Public
City of Reading, Berks County
My Commission Expires May 10, 2020



202000002905
Page: 12 of 15
Fees: $105.00
2/3/2020 8:43 AM

## MANDATORY NOTICE
### Foreign Sovereign Immunities Act
### Sections 1605 and 1607
### NOTICE OF LIABILITY:18 USC 2333, 18 USC 1341 and 1342

This **MANDATORY NOTICE** is provided to all **Territorial United States** District and State and County Courts, their officers, clerks, bailiffs, sheriffs, deputies, and employees and **all Municipal Appointees** including their DISTRICT, STATE, and COUNTY COURTS, their OFFICERS and EMPLOYEES:

The vessels doing business as Edward Thomas Kennedy. and not limited to Edward T. Kennedy, Edward Kennedy, Kennedy, Edward Thomas, **Edward Thomas KENNEDY,** EDWARD THOMAS KENNEDY, EDWARD T. KENNEDY, EDWARD KENNEDY, KENNEDY, EDWARD THOMAS, together with all derivatives and permutations and punctuations and orderings of these names, are not acting in any federal territorial or municipal capacity and have not knowingly or willingly acted in any such capacity since the day of nativity: October 25,1953. All vessels are duly claimed by the Holder in Due Course and held under published Common Law Copyright since October 25,1953.

These vessels are publishing **MANDATORY NOTICE** that they are Foreign Sovereigns from Pennsylvania a member State of The United States of America. This is your **MANDATORY NOTICE** that these above-named vessels are owed all material rights, duties, exemptions, insurances, treaties, bonds, agreements, and guarantees including indemnity and full faith and credit; you are also hereby provided with **MANDATORY NOTICE** that these vessels are **not subject** to Territorial or Municipal United States law and are owed **The Law of Peace,** Department of the Army Pamphlet 27-161-1, from all Territorial and Municipal Officers and employees who otherwise have no permission to approach or address them.

Any harm resulting from trespass upon these vessels or the use of fictitious names or titles related to them shall be subject to full commercial liability and penalties: 18 USC 2333, 18 USC 1341 and 1342.

So said, signed, and sealed this 23ʳᵈ day of January, 2020 in Berks county, Pennsylvania state, The United States of America:

By: ...S.L.R......................... © Edward Thomas Kennedy

All Rights Reserved. Without Prejudice

Using a Public Notary on this document does not constitute any adhesion, nor does it alter my status in any manner. The purpose for the notary is for verification and not for entrance into any foreign jurisdiction.



202000002905
Page: 13 of 15
Fees: $105.00
2/3/2020 8:43 AM

**Notary Witness and Acknowledgement**

Pennsylvania State          )

Berks County               )

Today before me, a Commissioned Notary is the living man known to me to be Edward Thomas Kennedy and he did issue this MANDATORY NOTICE as shown and he also affirmed his testimony as shown before me this 23rd day of January in the year 2020, in Witness whereof I set my Signature and Seal:

.....................................  Notary; my commission expires on: May 10, 2020.

> "A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document."

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Suzanne M Myers, Notary Public
City of Reading, Berks County
My Commission Expires May 10, 2020



202000002905
Page: 14 of 15
Fees: $105.00
2/3/2020 8:43 AM

## Paramount Claim of the Life and the Estate Edward Thomas Kennedy

### Born October 25, 1953 in Pottsville, Pennsylvania
### Thomas Patrick Kennedy X Rose Ann Disarro
### Wedded November 24, 1951 in Minersville, Pennsylvania
### The United States of America

Whereas I, the living man known as Edward Thomas Kennedy, am the result of the life and love and physical embodiment of my parents, the living man known as Thomas Patrick Kennedy and the living woman known as Rose Ann Kennedy (nee Rose Ann Disarro) who were lawfully wedded in Minersville, Pennsylvania in the calendar year 1951, now therefore I am their living son from the moment of conception and from the first combining of their unique genetic code to create my unique genetic code and my zygote in support of my physical embodiment then and now, and as I am the only true and surviving inheritor, I hereby publish my claim and recording of the facts:

The Afterbirth composed of a placenta, umbilical cord, and fetal tissues which accompanied me into this world and which was in possession of my DNA was never a viable separate living organism and was instead a portion of my flesh akin to any hair, skin, or other representation of my genetic content, that was not abandoned, not donated, and not returned to me or my parents for burial. No separate estate, living status, ownership interest or death apart from my own life may be claimed in behalf of the Afterbirth or other waste resulting from my birth, from my shedding of hair, my shedding of skin, the deposit of my fingerprints or any other DNA-containing substance whatsoever.

