IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **EDWARD THOMAS KENNEDY** | : | **CIVIL ACTION** |
| | : | |
| v. | : | NO. 21-4667 |
| | : | |
| **COMMONWEALTH OF** | : | |
| **PENNSYLVANIA**, *et al.* | : | |

# ORDER

AND NOW, this 26th day of October 2021, upon considering Edward Thomas Kennedy filed a Complaint (ECF Doc. No. 1) with the Court without either paying the fees to commence a civil action or filing a motion to proceed *in forma pauperis*, it is **ORDERED**:

1. If Mr. Kennedy seeks to proceed with this case, he must, no later than **November 26, 2021**, either (1) pay $402 (the $350 filing fee and $52 administrative fee) to the Clerk of Court, or (2) move to proceed *in forma pauperis*;

2. The Clerk of Court shall provide Mr. Kennedy with an appropriate non-prisoner application to proceed *in forma pauperis*, bearing the civil action number of this case. Mr. Kennedy may use this form to seek leave to proceed *in forma pauperis* if he cannot afford to pay the fees to commence this case;[1] and,

3. We may dismiss his case without prejudice and without further notice for failure to prosecute if Mr. Kennedy fails to comply with this Order.

_____
**KEARNEY, J.**

---

[1] This form is available on the Court's website at http://www.paed.uscourts.gov/documents/forms/ifpl.pdf.