# Fax

## From

From: Edward Thomas Kennedy© Care of: 800 Court Street, Apartment 223  Reading, Pennsylvania Postal Number of pages The United States of America (unincorporated)

## To

Attorney JOHN ROBERTS, Chief Executive Officer Office of Chief Justice of the United States First Street NE, Washington, DC 20543  Reverend Monsignor David L. James, Vicar General Diocese of Allentown

## Message

NOTICE AND OBJECTION

Pursuant to my recent Article 3 Complaint case, plus attachments, I am an American standing under the Public Law of America, and requested my Constitutional guarantees in an Article 3 Court via the Philadelphia location.  The case - as styled by the Clerk, KATE BARKMAN, styles my name and the proper Court incorrectly, which denies me justice. Pursuant to all three Constitutions, please correct this intentional violation of law.

So said,  so signed, so sealed on this 29th day of October in the year 2021.

Edward Thomas Kennedy©
Without prejudice, all rights reserved.

From: Edward Thomas Kennedy©
Care of: 800 Court Street, Apartment 223
Reading, Pennsylvania
Postal Extension Code 19601
The United States of America (unincorporated)

Pope Francis
c/o Palazzo Apostolico
Citta del Vaticano 00120

Beloved,

NOTICE AND OBJECTION
Pursuant to my recent Article 3 Complaint case, plus attachments, I am an American standing under the Public Law of America, and requested my Constitutional guarantees in an Article 3 Court via the Philadelphia location. The case - as styled by the Clerk, KATE BARKMAN, styles my name and the proper Court incorrectly, which denies me justice. Pursuant to all three Constitutions, please correct this intentional violation of law.

So said, so signed, so sealed on this 29th day of October in the year 2021.

By: *Edward Thomas Kennedy* ©
Edward Thomas Kennedy©
Without prejudice, all rights reserved.

cc: Attorney JOHN ROBERTS, Chief Executive Officer
Office of Chief Justice of the United States
First Street NE, Washington, DC 20543

Reverend Monsignor David L. James, Vicar General
Diocese of Allentown
P.O. Box F, Allentown, PA 18105-1538
By fax: 610-433-7822 and email djames@allentowndiocese.org

Attorney JUAN R. SANCHEZ, Chief Judge
14613 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106
Sent via mail and email: Chambers_of_Chief_Judge_Sanchez@paed.uscourts.gov and Stacy_L_Wertz@paed.uscourts.gov

Attorney MARK A. KEARNEY, Judge
6613 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106
Sent via mail and email: Chambers_of_Judge_Kearney@paed.uscourts.gov
and Kerri_Christy@paed.uscourts.gov

KATE BARKMAN, Clerk
U.S. Courthouse
601 Market Street
Philadelphia, PA 19106
Sent via mail and PAED_documents@paed.uscourts.gov