| | |
|---|---|
| **From:** | noreply@mail.hellofax.com on behalf of Edward Kennedy© <noreply@mail.hellofax.com> |
| **Sent:** | Friday, October 29, 2021 9:35 AM |
| **To:** | PAED Documents |
| **Subject:** | You've received a document via HelloFax |
| **Attachments:** | POPE-BARKMAN_2021-10-29_091924.pdf |

**CAUTION - EXTERNAL:**



The easiest way to sign and send faxes online

### POPE-BARKMAN 2021-10-29_091924

From: Edward Kennedy© (pillar.of.peace.2012@gmail.com)

NOTICE AND OBJECTION
Pursuant to my recent Article 3 Complaint case, plus attachments, I am an American standing under the Public Law of America, and requested my Constitutional guarantees in an Article 3 Court via the Philadelphia location. The case - as styled by the Clerk, KATE BARKMAN, styles my name and the proper Court incorrectly, which denies me justice. Pursuant to all three Constitutions, please correct this intentional violation of law.

So said, so signed, so sealed on this 29th day of October in the year 2021.

Edward Thomas Kennedy©
Without prejudice, all rights reserved. - Reply

View document

**Warning: do not forward this email to others or else they will be able to access your document.**

**We believe the office can be paperless**  
HelloFax — Fax Documents Online  
HelloSign — Sign Documents Online  
HelloSign for Gmail — Sign from Gmail

1800 Owens St  
San Francisco, CA  
94158

Add us to your address book

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

2