From: Edward Thomas Kennedy©
Care of: 800 Court Street, Apartment 223
Reading, Pennsylvania
Postal Extension Code 19601
The United States of America ("unincorporated")

To: KATE BARKMAN, Clerk
James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

Greetings,

NOTICE AND OBJECTION
Pursuant to my Article 3 Complaint case, plus attachments. I am an American standing under the Public Law of America, and requested my Constitutional guarantees in an Article 3 Court.

The case - as styled by the Clerk, styles my name incorrectly, and does not appear on pacer.gov. Copy of original cover letter is attached

So said, so signed, so sealed on this 29th day of October in the year 2021.

By: _____Edward Thomas Kennedy_____ ©
Edward Thomas Kennedy©
Without prejudice, all rights reserved.

cc: Pope Francis
c/o Palazzo Apostolico
Citta del Vaticano 00120

Attorney JOHN ROBERTS, Chief Executive Officer
Office of Chief Justice of the United States
First Street NE, Washington, DC 20543

Reverend Monsignor David L. James, M.Div.,J.C.L.
Diocese of Allentown VICAR GENERAL
P.O. Box F, Allentown, PA 18105-1538

OFFICE OF PRESIDENT JUDGE
James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

Attorney MARK A. KEARNEY, JUDGE
James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106



COPY

In the district court of the United States
**COVER SHEET BY LETTER**

**From: Edward Thomas Kennedy©**
**Care of: 800 Court Street, Apartment 223**
**Reading, Pennsylvania**
**Postal Extension Code 19601**
**The United States of America ("unincorporated")**

To: KATE BARKMAN, Clerk
James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

Greetings,

Enclosed, please find an Article 3 Complaint case, plus attachments. I am an American standing under the Public Law of America, and now requesting my Constitutional guarantees in an Article 3 Court, preferably by video conference or at my public office on Reading, Pennsylvania, if required by Article 3 Court rules. <u>Please Notice that the original version is in color, and thus any copies made by the Court must be also in color - especially Notice my autograph and red ink fingerprint are both in color.</u>

Pursuant to the banking laws of 1934, as an American, all my debts and expenses are prepaid. If Article 3 Court fees are required, kindly provide the Count's Banking information so that I may transfer funds.

**Notice and Request**
I request that the Clerk of this court perform lawful notice to all defendants, also known as service of process without delay, if the Article 3 Court requires it. The published and / registered addresses for the defendants are attached. If rules and/or procedures exist for an Article Court, kindly provide them by email or fax. My fax number is 717-819-9921. If you have any questions permission is given to please call me at area code 415-275-1244 (message) or email me at edkennedy@tuta.io and pillarofpeace2012@gmail.com.

Without prejudice, all rights reserved.

By: _____©
Edward Thomas Kennedy©
Notice to Principal is Notice to Agent. Notice to Agent is Notice to Principal.
Applicable to all Successors and Assigns.

cc: Pope Francis
c/o Palazzo Apostolico
Citta del Vaticano 00120

Attorney JOHN ROBERTS, Chief Executive Officer
Office of Chief Justice of the United States
First Street NE, Washington, DC 20543

Reverend Monsignor David L. James, M.Div.,J.C.L.
Diocese of Allentown VICAR GENERAL
P.O. Box F, Allentown, PA 18105-1538

Postcard 1:

By: Edward Kennedy
c/o 800 Count Sheet #223
Reading, Pennsylvania
postal extension code 19601

By: [signature] 10/29/2021

OFFICE OF PRESIDENT JUDGE
James A. Byrne US. Courthouse
601 Market Street
Philadelphia, PA 19106



Postcard 2:

134: Edward Kennedy
c/o 800 Count Sheet #223
Reading, Pennsylvania
postal extension code 19601

General Post-Office: OPEN BY APPOINTMENT Only
By: [signature] 10/29/2021

MARK A. KEARNEY, Judge
James A. Byrne US. Courthouse
601 Market Street
Philadelphia, PA 19106



From: Edward Thomas Kennedy©
Care of: 800 Court Street, Apartment 223
Reading, Pennsylvania
Postal Extension Code 19601
The United States of America ("unincorporated")

To: KATE BARKMAN, Clerk
James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

Greetings,

NOTICE AND OBJECTION
Pursuant to my Article 3 Complaint case, plus attachments. I am an American standing under the Public Law of America, and requested my Constitutional guarantees in an Article 3 Court.

