IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **EDWARD THOMAS KENNEDY** | : CIVIL ACTION |
| | : |
| v. | : NO. 21-4667 |
| | : |
| **COMMONWEALTH OF PENNSYLVANIA**, *et al.* | : |
| | : |

# ORDER

**AND NOW**, this 10th day of December 2021, following our October 26, 2021 Order (ECF Doc. No. 3) requiring Plaintiff to either pay the $402 filing fee or move to proceed *in forma pauperis* by November 26, 2021 and Plaintiff having failed to pay the fee or move to proceed *in forma pauperis* consistent with our October 26, 2021 Order (ECF Doc. No. 3), it is **ORDERED** the Clerk of Court shall mark this matter **CLOSED.**

**KEARNEY, J.**