I hereby establish my Paramount Claim upon my unique DNA as the only lawful and living inheritor thereof from the moment of my conception forward and I also publish my nullification of any claim of ownership or material interest in my DNA based upon samples procured from any bodily waste or substance for any purpose.

As witness to my claims on 23..... Day of January, 2020, I here affix the autograph of my Lawful Person, retaining all rights and prerogatives thereof:

by: ..................................... © Edward Thomas Kennedy

All Rights Reserved.  Without Prejudice

Using a Public Notary on this document does not constitute any adhesion, nor does it alter my status in any manner. The purpose for the notary is for verification only and not for entrance into any foreign jurisdiction.

1

202000002905
Page: 15 of 15
Fees: $105.00
2/3/2020 8:43 AM

Public Notary Witness:

Pennsylvania State:    )

Berks County:          )

23¹ᵈ ......Day of January, 2020, I was visited by a man properly identified or known to me to be Edward Thomas Kennedy and he did establish this record before me and sign it for the purposes stipulated herein, and I do accordingly add my signature and seal:


.....Suzanne M. Myers........................., Notary. My commission expires on: .May 10, 20 20.

> "A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document."

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Suzanne M Myers, Notary Public
City of Reading, Berks County
My Commission Expires May 10, 2020



STATE OF MONTANA)
COUNTY OF FLATHEAD)

I, Debbie Pierson County Clerk and Recorder,
in and for said county of Flathead, State of
Montana hereby certify the annexed and
following to be a full, true, and correct copy of
a certain misc. document -
15 pages
together with the endorsement therefor as the
same appears of record in this office, witness
my hand, and seal of said Flathead County,
Montana, affixed this

21 day of May A.D. 2021

Debbie Pierson
COUNTY CLERK
BY: Corinne Chmiel
DEPUTY



Return to: Kennedy, Edward Thomas, Owner
In the Care of: 800 Court Street Apt. 223
Reading, Pennsylvania, Postal Code Extension [19601]

## CHESTER COUNTY RECORDING DISTRICT

EDWARD THOMAS KENNEDY, FOREIGN GRANTOR

Edward Thomas Kennedy, American State Grantee

**Land Record Only**

Fee Schedule

Nine (9) pages, including cover sheet

Extension of LRS – Assembly Pa2020-2020000012

This cover sheet has been added to these recorded documents to provide space for
the recording data. This cover sheet appears as the first page of the document in the
Official public record.

**Do Not Detach**

by: _____  ©

Recording Secretary \ International Notarial Witness
Lifetime Commission



To Whom It May Concern:

The annexed <u>Notice of Intent – Fee Schedule</u> is a schedule of mandatory fees instated by the Secured Party Creditor, Edward Thomas Kennedy©, Authorized Representative on behalf of EDWARD T KENNEDY© and EDWARD THOMAS KENNEDY ©, Ens Legis. I, Edward Thomas Kennedy©, do hereby set forth fees to be instated in any business dealing with EDWARD T. KENNEDY© and EDWARD THOMAS KENNEDY©, for any business conducted relevant to this schedule. Fees are due and MUST be paid before said business can commence. In the event that invoicing becomes necessary, invoiced amounts are due fifteen days after the day of receipt. If said fees are not met, it is the right of the Secured Party Creditor, Edward Thomas Kennedy©, to refuse or void any form of business interaction and/or transaction. Fees are subject to change at any time without prior notice. Secured Party Creditor, Edward Thomas Kennedy©, is the only Authorized Representative to alter, void, and/or enforce said fees and may do so at any time.