The case - as styled by the Clerk, styles my name incorrectly, and does not appear on pacer.gov. Copy of original cover letter is attached

So said, so signed, so sealed on this 29th day of October in the year 2021.

By: _____ ©
Edward Thomas Kennedy©
Without prejudice, all rights reserved.

cc: Pope Francis
c/o Palazzo Apostolico
Citta del Vaticano 00120

Attorney JOHN ROBERTS, Chief Executive Officer
Office of Chief Justice of the United States
First Street NE, Washington, DC 20543

Reverend Monsignor David L. James, M.Div.,J.C.L.
Diocese of Allentown VICAR GENERAL
P.O. Box F, Allentown, PA 18105-1538

OFFICE OF PRESIDENT JUDGE
James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

Attorney MARK A. KEARNEY, JUDGE
James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

COPY

In the district court of the United States
**COVER SHEET BY LETTER**

**From: Edward Thomas Kennedy©**
**Care of: 800 Court Street, Apartment 223**
**Reading, Pennsylvania**
**Postal Extension Code 19601**
**The United States of America ("unincorporated")**

To: KATE BARKMAN, Clerk
James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

Greetings,

Enclosed, please find an Article 3 Complaint case, plus attachments. I am an American standing under the Public Law of America, and now requesting my Constitutional guarantees in an Article 3 Court, preferably by video conference or at my public office on Reading, Pennsylvania, if required by Article 3 Court rules. Please Notice that the original version is in color, and thus any copies made by the Court must be also in color - especially Notice my autograph and red ink fingerprint are both in color.

Pursuant to the banking laws of 1934, as an American, all my debts and expenses are prepaid. If Article 3 Court fees are required, kindly provide the Count's Banking information so that I may transfer funds.

**Notice and Request**
I request that the Clerk of this court perform lawful notice to all defendants, also known as service of process without delay, if the Article 3 Court requires it. The published and / registered addresses for the defendants are attached. If rules and/or procedures exist for an Article Court, kindly provide them by email or fax. My fax number is 717-819-9921. If you have any questions permission is given to please call me at area code 415-275-1244 (message) or email me at edkennedy@tuta.io and pillarofpeace2012@gmail.com.

Without prejudice, all rights reserved,

By: _____©
Edward Thomas Kennedy©
Notice to Principal is Notice to Agent. Notice to Agent is Notice to Principal.
Applicable to all Successors and Assigns.

cc: Pope Francis
c/o Palazzo Apostolico
Citta del Vaticano 00120

Attorney JOHN ROBERTS, Chief Executive Officer
Office of Chief Justice of the United States
First Street NE, Washington, DC 20543

Reverend Monsignor David L. James, M.Div.,J.C.L.
Diocese of Allentown VICAR GENERAL
P.O. Box F, Allentown, PA 18105-1538

By: Edward Kentrly ⓐ
c/o 800 Court Street # 223
Reading, Pennsylvania
postal extension code 19601
general post-office - OPEN by Addressee Only



By: E.K.
10/25/2021 ⓑ

To: KATE BARKMAN, Clerk
James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19601

From: Edward Thomas Kennedy©
Care of: 800 Court Street, Apartment 223
Reading, Pennsylvania
Postal Extension Code 19601
The United States of America ("unincorporated")

To: KATE BARKMAN, Clerk
James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

Greetings,

NOTICE AND OBJECTION

Pursuant to my Article 3 Complaint case, plus attachments. I am an American standing under the Public Law of America, and requested my Constitutional guarantees in an Article 3 Court.