All Rights Reserved,

by: Edward Thomas Kennedy ©

Edward Thomas Kennedy©, American State National
Secured Party Lien Creditor, Authorized Representative for
EDWARD T KENNEDY©, Ens Legis
**Without Prejudice**

**Acknowledgement**

Pennsylvania State
Berks County

A living man affirmed before me, a Recording Secretary/Notary, on this 20th day of April, 2021, that Edward Thomas Kennedy, personally appeared and known to me to be the man whose name is referenced within the instrument and acknowledged to be the same.

Autograph: Terry Lynn Reifke ©

My Notary Commission expires (Not Applicable for Recording Secretaries):

Lifetime



**Notice of Intent- Fee Schedule**

**Private Easements Schedule**

Penalty for Private Use             $250,000

**Public Easements Schedule**

Penalty for Public Use             $250,000

These fees will be mandated upon the informant listed on the traffic citation ticket(s), arrest warrants, detention orders, seizure orders.

**Produce trade name materials:**

| | | |
|---|---|---|
| a. Name | $ | 50,000 |
| b. Drivers License Number | $ | 50,000 |
| c. Social Security Number | $ | 100,000 |
| d. Retinal Scans | $ | 5,000,000 |
| e. Fingerprinting | $ | 200,000 |
| f. Photographing | $ | 200,000 |
| g. Arrested via a non-judicial warrant | $ | 1,000,000 |
| h. DNA | $ | 5,000,000 |
|     1. Mouth swab | $ | 5,000,000 |
|     2. Blood samples | $ | 5,000,000 |
|     3. Urine samples | $ | 5,000,000 |
|     4. Breathalyzer testing | $ | 5,000,000 |
|     5. Hair samples | $ | 5,000,000 |
|     6. Skin samples | $ | 5,000,000 |
|     7. Clothing samples | $ | 5,000,000 |
|     8. Forced giving of fluids/samples | $ | 5,000,000 |

**Issue Traffic citations and tickets of any traffic nature:**

| | | |
|---|---|---|
| a. Citations | $ | 60,000 |
| b. Warning issued on Paper Ticket | $ | 25,000 |

**Appearance in court because of traffic citations:**

| | | |
|---|---|---|
| a. Time in court | $ | 75,000/hr with 1 hour min. |
| b. If Fine is imposed | $ | 500,000 |

**Car / Personal Property Trespass, Carjacking, Theft, Interference with Commerce,**

| | | |
|---|---|---|
| a. Agency by Estoppel | $ | 50,000 |
| b. Color of Law | $ | 150,000 |
| c. Implied Color of Law | $ | 150,000. |
| d. Criminal Coercion | $ | 500,000 |
| e. criminal Contempt of court | $ | 500,000 |
| f. Estoppel by Election | $ | 350,000 |
| g. Estoppel by Laches | $ | 350,000 |

**Notice of Intent- Fee Schedule**

| | | |
|---|---|---|
| h. | Equitable Estoppel | $ 500,000 |
| i. | Fraudulent use of mail | $ 1,000,000 per occurrence |
| j. | Fraud upon the court | $ 2,000,000 |
| k. | Larceny | $ 250,000 |
| l. | Grand Larceny | $ 250,000 |
| m. | Larceny by Extortion | $ 1,000,000 |
| n. | Larceny by Trick | $ 1,000,000 |
| o. | Obstruction of Justice | $ 1.000,000 |
| p. | Obtaining Property by False Pretenses | $ 1,000,000 |
| q. | Simulating Legal Process | $ 1,000,000 |
| r. | Vexatious Litigation | $ 5,000,000 |
| s. | Trespass upon Motor Conveyance | $ 1,000,000 |
| t. | Unauthorized Relocation of Motor Conveyance | $ 100,000 |
| u. | Seizure of Motor Conveyance | $ 100,000 |
| v. | Kidnapping | $ 2,000,000 |
| w. | Unlawful Lien on Motor Conveyance | $ 50,000 |

**Use of trade name protected material under threat, duress, and/ or coercion:**

| | | |
|---|---|---|
| a. | Name written by the informant | $ 250,000 |
| b. | Drivers License written by informant | $ 150,000 |
| c. | Social Security Number written by informant | $ 150,000 |
| d. | Miscellaneous Material written by informant | $ 500,000 |

**Produce any personal information/property for any kind of business interaction:**

| | | |
|---|---|---|
| a. | Financial Information | $ 100,000 |
| b. | Property inside of motor vehicle | $ 150,000 |

**Time Usage for traffic stops:**

| | | |
|---|---|---|
| a. | 30 minutes | $ 5,000/30 minutes min |
| b. | 60 minutes | $ 10,000 |
| c. | 90 minutes | $ 15,000 |

**Court Appearance Schedule**

These fees MUST be paid immediately after my case is finished. Failure to pay fines and fees will have an additional fee of $5000.00 for breach of contract.