The case - as styled by the Clerk, styles my name incorrectly, and does not appear on pacer.gov. Copy of original cover letter is attached

So said, so signed, so sealed on this 29th day of October in the year 2021.

By: _Edward Thomas Kennedy_ ©
Edward Thomas Kennedy©
Without prejudice, all rights reserved.

cc: Pope Francis
c/o Palazzo Apostolico
Citta del Vaticano 00120

Attorney JOHN ROBERTS, Chief Executive Officer
Office of Chief Justice of the United States
First Street NE, Washington, DC 20543

Reverend Monsignor David L. James, M.Div.,J.C.L.
Diocese of Allentown VICAR GENERAL
P.O. Box F, Allentown, PA 18105-1538

OFFICE OF PRESIDENT JUDGE
James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

Attorney MARK A. KEARNEY, JUDGE
James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

COPY

In the district court of the United States
**COVER SHEET BY LETTER**

**From: Edward Thomas Kennedy©**
**Care of: 800 Court Street, Apartment 223**
**Reading, Pennsylvania**
**Postal Extension Code 19601**
**The United States of America ("unincorporated")**

To: KATE BARKMAN, Clerk
James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

Greetings,

Enclosed, please find an Article 3 Complaint case, plus attachments. I am an American standing under the Public Law of America, and now requesting my Constitutional guarantees in an Article 3 Court, preferably by video conference or at my public office on Reading, Pennsylvania, if required by Article 3 Court rules. Please Notice that the original version is in color, and thus any copies made by the Court must be also in color - especially Notice my autograph and red ink fingerprint are both in color.

Pursuant to the banking laws of 1934, as an American, all my debts and expenses are prepaid. If Article 3 Court fees are required, kindly provide the Count's Banking information so that I may transfer funds.

**Notice and Request**
I request that the Clerk of this court perform lawful notice to all defendants, also known as service of process without delay, if the Article 3 Court requires it. The published and / registered addresses for the defendants are attached. If rules and/or procedures exist for an Article Court, kindly provide them by email or fax. My fax number is 717-819-9921. If you have any questions permission is given to please call me at area code 415-275-1244 (message) or email me at edkennedy@tuta.io and pillarofpeace2012@gmail.com.

Without prejudice, all rights reserved.

By: _____©
Edward Thomas Kennedy©
Notice to Principal is Notice to Agent. Notice to Agent is Notice to Principal.
Applicable to all Successors and Assigns.

cc: Pope Francis
c/o Palazzo Apostolico
Citta del Vaticano 00120

Attorney JOHN ROBERTS, Chief Executive Officer
Office of Chief Justice of the United States
First Street NE, Washington, DC 20543

Reverend Monsignor David L. James, M.Div.,J.C.L.
Diocese of Allentown VICAR GENERAL
P.O. Box F, Allentown, PA 18105-1538

Postcard 1:

By: Edward Kennedy ©
c/o 800 Count Sheet #223
Reading, Pennsylvania
postal extension code - 19601

OFFICE OF PRESIDENT JUDGE
James A. Byrne US. Courthouse
601 Market Street
Philadelphia, PA   19106



Postcard 2:

By: Edward Kennedy ©
c/o 800 Count Sheet #223
Reading, Pennsylvania
postal extension code 19601

General Post-Office: OPEN BY Appearance Only
10/29/2021

MARK A. KEARNEY, Judge
James A. Byrne US. Courthouse
601 Market Street
Philadelphia, PA  19106



By: Edward Kennedy
c/o 800 Count Sheet #223
Reading, Pennsylvania
postal extension code 19601

HARRISBURG PA 171
PO OCT 2021 PM 2 L

By: [signature]
10/29/2021

RECEIVED
NOV -1 2021

OFFICE OF PRESIDENT JUDGE
James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106