**Demand for Appearance in court:**

| | | |
|---|---|---|
| a. | My Appearance | |
| a. | under protest and duress: | $ 75,000/hour |
| b. | Voluntarily | $ 10,000/hour |

**Notice of Intent- Fee Schedule**

**Use of trade name material**

- a. Name
  - a. under protest and duress:            $    25,000
  - b. Voluntarily                          $    10,000
- b. Drivers License
  - a. under protest and duress:            $    25,000
  - b. Voluntarily                          $    10,000
- c. Social Security Number
  - a. under protest and duress:            $    25,000
  - b. Impersonation                        $  1,000,000
- d. Miscellaneous Material                 $    25,000
- e. Produce any personal information for any kind of business interaction:
- a. Unlawful Conversion                    $  1,000,000
- b. Drivers License                        $    10,000
- c. Social Security Number                 $   250,000
- d. Any documents produced by me           $    10,000 per document

**Time usage for court appearances:**

- a. 30 minutes
  - a. Under Protest and Duress             $    33,500
  - b. Voluntarily                          $    10,000
  - c. 60 minutes                           $    75,000
  - d. Voluntarily                          $    20,000
- b. 90 minutes or more
  - a. Under Protest and Duress             $   100,500
  - b. Voluntarily                          $    30,000

**Trespass-Fee Schedule**

**Trespass** by public official(s), police officer(s), judge(s), attorney(s), Corporation(s)and other fictional entities as well as all others who desire to contract:

- a. Failure to honor God Given Rights       $    20,000
- b. Failure to honor Oath of Office         $    50,000
- c. Failure to honor Constitutional Oath    $    50,000
- d. Failure to honor Written and/or Oral Word  $    50,000
- e. Enslavement                            $  5,000,000
- f. Press-ganging                          $  5,000,000
- g. Phone call to telephone number used by Secured

**Notice of Intent- Fee Schedule**

|  |  |  |
|---|---|---|
| | Party including from alleged debt collectors | $ 5,000 each |
| h. | Telephone message left on Secured Party phone | |
| | Service or equipment | $ 5,000 each |
| i. | Use of Street Address/Mailing location of Secured Party | $ 5,000 each |
| j. | Time Waiting for Scheduled Service | $ 1,000 Minimum or per |
| | hour | |
| k. | Detention from Free Movement and/or cuffed | $ 75,000 Minimum or |
| | per hour | |
| l. | Incarceration | $ 75,000 Minimum or |
| | per hour | |
| m. | Failure to Follow Federal and/or State Statutes, | |
| | Codes, Rules and/or Regulations | $ 50,000 |
| n. | Failure to State a Claim upon which | |
| | Relief Can Be Granted | $25,0000 |
| o. | Failure to Present a Living Injured Party | $100,000 |
| p. | Failure to Provide Contract Signed by the Parties | $100,000* |
| q. | Failure to Provide IRS 1099OID(s), and Other | |
| | IRS Reporting Form(s) Requirements upon Request | $100,000* |
| r. | Default By Non Response or Incomplete Response | $100,000* |
| s. | Fraud | $1,000,000* |
| t. | Racketeering | $1,000,000* |
| u. | Theft of Public Funds | $1,000,000* |
| v. | Dishonor in Commerce | $1,000,000* |
| w. | Failure to pay Counterclaim in full within (30) Thirty | |
| | Calendar Days of Default as set forth herein | $1,000,000** |
| x. | Perverting of Justice Judgment | $ 1,000,000* |
| y. | Use of Common-law Trade-name/Trade-mark | |
| | After One Warning (per each occurrence) | $  50,000 Each |
| w. | Forcing psychiatric evaluations | $ 500,000 per day |
| x. | Refusal to provide adequate and proper nutrition | |
| | while incarcerated | $ 50,000 per day |

a.  Refusal to provide proper exercise while

     incarcerated                                  $ 50,000 per day

b.  Refusal to provide proper dental care while

     Incarcerated                                   $ 50,000 per day

c.  Forced giving of body fluids           $ 5,000,000  per day
d.  Forced injections/inoculations, vaccines  $ 5,000,000  per day
e.  Forced separation from marriage contract  $ 160,000  per day
f.  Confiscation/kidnapping of a body not a US

     Citizen                                   $ 1,600,000 per day

g.  Corporate State continuing a mortgage for more

     Than five years in violation of Banking Act of

     1864 which takes precedence over current

     Statutes at large                      $ 1,600,000 per day

     Attempted extortion of funds from birth certificate

     account, Social security account or any other

     associated accounts by fraud, deception and

     or Forgery by any agent, entity or corporation  $ 6,000,000 per count or
charge

h.  Attempted extortion of signature     $ 6,000,000 per count or charge
i.  Attempted forgery of signature      $ 6,000,000 per count or charge

j.  Personage                     $1,000,00000

k.  Privateering               $1,000,00000

l.  Inland piracy             $1,000,00000

m  Subjugation under foreign law    $1,000,00000

n   Human trafficking/Securitization of human flesh $5,000,000.00

o.  Impersonation/use of the title Mr.   $1,000,000.00

Mischaracterization of the identity of or citizenship status of a Birthright citizen of the continental United States is a crime under the Geneva Protocols of 1949 Volume 2 Article III. It carries the death penalty. Status

*Per Occurrence and Includes any Third Party Defendant

** All claims are stated in US Dollars which means that a US Dollar will be defined, for this purpose as a One Ounce Silver Coin of .999 pure silver or the equivalent par value as established by law or the exchange rate, as set by the US Mint, whichever is the higher amount, for a certified One Ounce Silver Coin (US Silver Dollar) at the time of the first day of default as set forth herein; if the claim is to be paid in Federal Reserve Notes, Federal Reserve Notes will only be assessed at Par Value as indicated above.

**Total damages will be assessed as the total amount of the damages as set forth herein times three (3) for a total of all damages as set forth in subsections a-w added to three (3) times the damages for punitive or other additional damages.**

**Kidnapping (If an alleged officer removes free soul more than 5 feet from free soul's property without just cause, it IS kidnapping)**                                   **$   500,0000**

**Services to others and/or Corporation(s):**

|  |  |  |
|---|---|---|
| a. | Studying | $    500 per hour |
|  | while under threat, duress, coercion | $ 75,000 per hour |
| b. | Analyzing | $    500 per hour |
|  | while under threat, duress, coercion | $ 75,000 per hour |
| c. | Research | $    500 per hour |
|  | while under threat, duress, coercion | $ 75,000 per hour |
| d. | Preparing Documents | $    500 per hour |
|  | while under threat, duress, coercion | $ 75,000 per hour |
| e. | Answering Questions | $    500 per hour |
|  | while under threat, duress, coercion | $ 75,000 per hour |
| f. | Providing Information | $    500 per hour |
|  | while under threat, duress, coercion | $ 75,000 per hour |

**Notice of Intent- Fee Schedule**

If invoiced, payment is due 15 days after receipt date.

Make all payments to:

**Edward Thomas Kennedy**
**c/o 800 Court Street, Apartment 223**
**Reading, Pennsylvania**
**Postal code 19601**



— OPEN by Addressee Only

10/18/2021

Private &
Confidential

— Post- Office —

KATE BARKMAN, Clerk

James A. Byrne U.S. CourtHouse

601 Market Street

Philadelphia. PA 19106



By: Edward Thomas Kennedy © British
c/o 800 Point Street, Aqueduct 223
Reading, Pennsylvania
Postal extension code 19601

Private $
Confidential

General Post-Office –

– OPEN by Addressee

RECEIVED ONLY
OCT 20 2021

KATE BARKMAN, Clerk
James A. Byrne  U.S.  Courthouse
601 Market Street
Philadelphia, PA 19106

U.S.M.S. X-RAY